IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD PHARMASSET LLC,<br><br>Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS, INC. and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>Plaintiffs,<br><br>v.<br><br>GILEAD SCIENCES, INC.<br><br>Defendant. | C.A. No. 14-846-LPS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on February 2, 2016, the following documents were served, via electronic mail, on the below named counsel of record: **(1) Opening Expert Report of John A. Secrist III, Ph.D, with Exhibits A-F - marked Highly Confidential; (2) Opening Expert Report of Christoph Seeger, Ph.D, with Exhibits A-D - marked Highly Confidential; and (3) Opening Expert Report of Dr. Valentino Stella, with Exhibits A-C - marked Confidential.**

| | |
|---|---|
| Steven J. Balick, Esquire<br>Andrew Colin Mayo<br>John G. Day, Esquire<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>sbalick@ashby-geddes.com<br>amayo@ashby-geddes.com<br>jday@ashby-geddes.com | Calvin P. Griffith<br>Ryan B. McCrum<br>Michael S. Weinstein<br>JONES DAY<br>North Point<br>901 Lakeside Avenue<br>Cleveland, OH 44114<br>cpgriffith@jonesday.com<br>rbmccrum@jonesday.com<br>msweinstein@jonesday.com<br><br>Anthony M. Insogna<br>John D. Kinton<br>JONES DAY<br>12265 El Camino Real, Suite 200<br>San Diego, CA 92130<br>aminsogna@jonesday.com<br>jkinton@jonesday.com<br><br>John M. Michalik<br>JONES DAY<br>77 West Wacker<br>Chicago, IL 60601<br>jmichalik@jonesday.com<br><br>Thomas E. Friebel<br>JONES DAY<br>222 East 41st St.<br>New York, NY 10017-6702 |

Dated: February 3, 2016	FISH & RICHARDSON P.C.

By: */s/ Elizabeth M. Flanagan*
Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Elizabeth M. Flanagan (#5891)
Santosh V. Coutinho (#5470)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com; hufnal@fr.com;
eflanagan@fr.com; coutinho@fr.com

W. Chad Shear (#5711)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
shear@fr.com

John M. Farrell
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
jfarrell@fr.com

Jonathan E. Singer
Rebecca Shult
Tasha M. Francis
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
singer@fr.com; shult@fr.com;
tfrancis@fr.com

Corrin N. Drakulich
FISH & RICHARDSON P.C.
1180 Peachtree St., N.E., 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
drakulich@fr.com

**ATTORNEYS FOR DEFENDANTS
GILEAD SCIENCES, INC. AND GILEAD PHARMASSET
LLC**

3