IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC, <br><br> Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD PHARMASSET LLC, <br><br> Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS, INC. and UNIVERSITA DEGLI STUDI DI CAGLIARI, <br><br> Plaintiffs, <br><br> v. <br><br> GILEAD SCIENCES, INC. <br><br> Defendant. | C.A. No. 14-846-LPS |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on March 29, 2016, the following documents were served, via electronic mail, on the below named counsel of record:

    (1) **CONFIDENTIAL Expert Report of John McHutchison, M.D., with Exhibits A-B;**

    (2) **HIGHLY CONFIDENTIAL Rebuttal Expert Report of John A. Secrist, III, Ph.D., with Exhibit A;**

    (3) **HIGHLY CONFIDENTIAL Rebuttal Expert Report of Christoph Seeger, Ph.D. with Exhibit A; and**

    (4) **Rebuttal Expert Report of Dr. Valentino Stella with Exhibit A**

Steven J. Balick, Esquire
Andrew Colin Mayo
John G. Day, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
amayo@ashby-geddes.com
jday@ashby-geddes.com

Calvin P. Griffith
Ryan B. McCrum
Michael S. Weinstein
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
cpgriffith@jonesday.com
rbmccrum@jonesday.com
msweinstein@jonesday.com

Anthony M. Insogna
John D. Kinton
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
aminsogna@jonesday.com
jkinton@jonesday.com

John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL 60601
jmichalik@jonesday.com

Thomas E. Friebel
JONES DAY
222 East 41st St.
New York, NY 10017-6702

Dated: March 30, 2016            FISH & RICHARDSON P.C.

By: */s/ Martina Tyreus Hufnal*
    Douglas E. McCann (#3852)
    Martina Tyreus Hufnal (#4771)
    Elizabeth M. Flanagan (#5891)
    Santosh V. Coutinho (#5470)
    222 Delaware Avenue, 17th Floor
    Wilmington, DE 19899
    (302) 652-5070
    dmccann@fr.com; hufnal@fr.com;
    eflanagan@fr.com; coutinho@fr.com

    W. Chad Shear (#5711)
    FISH & RICHARDSON P.C.
    12390 El Camino Real
    San Diego, CA 92130
    (858) 678-5070
    shear@fr.com

    John M. Farrell
    FISH & RICHARDSON P.C.
    500 Arguello Street, Suite 500
    Redwood City, CA 94063
    Telephone: (650) 839-5070
    jfarrell@fr.com

    Jonathan E. Singer
    Rebecca Shult
    Tasha M. Francis
    FISH & RICHARDSON P.C.
    3200 RBC Plaza
    60 South Sixth Street
    Minneapolis, MN 55402
    Telephone: (612) 335-5070
    singer@fr.com; shult@fr.com;
    tfrancis@fr.com

    Corrin N. Drakulich
    FISH & RICHARDSON P.C.
    1180 Peachtree St., N.E., 21st Floor
    Atlanta, GA 30309
    Telephone: (404) 892-5005
    drakulich@fr.com

**ATTORNEYS FOR DEFENDANTS**
**GILEAD SCIENCES, INC. AND GILEAD PHARMASSET**
**LLC**