IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>               Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC. and GILEAD PHARMASSET LLC,<br><br>               Defendants. | C.A. No. 13-1987-LPS |
| IDENIX PHARMACEUTICALS, INC., UNIVERSITA DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL DE LA RECHERCHE SCIENTIFIQUE and L'UNIVERSITE MONTPELLIER II,<br><br>               Plaintiffs,<br><br>    v.<br><br>GILEAD PHARMASSET LLC,<br><br>               Defendant. | C.A. No. 14-109-LPS |
| IDENIX PHARMACEUTICALS, INC. and UNIVERSITA DEGLI STUDI DI CAGLIARI,<br><br>               Plaintiffs,<br><br>    v.<br><br>GILEAD SCIENCES, INC.<br><br>               Defendant. | C.A. No. 14-846-LPS |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 29, 2016, the following documents were served, via electronic mail, on the below named counsel of record:

**(1) Expert Report of Dr. Phil S. Baran;**

**(2) Reply Expert Report of John A. Secrist, III, Ph.D.;**

**(3) Reply Expert Report of Christoph Seeger, Ph.D.; and**

**(4) Reply Expert Report of Dr. Valentino Stella.**

Steven J. Balick, Esquire
Andrew Colin Mayo
John G. Day, Esquire
ASHBY & GEDDES
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
sbalick@ashby-geddes.com
amayo@ashby-geddes.com
jday@ashby-geddes.com

Calvin P. Griffith
Ryan B. McCrum
Michael S. Weinstein
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, OH 44114
cpgriffith@jonesday.com
rbmccrum@jonesday.com
msweinstein@jonesday.com

Anthony M. Insogna
John D. Kinton
JONES DAY
12265 El Camino Real, Suite 200
San Diego, CA 92130
aminsogna@jonesday.com
jkinton@jonesday.com

John M. Michalik
JONES DAY
77 West Wacker
Chicago, IL 60601
jmichalik@jonesday.com

Thomas E. Friebel
JONES DAY
222 East 41st St.
New York, NY 10017-6702

Dated: May 6, 2016

FISH & RICHARDSON P.C.

By: */s/ Martina Tyreus Hufnal*

Douglas E. McCann (#3852)
Martina Tyreus Hufnal (#4771)
Elizabeth M. Flanagan (#5891)
Santosh V. Coutinho (#5470)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19899
(302) 652-5070
dmccann@fr.com; hufnal@fr.com;
eflanagan@fr.com; coutinho@fr.com

W. Chad Shear (#5711)
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
(858) 678-5070
shear@fr.com

John M. Farrell
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Telephone: (650) 839-5070
jfarrell@fr.com

Jonathan E. Singer
Rebecca Shult
Tasha M. Francis
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 335-5070
singer@fr.com; shult@fr.com;
tfrancis@fr.com

Corrin N. Drakulich
FISH & RICHARDSON P.C.
1180 Peachtree St., N.E., 21st Floor
Atlanta, GA 30309
Telephone: (404) 892-5005
drakulich@fr.com

**ATTORNEYS FOR DEFENDANTS**
**GILEAD SCIENCES, INC. AND GILEAD PHARMASSET**
**LLC**

3