1             **IN THE UNITED STATES DISTRICT COURT**

2             **IN AND FOR THE DISTRICT OF DELAWARE**

3                      - - -

| | |
|---|---|
| 4   **IDENIX PHARMACEUTICALS, INC., UNIVERSITA** | :   **CIVIL ACTION** |
|       **DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL** | : |
| 5   **DE LA RECHERCHE SCIENTIFIQUE and** | : |
|       **L'UNIVERSITE MONTPELLIER II,** | : |
| 6 | : |
|              **Plaintiffs,** | : |
| 7   **v** | : |
| | : |
| 8   **GILEAD SCIENCES, INC. and GILEAD** | : |
|       **PHARMASSET LLC,** | : |
| 9 | : |
|              **Defendants.** | :   **NO. 13-1987-LPS** |

10   ------------------------------------------

| | |
|---|---|
|       **IDENIX PHARMACEUTICALS, INC., UNIVERSITA** | :   **CIVIL ACTION** |
| 11   **DEGLI STUDI DI CAGLIARI, CENTRE NATIONAL** | : |
|       **DE LA RECHERCHE SCIENTIFIQUE and** | : |
| 12   **L'UNIVERSITE MONTPELLIER II,** | : |
| | : |
| 13           **Plaintiffs,** | : |
|       **v** | : |
| 14 | : |
|       **GILEAD PHARMASSET LLC,** | : |
| 15 | : |
|           **Defendant.** | :   **NO. 14-109-LPS** |

16   ------------------------------------------

| | |
|---|---|
|       **IDENIX PHARMACEUTICALS, INC.,** | :   **CIVIL ACTION** |
| 17 | : |
|           **Plaintiff,** | : |
| 18   **v** | : |
| | : |
| 19   **GILEAD SCIENCES, INC.** | : |
| | : |
| 20           **Defendant.** | :   **NO. 14-846-LPS** |

                        - - -

21

22                 **Wilmington, Delaware**
               **Thursday, December 8, 2016**

23                *Jury Trial - Volume D*

                        - - -

24

25   **BEFORE:  HONORABLE LEONARD A. STARK, Chief Judge, and a jury**

                        - - -

1    APPEARANCES:

2
                    ASHBY & GEDDES, P.A.
3                   BY:  JOHN G. DAY, ESQ.

4                       and

5                   McCARTER & ENGLISH
                    BY:  MICHAEL P. KELLY, ESQ.
6
                        and
7
                    JONES DAY
8                   BY:  CALVIN P. GRIFFITH, ESQ.,
                         RYAN B. McCRUM, ESQ.,
9                        MICHAEL S. WEINSTEIN, ESQ., and
                         BRADLEY W. HARRISON, ESQ.
10                       (Cleveland, Ohio)

11                      and

12                  JONES DAY
                    BY:  JENNIFER L. SWIZE, ESQ.
13                       (Washington, District of Columbia)

14                      and

15                  JONES DAY
                    BY:  STEPHANIE E. PARKER, ESQ., and
16                       JESIKA W. FRENCH, ESQ.
                         (Atlanta, Georgia)
17
                        and
18
                    JONES DAY
19                  BY:  JOHN D. KINTON, ESQ., and
                         ANTHONY M. INSOGNA, ESQ.
20                       (San Diego, California)

21                      and

22                  JONES DAY
                    BY:  JOHN M. MICHALIK, ESQ., and
23                       LISA L. FURBY, ESQ.
                         (Chicago, Illinois)
24
                            Counsel for Plaintiffs
25

```
1    APPEARANCES:   (Continued)

2
              FISH & RICHARDSON, P.C.
3             BY:  MARTINA TYREUS HUFNAL, ESQ.,
                   DOUGLAS E. McCANN, ESQ.,
4                  JOSEPH B. WARDEN, ESQ.,
                   SANTOSH COUTINHO, ESQ.,
5                  ROBERT OAKES, ESQ., and
                   KELLY ALLENSPACH DEL DOTTO, ESQ.
6
                   and
7
              FISH & RICHARDSON, P.C.
8             BY:  FRANK SCHERKENBACH, ESQ., and
                   JENNY SHMUEL, ESQ.
9                  (Boston, Massachusetts)

10                 and

11            FISH & RICHARDSON, P.C.
              BY:  JUANITA BROOKS, ESQ.,
12                 W. CHAD SHEAR, ESQ.,
                   CRAIG COUNTRYMAN, ESQ., and
13                 JONATHAN E. SINGER, ESQ.
                   (San Diego, California)
14
                   and
15
              FISH & RICHARDSON, P.C.
16            BY:  MICHAEL R. HEADLEY, ESQ.,
                   JOHN M. FARRELL, ESQ., and
17                 DALIA KOTHARI, ESQ.
                   (Redwood City, California)
18
                   and
19
              FISH & RICHARDSON, P.C.
20            BY:  TASHA FRANCIS, ESQ.
                   (Minneapolis, Minnesota)
21
                        Counsel for Defendants
22

23

24    Valerie Gunning                 Brian P. Gaffigan
      Official Court Reporter         Official Court Reporter
25
```

- oOo -

P R O C E E D I N G S

(REPORTER'S NOTE:  The following trial was held in open court, beginning at 8:53 a.m.)

THE COURT:  Good morning, everyone.

So happily I'm told all of the jury is here. And so we'll bring them in shortly.  I just had a few little things to tell you and to put in the record.

First, I understand that inadvertently you all were given copies of the discussion in chambers with the juror.

That is fine, it was an accident, but I hereby unseal that portion of the transcript.  You all have it and you should treat it as you are treating the rest of the transcript.

So I intend to tell the jury that I expect that we'll take more frequent breaks today.  I'm going to give that a try and see how that works for all of us.

And in terms of your submissions yesterday or through the night or this morning, maybe it was, I'm only aware of one that I have to rule on.  I'll give you my ruling.  Thankfully, it's a very narrow issue.

This is Gilead's objections to certain counter-designations from Idenix with respect to Dr. Griffon. Gilead's objections are overruled.  There is no indication

08:54:43 1 from the excerpts that we have been given that Dr. Griffon

08:54:47 2 lacks adequate personal knowledge or speculating. Instead,

08:54:52 3 this appears to be probative testimony with respect to the

08:54:55 4 validity issues. That is not substantially outweighed by

08:54:59 5 any of the concerns of Rule 403. So that objection is

08:55:01 6 overruled.

08:55:02 7 I'm told you all have no issues. Let me just

08:55:05 8 confirm that any issues this morning.

08:55:06 9 MS. PARKER: That's correct, Your Honor.

08:55:07 10 Would you like the witness to go ahead and take

08:55:09 11 the stand so he will be up there when the jury comes in?

08:55:11 12 THE COURT: We'll just call him back when the

08:55:13 13 jury comes in. But thank you for asking.

08:55:15 14 Are there any issues?

08:55:16 15 MR. SCHERKENBACH: Just a heads up, Your Honor.

08:55:19 16 Procedural matter. One of the depositions that we're going

08:55:22 17 to play in our case is Jeremy Clark. And there are two

08:55:29 18 videos. A portion of one of the videos is corrupted beyond

08:55:33 19 use so we'll have to play the part that works, and then do a

08:55:37 20 read-in, and then we can finish the video. I just didn't

08:55:41 21 want to be any surprise about that.

08:55:42 22 THE COURT: And I take it Idenix understands

08:55:44 23 this as well? That the video is corrupted?

08:55:48 24 MR. McCRUM: Your Honor, we were informed that

08:55:50 25 this morning. We haven't had a chance to look at what

08:55:53 1    precisely what portion of it is.  If it is nothing that --

08:55:57 2              MR. SCHERKENBACH:  It's not a long portion, but

08:55:59 3    the condition we got it in and we can't do anything with it.

08:56:02 4              THE COURT:  I trust you will make appropriate

08:56:05 5    nonargument transition statements so the jury understands

08:56:07 6    what is happening.

08:56:08 7              MR. SCHERKENBACH:  Thank you.

08:56:09 8              THE COURT:  That's fine.  So let's bring the

08:56:11 9    jury in.

08:56:53 10             MS. PARKER:  Your Honor, I think our witness has

08:56:56 11   gone to the ...

08:56:57 12             THE COURT:  All right.  Well, I'm going to call

08:56:59 13   him forward when the jury comes in.

08:57:29 14             (Jury returned.)

08:57:48 15             THE COURT:  Good morning, ladies and gentlemen

08:57:49 16   of the jury.

08:57:50 17             THE JURORS:  Good morning.

08:57:50 18             THE COURT:  Thank you for getting here a little

08:57:53 19   bit early today.  We are all ready to start.

08:57:55 20             I anticipate dealing with some issues that I may

08:58:01 21   take more frequent breaks today than we have previously.

08:58:04 22   We'll see how the day develops but I anticipate that that

08:58:07 23   may happen.

08:58:08 24             With that, we'll call Mr. Carter back to the

08:58:11 25   stand.  He was on the stand, as you will recall, when we

08:58:15 1 finished yesterday.

02:28:30 2 ... ANDREW CARTER, having been previously sworn,

02:28:37 3 was examined and testified as follows ...

08:58:24 4 THE COURT: Good morning, Mr. Carter.

08:58:26 5 THE WITNESS: Good morning, Your Honor.

08:58:30 6 THE COURT: Welcome back. And I remind you that

08:58:34 7 you remain under oath, of course.

08:58:36 8 THE WITNESS: Yes.

08:58:36 9 THE COURT: Mr. Warden, you may continue with

08:58:38 10 your examination.

08:58:39 11 CROSS-EXAMINATION

08:58:39 12 BY MR. WARDEN:

08:58:50 13 Q. Good morning, again, Mr. Carter.

08:58:52 14 A. Good morning, sir.

08:58:53 15 Q. Let's pick up where we left off yesterday. Just

08:58:57 16 to remind the jury, when we finished, we were discussing

08:59:01 17 Merck's purchase price allocation for the Idenix's

08:59:04 18 acquisition?

08:59:05 19 A. Yes.

08:59:05 20 Q. And let's go ahead and turn back to that in your

08:59:07 21 binder.

08:59:08 22 Mr. Sayres, if we can put that on the screen.

08:59:11 23 It's DX-2461.

08:59:17 24 And let's go back again to page 7.

08:59:30 25 And we discussed yesterday this page provides

08:59:33 1   some comments on the value of the different Idenix assets.

08:59:36 2   Right?

08:59:38 3   A.      Yes.

08:59:38 4   Q.      And we were specifically discussing the line item

08:59:42 5   here, $3.17 billion IPR&D.  Is that right?

08:59:49 6   A.      That is what the line says, yes.

08:59:52 7   Q.      And the $3.17 billion for IPR&D is more than

08:59:57 8   80 percent of the total value?

09:00:00 9   A.      Yes, that is correct.

09:00:01 10  Q.      The IP in IPR&D stands for in-process, right?

09:00:09 11  A.      Yes, that is correct.

09:00:10 12  Q.      It's in-process R&D?

09:00:13 13  A.      Yes, that's true.

09:00:14 14  Q.      The IP doesn't stand for intellectual property?

09:00:17 15  A.      No, but it includes the intellectual property

09:00:21 16  surrounding that molecule.

09:00:25 17  Q.      You understand that this IPR&D line item represents

09:00:31 18  the value that Merck was giving to that drug?

09:00:36 19  A.      Right.  That is the value to the drug assuming, of

09:00:39 20  course, they're going to have patent protection on it.  In

09:00:42 21  the end, if they have a drug that is not protected that

09:00:45 22  anybody can make, then it's not going to have that value.

09:00:48 23  So it's that drug and what is surrounding that drug,

09:00:51 24  including the protection that it will have.

09:00:55 25  Q.      Mr. Carter, you were deposed, had your deposition

09:00:58 1   taken earlier in this case; correct?

09:01:00 2   A.      Yes.

09:01:01 3   Q.      And as with today, when you had that deposition

09:01:04 4   taken, you were under oath?

09:01:05 5   A.      Yes.

09:01:05 6   Q.      And you swore to tell the truth?

09:01:07 7   A.      Yes.

09:01:08 8   Q.      I'd like to have you turn in your binder, the bigger

09:01:11 9   of the two binders, to your deposition transcript.  And I

09:01:18 10  know there is a bunch of tabs.  The one we're looking at is

09:01:21 11  the one that says Idenix depo transcript.  Do you see that?

09:01:37 12  A.      Yes.

09:01:38 13  Q.      And I'd like to turn to page 137.

09:01:43 14          MR. WARDEN:  Mr. Sayres, can we have that up on

09:01:46 15  the screen?

09:01:46 16          We're going to begin on line 18.

09:01:52 17          You were asked the following questions and gave

09:01:54 18  the following answers:

09:01:56 19          "Question:  What is your understanding of what

09:01:58 20  is meant by IPR&D?

09:02:01 21          "Answer:  That's in-process R&D.

09:02:06 22          "Question:  Can you be more specific?

09:02:08 23          "Answer:  It's -- I'm trying to think of the

09:02:12 24  best way to explain this.  It's the value they're giving to

09:02:15 25  that drug."

09:02:16  1    A.      Yes.

09:02:16  2    Q.      Now, Mr. Carter, at the time Merck performed this

09:02:20  3    evaluation, Idenix had already sued Gilead?

09:02:23  4    A.      Yes, that's true.

09:02:24  5    Q.      Idenix's claim was filed the previous December?

09:02:28  6    A.      Yes.

09:02:28  7    Q.      And when Merck acquired Idenix, it acquired all of

09:02:35  8    Idenix?

09:02:36  9    A.      Yes.

09:02:37 10    Q.      Everything Idenix had, including the claim?

09:02:42 11    A.      They acquired all of Idenix, that's true.

09:02:44 12    Q.      Merck knew about Idenix's claim against Gilead at

09:02:48 13    that time, right?

09:02:49 14    A.      Yes, that's true.

09:02:49 15    Q.      Yet this valuation doesn't include any value for that

09:02:56 16    claim?

09:02:57 17    A.      There is, the claim is not valued as part of this, as

09:03:02 18    part of this purchase price allocation.  There was no

09:03:05 19    evaluation of the claim that was made.  That is my

09:03:07 20    understanding, yes.

09:03:07 21    Q.      And it's not your opinion that the claim was included

09:03:12 22    within the $3.2 billion or $3.17 billion IPR&D line item?

09:03:19 23    A.      That's correct.

09:03:19 24    Q.      In fact, you agree that Merck doesn't appear to have

09:03:24 25    any value for the claim?

09:03:27 1    A.      At the time this was done, there was no -- when this

09:03:31 2    purchase price allocation was done, there was no -- none of

09:03:34 3    the purchase price was allocated to the claim.

09:03:36 4    Q.      Mr. Carter, you agree that Merck doesn't appear to

09:03:40 5    have any value for the claim?

09:03:44 6    A.      In the purchase price allocation, there was no

09:03:46 7    specific valuation of the claim that was done.  They bought

09:03:49 8    the company to get that drug.  That was the idea behind the

09:03:55 9    purchase.  There was no separate analysis done for the claim

09:03:58 10   as I understand it.

09:03:59 11   Q.      Mr. Carter, let's have you turn in your deposition

09:04:02 12   transcript now to page 153.

09:04:06 13           Mr. Sayres, let's put that up on the screen.

09:04:09 14           We're going to begin here at line 19.

09:04:13 15           "Question:  You agree that Idenix's claim

09:04:16 16   against Gilead is not expressly valued anywhere in the PPA,

09:04:19 17   right?

09:04:20 18           "Answer:  Yes, I agree with that.

09:04:24 19           "Question:  In your opinion, is the Idenix claim

09:04:27 20   against Gilead included in the residual goodwill category?

09:04:33 21           "Answer:  So Merck didn't appear to -- Merck

09:04:35 22   didn't appear to have any value for the claim.  They don't

09:04:40 23   appear to have put a number on any claim that Idenix might

09:04:43 24   have had against Gilead."

09:04:47 25   A.      That's correct.

09:04:49 1    MR. WARDEN:  Mr. Sayres, you can take that down.

09:04:51 2    No more questions, Your Honor.

09:04:52 3    THE COURT:  Okay.  Redirect.

09:05:03 4    MS. PARKER:  Thank you, Your Honor.

09:05:03 5    REDIRECT EXAMINATION

09:05:03 6    BY MS. PARKER:

09:05:05 7    Q.    Good morning.  Mr. Carter, I just have a couple of

09:05:07 8    questions I want to ask you.

09:05:09 9    So I want to go back to yesterday afternoon when

09:05:12 10   you were being asked questions by Gilead.

09:05:15 11   A.    Okay.

09:05:15 12   Q.    You remember you were asked a series of questions

09:05:21 13   regarding the benefits of these two drugs, Sovaldi and

09:05:25 14   Harvoni, and you were asked questions how wonderful they are

09:05:28 15   and how they affected the treatment of patients with

09:05:32 16   hepatitis C.  Do you remember that?

09:05:32 17   A.    Yes, ma'am.

09:05:33 18   Q.    I want to follow-up.  Do you disagree that Gilead did

09:05:37 19   a lot of work to get these two drugs to the market?

09:05:39 20   A.    No, I don't disagree at all.  Gilead -- well, we have

09:05:44 21   the slide showing that what Idenix brought to the table and

09:05:49 22   Gilead was supposed to do everything else.  Gilead did a lot

09:05:52 23   to get these drugs to the market.

09:05:54 24   MS. PARKER:  If we can pull up Demonstrative

09:05:57 25   Exhibit 10.

09:05:57 1    BY MS. PARKER:

09:05:58 2    Q.    I want to ask you how you accounted for Gilead's work

09:06:01 3    in the analysis that you did here.    How did you factor that

09:06:05 4    into the pie chart?

09:06:06 5    A.    So, again, I'm not saying that Idenix did all or even

09:06:11 6    the majority of the work.    Idenix is bringing this, is

09:06:16 7    bringing this patent that covers this class of compounds and

09:06:21 8    how big a portion of the pie should they get; whether the

09:06:24 9    pie is huge because a lot is sold or whether the pie is

09:06:27 10   small because not much is sold, what portion of the pie did

09:06:29 11   they get.

09:06:30 12        Like we have seen in the other license

09:06:31 13   agreements, the one with the patent that you have to have,

09:06:34 14   in order to sell these drugs, they get, well especially in

09:06:38 15   the Merck/Roche agreement, they get 9 to 12 percent of the

09:06:42 16   pie.    And if a lot of the drug is sold and the pie gets

09:06:44 17   bigger and bigger and bigger, then everybody wins.

09:06:47 18        If not as much of the drug is sold and the pie

09:06:50 19   gets smaller, then everyone doesn't win as much.    They still

09:06:55 20   win some, but that portion still stays the same as the pie

09:06:58 21   shrinks or grows, and I'm saying Gilead should get the

09:07:02 22   majority.    Yes.    Definitely.

09:07:21 23        MR. PARKER:    Thank you.    Your Honor, I have no

09:07:23 24   further questions.

09:07:23 25        Thank you, Mr. Carter.

09:07:24 1          THE COURT:  Thank you, Mr. Carter.  You can step

09:07:26 2   down.

09:07:27 3          THE WITNESS:  Thank you, your Honor.

09:07:31 4          (Witness excused.)

09:07:32 5          THE COURT:  Leave those there.  Counsel, take

09:07:34 6   care of it.  Thank you.

09:07:36 7          Call your next witness.

09:07:38 8          MR. PARKER:  Your Honor, we rest in this phase

09:07:40 9   of the trial.  Thank you.

09:07:41 10         THE COURT:  All right.  Could I ask you to have

09:07:43 11  someone come recover all of the binders there?

09:07:46 12         MR. PARKER:  I will do it.

09:07:47 13         THE COURT:  All right.  You may if you wish.

09:07:49 14         MR. PARKER:  Thank you.

09:07:51 15         THE COURT:  All right.  Then we'll turn to

09:07:55 16  Gilead.

09:08:05 17         MR. SCHERKENBACH:  Thank you, your Honor.  Good

09:08:08 18  morning, ladies and gentlemen.

09:08:10 19         Gilead is going to begin its case now, and the

09:08:13 20  first witness you are going to hear from is a live witness,

09:08:17 21  Dr. Suguna Rachakonda.  She was a Ph.D. chemist who worked

09:08:22 22  at Pharmasset in the early 2000s.  She's going to testify

09:08:26 23  about the hepatitis C nucleoside program at Pharmasset at

09:08:31 24  that time and you are going to hear about her interactions

09:08:33 25  with a number of the other witnesses whose names you've

09:08:35 1    already heard in the case, Dr. Hassan, Mr. Clark, and so

09:08:39 2    forth.  So, your Honor, Gilead calls Dr. Suguna Rachakonda.

09:08:45 3                THE COURT:  Okay.

09:09:01 4                MS. BROOKS:  Your Honor, could we have two

09:09:03 5    minutes?

09:09:03 6                THE COURT:  You can have as long as you need.

09:09:05 7                MS. BROOKS:  Thank you, your Honor.

09:09:06 8                ... SUGUNA RACHAKONDA, having been duly sworn as

09:09:16 9    a witness, was examined and testified as follows ...

09:09:24 10               THE COURT:  Good morning, Dr. Rachakonda.

09:09:26 11   Welcome here.

09:09:29 12               THE WITNESS:  Thank you.

09:09:34 13               MS. BROOKS:  And, your Honor, might I approach

09:09:35 14   with some binders for the witnesses and the Court and

09:09:37 15   opposing counsel?

09:09:38 16               THE COURT:  Yes, you may.

09:09:42 17               MS. BROOKS:  And might I also approach with some

09:09:54 18   molecules?

09:09:55 19               THE COURT:  Yes, you may.

09:09:56 20               MS. BROOKS:  Thank you.

09:10:09 21               (Ms. Brooks handed molecules and a binder to the

09:10:14 22   witness and binders to the Court and opposing counsel.)

09:10:52 23                           DIRECT EXAMINATION

09:10:53 24   BY MS. BROOKS:

09:10:54 25   Q.    Good morning, Dr. Rachakonda.

09:10:55 1  A.      Good morning.

09:10:55 2  Q.      Could you please introduce yourself to the ladies and

09:10:58 3  gentlemen of the jury?

09:10:58 4  A.      Hello.  Good morning.  I'm Suguna Rachakonda.

09:11:03 5  Q.      And I'm not sure.  Did the court reporter, the clerk,

09:11:07 6  ask you to already spell your name?

09:11:09 7  A.      Yes, he did.

09:11:10 8  Q.      Okay.  Dr. Rachakonda, the jury has heard already a

09:11:17 9  great deal about the cures that Gilead developed for

09:11:24 10 hepatitis C.  Specifically, Sovaldi and Harvoni.

09:11:29 11         Did you play a role in helping to develop those

09:11:33 12 drugs?

09:11:33 13 A.      Yes, I did.

09:11:35 14 Q.      And was that while you were at Pharmasset?

09:11:41 15 A.      Yes, that's correct.

09:11:42 16 Q.      How long were you at Pharmasset?

09:11:43 17 A.      Ten years.

09:11:44 18 Q.      Approximately 2000 to 2010; is that right?

09:11:47 19 A.      Yes, that is right.

09:11:48 20 Q.      And what was your title at Pharmasset?

09:11:50 21 A.      Lead scientist.

09:11:52 22 Q.      And so were you involved -- as a lead scientist, were

09:11:57 23 you involved not only yourself in doing experiments, but

09:12:01 24 other scientists at Pharmasset, were you involved with them?

09:12:04 25 A.      Yes, I was involved with others.

09:12:05  1    Q.    All right.  Before we get into detail of your actual

09:12:09  2    work at Pharmasset, and also we're going to get into detail

09:12:13  3    about your scientific background that would enable you to be

09:12:16  4    a lead scientist, there's a couple things I'd like to get

09:12:19  5    out of the way.

09:12:21  6              MS. BROOKS:  Mr. Sayres, would you please pull

09:12:24  7    up PDX-33.  It's a demonstrative shown in opening.

09:12:24  8    BY MS. BROOKS:

09:12:29  9    Q.    Dr. Rachakonda, were you here during opening

09:12:31 10    statement?

09:12:31 11    A.    Yes, I was here.

09:12:33 12    Q.    And did you hear counsel for Idenix claim that

09:12:38 13    confidential information of Idenix went from Dr. Sommadossi

09:12:43 14    to Dr. Schinazi to the Pharmasset scientists?

09:12:48 15    A.    Yes, I heard that.

09:12:49 16    Q.    Now, I'm not going to ask you what Dr. Sommadossi or

09:12:53 17    Dr. Schinazi may have done, but let me ask you as one of the

09:12:58 18    Pharmasset scientists:  Is this true?

09:13:01 19    A.    Absolutely not.  It is not true.

09:13:03 20    Q.    Let's turn to PDX-36 that was shown in opening.  Did

09:13:14 21    you see this particular demonstrative shown during the

09:13:18 22    opening statement of counsel for Idenix?

09:13:20 23    A.    Yes, I did.

09:13:23 24    Q.    And, again, are you one of the Pharmasset scientists

09:13:27 25    that's being referred to here where it says Pharmasset

09:13:29 1    scientists used Idenix's confidential information?

09:13:33 2    A.    Yes, I was one of the scientists.

09:13:35 3    Q.    Is it true, did you use any of Idenix's confidential

09:13:42 4    information in the development of Sovaldi and Harvoni?

09:13:47 5    A.    Absolutely not, I did not use their confidential

09:13:52 6    information.  No, I did not.

09:13:53 7    Q.    And to your personal knowledge, did any of the other

09:13:56 8    scientists that worked on the development of Sovaldi and

09:14:02 9    Harvoni use any Idenix confidential information?

09:14:05 10    A.    No, they did not.

09:14:07 11    Q.    All right.  Now we're going to go into detail about

09:14:10 12    how you would know that to be the case.

09:14:13 13          So before we do that, I would like you to

09:14:16 14    explain in more detail to the ladies and gentlemen of the

09:14:20 15    jury your scientific background that would enable you to be

09:14:24 16    a lead scientific at Pharmasset.

09:14:27 17          I refer to you as Dr. Rachakonda.  Do you have a

09:14:30 18    Ph.D.?

09:14:31 19    A.    Yes, I do.

09:14:32 20    Q.    And in what field is your Ph.D.?

09:14:35 21    A.    Organic chemistry.

09:14:37 22    Q.    Okay.  So that's a term I'm not sure we've heard

09:14:40 23    before.  Can you explain to the ladies and gentlemen of the

09:14:43 24    jury how organic chemistry may differ from what we would

09:14:47 25    think of as sort of general chemistry?

09:14:49 1    A.      Organic chemistry is the chemistry related to carbon

09:14:54 2    and the chemistry that is related to things that you use in

09:14:59 3    everyday life around you, like medicines and other things.

09:15:04 4    Q.      So I've heard that we as life forms are all made up

09:15:11 5    of carbon; is that right?

09:15:12 6    A.      Yes, that is correct.

09:15:13 7    Q.      And does that tie in any in any way then to the field

09:15:17 8    of organic chemistry, the fact that we're all sort of carbon

09:15:22 9    creatures?

09:15:22 10   A.      Yes, it does.

09:15:23 11   Q.      In what way?

09:15:23 12   A.      Because we're all made of carbon and we're studying

09:15:26 13   organic chemistry.  That is the chemistry of carbon.

09:15:29 14   Q.      Now, did you have to write a thesis in order to

09:15:32 15   obtain your Ph.D.?

09:15:34 16   A.      Yes.

09:15:34 17   Q.      Without going into it, because I know it's a pretty

09:15:39 18   dense science, without going into too much detail about your

09:15:43 19   thesis, but what was the general focus of your thesis?

09:15:46 20   A.      The general focus of my thesis was making new organic

09:15:50 21   compounds and using stereochemistry and substitutions.

09:15:57 22   Q.      All right.  Now, we've heard another new term,

09:16:00 23   stereochemistry.  What is stereochemistry?

09:16:03 24   A.      Stereochemistry is the study of -- it is a branch of

09:16:13 25   chemistry that is, that way we study atoms and compounds

09:16:20 1    that are in three dimension.  What you see on paper is

09:16:24 2    two-dimensional and flat.  Three-dimensional structures and

09:16:28 3    how the -- this what I show is three-dimensional in a way,

09:16:33 4    and that is -- that's stereochemistry.  The study in

09:16:39 5    three-dimensional space and how being in three dimensions

09:16:44 6    changes the properties of the compounds and molecules we're

09:16:48 7    working with.

09:16:49 8    Q.    All right.  So let's break that down a little bit,

09:16:51 9    because in order for the jury to understand your work and

09:16:55 10   your fellow scientists' work, see if we can give them a

09:16:59 11   little more context.

09:17:00 12          You held something up there just now?

09:17:02 13   A.    Yes.

09:17:02 14   Q.    And that something for the record looks like it's a

09:17:06 15   tinker toy, but it's actually some atoms that are grouped

09:17:10 16   together; is that right?

09:17:11 17   A.    Yes, that is correct.

09:17:14 18   Q.    Okay.  Could you tell the ladies and gentlemen of the

09:17:16 19   jury, is that a particular molecule that you're holding in

09:17:19 20   your hand?

09:17:20 21   A.    Yes.  What I'm holding in my hand is in general

09:17:24 22   called a nucleoside, and specifically, this nucleoside is

09:17:30 23   the foundation for the life-saving drug, which is this

09:17:35 24   particular one is a nucleoside which has two parts to it.

09:17:39 25   One is a sugar ring, which is the pentagon you see, and this

09:17:44 1     is a base that is cytidine.

09:17:47 2                 So this -- I can pull it apart.  This is

09:17:51 3     the base and this is the sugar.  And I pulled it apart and

09:17:55 4     connected it back.  I wish it was that easy in the lab.

09:17:59 5     It's not.

09:17:59 6     Q.    I was just going to ask that.  Is it just that easy

09:18:03 7     to pop off one and pop on another?

09:18:05 8     A.    No, it is not.  It is more complex.

09:18:07 9     Q.    Now, let's focus, if we could, just on the -- first

09:18:10 10    of all, you said nucleoside.  What's a nucleoside?

09:18:13 11    A.    So nucleoside is a natural product, a compound that

09:18:18 12    is made of two parts.  One is a sugar, which is this, what

09:18:24 13    I'm showing you on this one, and this is a base.  And the

09:18:28 14    bases can be two kinds, purines and pyrimidines.  And I can

09:18:34 15    say that this is a pyrimidine, which is a single ring.  As

09:18:38 16    you can see, this is a single ring base.

09:18:41 17    Q.    Thank you.

09:18:41 18                 And now I'm going to impress the ladies and

09:18:44 19    gentlemen of the jury with what you taught me.  We're going

09:18:46 20    to talk for a second about bases.  You mentioned pyrimidine

09:18:50 21    bases being single ring.  Is it correct that there are two

09:18:53 22    kinds of single ring pyrimidine bases:  Cytidine and

09:18:59 23    uridine?  Did I get it right?

09:19:00 24    A.    Yes, that is one more, but, yes.

09:19:03 25    Q.    Okay.  And then are there double ring bases that are

09:19:07 1    called purines?

09:19:08 2    A.       That is correct.

09:19:11 3                MR. KINTON:  Objection.  Leading.

09:19:12 4                THE COURT:  It is leading.  Let's avoid leading.

09:19:15 5                MS. BROOKS:  Okay.  I apologize.

09:19:15 6    BY MS. BROOKS:

09:19:18 7    Q.       Is there a different kind of base involving more than

09:19:19 8    one ring?

09:19:20 9    A.       Yes, there is.

09:19:21 10   Q.       And what are those called?

09:19:22 11   A.       Purines.

09:19:23 12   Q.       And are there -- can you tell us the names for the

09:19:27 13   double ring purine bases?  Do they have names?

09:19:30 14   A.       Adenosine and guanine.

09:19:34 15   Q.       Thank you.

09:19:36 16               And sometimes if we see something in a lab

09:19:37 17   notebook, is the base ever just displayed as either a C for

09:19:43 18   cytidine or U for uridine or an A for adenosine or a G for

09:19:48 19   guanine?

09:19:49 20               THE COURT:  Ms. Brooks, this is leading.  Ask a

09:19:51 21   direct question, please.

09:19:52 22               MS. BROOKS:  I'm sorry.

09:19:53 23   BY MS. BROOKS:

09:19:53 24   Q.       Are the bases ever displayed on a chemical drawing

09:19:56 25   with just a letter?

09:19:58 1    A.    Yes.

09:19:58 2    Q.    Okay.  And what would those letters be?

09:20:01 3    A.    C for cytidine, U for uridine, A for adenosine and G

09:20:07 4    for guanine, just to make it simple.

09:20:10 5    Q.    Okay.  Leave the bases aside for a moment and let's

09:20:12 6    focus now on the sugar ring.

09:20:14 7          Did you make a larger model of the sugar ring to

09:20:18 8    be able to show the ladies and gentlemen of the jury some of

09:20:22 9    the characteristics of the sugar ring?

09:20:24 10   A.    Yes, I did.

09:20:25 11         MR. KINTON:  Objection.  Leading.

09:20:26 12         THE COURT:  Hold on.  I have to be able to hear

09:20:28 13   the objection.  What was it?

09:20:31 14         MR. KINTON:  It's still leading, your Honor.

09:20:32 15         THE COURT:  He's just asking her to pick up the

09:20:34 16   extra demonstrative.  I will allow that, but let's avoid the

09:20:38 17   leading, Ms. Brooks.

09:20:39 18         MS. BROOKS:  Yes, your Honor.

09:20:39 19   BY MS. BROOKS:

09:20:49 20   Q.    And, Dr. Rachakonda, what is that model that you're

09:20:53 21   holding in your hand?

09:20:54 22   A.    This is exactly the same thing what I have here, just

09:20:59 23   in bigger size.  It is a sugar ring and a base and

09:21:06 24   specifically cytidine to make it simpler, just with a C.

09:21:11 25   Q.    And can you show the ladies and gentleman of the jury

09:21:16 1    the various positions on the sugar ring?

09:21:18 2    A.    Yes.  This is a sugar ring.  This is called a 1'

09:21:24 3    position.  This is the 2'.  This is the 3', 4', and this is

09:21:31 4    the 5' (indicating).  3, 4, 5.

09:21:35 5    Q.    We've heard some terminology in court about -- let's

09:21:39 6    concentrate for a moment on the 2' position.

09:21:41 7    A.    Yes.

09:21:42 8    Q.    We've heard some terminology about, for example,

09:21:45 9    2'-methyl up?

09:21:47 10   A.    Yes.

09:21:47 11   Q.    Or a 2' OH down.

09:21:50 12   A.    Yes.

09:21:50 13   Q.    And can you explain to the jury what that means

09:21:53 14   in relation to the ring, the sugar ring that you are

09:21:57 15   holding?

09:21:58 16   A.    So I can explain that with respect to 2' position.

09:22:01 17   What you see here at this group is a methyl group.  This is

09:22:05 18   up, which is towards you as you see, and as you can turn

09:22:10 19   around, this is behind you.  This is down where you see here

09:22:14 20   a fluoro.  Even here on the 3', you see this is an OH, which

09:22:20 21   is down, so this is up.  The down you can see.  This is up.

09:22:27 22   Yes.

09:22:28 23   Q.    Thank you.  You can put that down for now.

09:22:32 24        Let's go back to your background in education.

09:22:36 25   How many years of advanced education did you have in organic

09:22:45 1  chemistry?

09:22:46 2  A.      Too long.  Ten years.

09:22:50 3  Q.      So in addition to your Ph.D., did you do any work

09:22:53 4  after -- as far as study, did you do any work after

09:22:57 5  receiving your Ph.D.?

09:22:58 6  A.      Yes.  I did two years of post-doctoral work.

09:22:35 7  Q.      Now, when did you first get interested in organic

09:22:50 8  chemistry?

09:22:51 9  A.      Way early when it was introduced to us in high

09:22:57 10 school, actually, Ninth Grade Organic Chemistry was

09:23:01 11 introduced.

09:23:02 12 Q.      And what made you -- it's an interesting subject but

09:23:06 13 what made you get interested in it?

09:23:09 14 A.      What was interesting to me, when I was 14-15, when

09:23:13 15 organic chemistry was introduced, actually I fell in love

09:23:17 16 with it, period.  I just loved it because what I learned

09:23:20 17 from that course is that you can take these atoms and build

09:23:25 18 molecules in the lab that could have a potential to treat

09:23:31 19 disease and maybe cure disease.  Physicians and doctors

09:23:35 20 actually use the drugs to treat.  I wanted to be the person

09:23:41 21 working to make those drugs so that the physicians could

09:23:45 22 use, and that was the interest that started and I continued.

09:23:51 23 Q.      When you finished all of your academic work, did you

09:23:55 24 come directly to Pharmasset?

09:23:56 25 A.      No.  No, I did not.

09:23:59 1    Q.    And where was the first place that you went as far as

09:24:02 2    going into industry?

09:24:03 3    A.    I went to a start up, a small startup in Chicago

09:24:08 4    called Synquest (phonetic).  Yes.

09:24:11 5    Q.    When you got to Synquest, were there any particular

09:24:15 6    areas of viruses, for example, or diseases that you were

09:24:20 7    focused on?

09:24:21 8    A.    Yes, I was working on making compounds that could

09:24:27 9    potentially treat HIV, hepatitis B, hepatitis C and also

09:24:34 10   cancer.

09:24:35 11   Q.    We have already heard quite a bit in this courtroom

09:24:38 12   about hepatitis C.  And, in fact, people were asked if they

09:24:43 13   had -- they or a loved one had ever been diagnosed with

09:24:48 14   hepatitis C.  Let me ask you that question, Dr. Rachakonda.

09:24:53 15   Have you or a loved one ever been diagnosed with hepatitis

09:24:56 16   C?

09:24:56 17   A.    Yes.

09:24:59 18             MR. KINTON:  Objection, relevance.

09:25:00 19             MR. BROOKS:  I will tie it in, Your Honor.

09:25:01 20             THE COURT:  All right.  I will overrule it.

09:25:03 21             MS. BROOKS:  Have you or a loved one been

09:25:05 22   diagnosed with hepatitis C?

09:25:07 23   A.    Yes.

09:25:07 24   Q.    Who is that?

09:25:08 25   A.    My mother.

09:25:10  1    Q.      When was she diagnosed?

09:25:12  2    A.      2003.

09:25:13  3    Q.      In 2003, were you already then working at Pharmasset?

09:25:20  4    A.      Yes, I was.

09:25:21  5    Q.      Deep breath.  Did your mother's diagnosis impact your

09:25:31  6    work at Pharmasset?

09:25:32  7    A.      Absolutely.  Absolutely.

09:25:34  8    Q.      In what way?

09:25:35  9    A.      I wanted to see a cure for her suffering and I knew

09:25:47 10    that we were working on that, and I was hoping that she will

09:25:52 11    be able to, you know, get the treatment.

09:25:55 12    Q.      We heard that Sovaldi was approved in 2013.  So in

09:26:03 13    2003, what was the standard of care for patients who had

09:26:07 14    been diagnosed with hepatitis C?

09:26:09 15    A.      She was given what is called the standard of care,

09:26:13 16    interferon which is an injection that was taken once a week

09:26:17 17    and a tablet which is called ribavirin twice a day.  That is

09:26:24 18    what she took, and she had to take it for a year.

09:26:27 19    Q.      How did she fare on that treatment?

09:26:30 20    A.      Extremely poor.  She could not take it.  She could

09:26:33 21    not take the treatment.  She discontinued the treatment

09:26:37 22    after 22 weeks because the side effects of those two drugs

09:26:45 23    was so bad that she said to us that she would rather have

09:26:51 24    the disease than actually go through that treatment, which

09:26:55 25    was painful, yeah, and horrifying.

09:26:57 1   Q.    I'm sorry to ask you about this difficult subject,

09:27:00 2   but the jury needs to hear through a witness what are some

09:27:05 3   of the side effects of what was then the current standard of

09:27:08 4   care.

09:27:09 5          MR. KINTON:  Objection, calls for expert

09:27:12 6   opinion.

09:27:12 7          THE COURT:  Calls for expert opinion?

09:27:16 8          Ms. Brooks.

09:27:16 9          MS. BROOKS:  Your Honor, this is her personal

09:27:17 10   knowledge of watching her mother.

09:27:20 11          MR. KINTON:  Relevance.  This is a single

09:27:21 12   individual.

09:27:25 13          THE COURT:  Do you want to respond to that

09:27:26 14   objection?

09:27:27 15          MS. BROOKS:  Your Honor, her mother is

09:27:29 16   representative of everyone we have heard who has had to take

09:27:33 17   the regimen.

09:27:35 18          THE COURT:  I'll overrule the objection.

09:27:35 19   BY MS. BROOKS:

09:27:37 20   Q.    Dr. Rachakonda, you may proceed.

09:27:39 21   A.    Yes, she had continuously high fever, high

09:27:43 22   temperature.  And she could not take Tylenol because they

09:27:47 23   said that would affect her liver and she could not.  So she

09:27:50 24   had to live through high temperature every day, No. 1.

09:27:55 25          Two, the weekly injections were very painful,

09:27:56 1  but the worst part was her blood count was going down, her

09:28:05 2  hemoglobin was going down, she had to stop the treatment

09:28:08 3  periodically to get transfusions.  And that was the really

09:28:12 4  painful part because she had to take the blood transfusion,

09:28:14 5  wait until her hemoglobin count comes up, then take the

09:28:18 6  regimen again.  Then after two or three weeks, it will go

09:28:21 7  down.  So this was, this was tortuous not only for her but

09:28:26 8  for us to see her go through this.

09:28:28 9  Q.    Dr. Rachakonda, did the cure for hepatitis C, Sovaldi

09:28:34 10 and Harvoni, did it come in time for your mother?

09:28:37 11 A.    No.

09:28:38 12 Q.    And when did she pass away?

09:28:39 13 A.    2009.

09:28:42 14 Q.    Now, let's turn, if we could, please, back to your

09:28:47 15 work at Pharmasset.  This will put a smile on your face.

09:28:54 16        Let's look at DDX-202 that was shown in opening.

09:28:58 17 And you can just see it on the screen, Dr. Rachakonda, if

09:29:01 18 you would like.

09:29:02 19        We saw this in opening.  Do you see anybody you

09:29:06 20 recognize there?

09:29:07 21 A.    Yes.  A younger self of me.

09:29:10 22 Q.    And where are you?

09:29:11 23 A.    I'm in the first row, wearing the blue jeans and the

09:29:15 24 maroon T-shirt.

09:29:16 25 Q.    When you joined Pharmasset, it says it was founded in

09:29:19  1  1998.  When you joined, how many employees were there?

09:29:25  2  A.      There were 16 and I was the 17th.

09:29:29  3  Q.      And so I counted.  It appears there are 17 people.

09:29:32  4  Is this the entire company standing on the front porch?

09:29:35  5  A.      Yes.

09:29:35  6  Q.      And we're going to be hearing from him later today.

09:29:39  7  Right above you, in the next row, who is that gentleman?

09:29:43  8  A.      The gentleman with the white T-shirt?

09:29:45  9  Q.      Yes.

09:29:46 10  A.      Michael Otto.

09:29:48 11  Q.      And to your right, the gentleman behind the lady in

09:29:52 12  the red sweater, who is that?

09:29:55 13  A.      Oh, that is my boss, Vice President of Chemistry, Kyo

09:30:01 14  Watanabe.

09:30:02 15  Q.      And we're going to be talking about him in a few

09:30:04 16  minutes but did you work fairly extensively with Dr.

09:30:08 17  Watanabe?

09:30:08 18  A.      Yes, I reported to him.

09:30:10 19  Q.      And so this picture was taken in 2000.  How old were

09:30:16 20  you then?

09:30:18 21  A.      31 years young.

09:30:19 22  Q.      All right.  You mentioned that you were lead

09:30:24 23  scientist in the chemistry department.  Now, you had been at

09:30:29 24  Synquest and you went to Pharmasset.  Why did you make the

09:30:32 25  change?

09:30:33 1    A.      Right after I joined Synquest, it was acquired by a

09:30:38 2    larger pharmaceutical company called United Therapeutics,

09:30:41 3    and I wanted to still be at the entrepreneurial small

09:30:50 4    company where I could, you know, do projects that are risker

09:30:54 5    and have an opportunity to develop drugs for diseases.  So

09:31:03 6    I thought a larger company did not allow that risk at that

09:31:06 7    time so I decided to move.

09:31:09 8    Q.      What do you mean by riskier?

09:31:11 9    A.      When you are doing science, you cannot expect

09:31:17 10   everything will go the way you want.  Everything you start

09:31:19 11   off with is riskier, and those are the kind of projects that

09:31:25 12   I wanted to do, out-of-the-box projects that would have a

09:31:28 13   potential but maybe risky for companies to invest in.  And

09:31:34 14   I chose to join a smaller company that allowed scientists

09:31:37 15   to take risks.

09:31:39 16   Q.      And in making that decision, did you end up making

09:31:42 17   more or less money?

09:31:43 18   A.      Oh, less.  Absolutely less money.

09:31:46 19   Q.      You took a pay cut?

09:31:48 20   A.      Yes, I did take a pay cut.

09:31:50 21   Q.      Now, going back to the sugar ring, if you would.

09:31:55 22   A.      Yes.

09:31:56 23   Q.      Did you, as a scientist, have a particular focus, on

09:32:02 24   that nucleoside have a particular focus of where you might

09:32:07 25   make substitutions -- let me back up.  I forgot to ask you

09:32:13 1    another question.  Were you focused on any particular fields

09:32:15 2    like viruses or diseases at Pharmasset?

09:32:18 3    A.      Yes, HIV and hepatitis C.

09:32:22 4    Q.      And, specifically, as to hepatitis C.  Now we're

09:32:26 5    talking about in the 2000 time frame.  Did you, as a

09:32:29 6    scientist, have a particular focus on where you might make

09:32:32 7    substitutions on the sugar ring to possibly find a cure for

09:32:37 8    hepatitis C?

09:32:37 9    A.      Yes.  I was involved in making substitutions on both

09:32:42 10   the 2' and the 3', both.

09:32:45 11   Q.      And was that your idea or someone else's idea?

09:32:48 12   A.      It was my idea, collaborated by Kyo Watanabe.

09:32:54 13   Q.      When you would do your experiments -- thank you,

09:32:59 14   Dr. Rachakonda.  When you would do your experiments, would

09:33:01 15   you record them in any sort of a notebook?

09:33:05 16   A.      Yes.  It was a standard practice to use laboratory

09:33:09 17   notebooks.

09:33:10 18   Q.      Could you turn in your binder, please, to DX-90?

09:33:18 19   A.      Yes.

09:33:18 20   Q.      And what is that, Dr. Rachakonda?

09:33:20 21   A.      This is the first notebook that I used right after I

09:33:24 22   joined Pharmasset.

09:33:27 23   Q.      What are the dates on the front page?

09:33:29 24   A.      October 27, 2000 to October 24, 2001.

09:33:35 25   Q.      And did you keep this notebook in the regular course

09:33:39 1    of business at Pharmasset?

09:33:40 2    A.    Yes, I did.

09:33:41 3    Q.    Did you make the entries at or near the time of the

09:33:45 4    experiments?

09:33:45 5    A.    Yes, I did.

09:33:47 6    Q.    And were keeping notebooks like this part of the

09:33:52 7    regular business practice of Pharmasset?

09:33:54 8    A.    Yes, it is.

09:33:56 9            MS. BROOKS:  Your Honor, I would move DX-90 into

09:33:59 10   evidence.

09:34:01 11           MR. KINTON:  No objection.

09:34:01 12           THE COURT:  It's admitted.

09:34:02 13           (DX-90 was admitted into evidence.)

09:34:02 14           MS. BROOKS:  Mr. Sayres, if we could call up

09:34:05 15   DX-90 at .0006.  Make sure we're on the same page.  There we

09:34:13 16   are.

09:34:13 17   BY MS. BROOKS:

09:34:14 18   Q.    Just to give the jury kind of an idea of what kind of

09:34:17 19   experiments you were working on.  This would have been in

09:34:22 20   the -- actually, if we can go down to the bottom.  There you

09:34:27 21   go.  This would have been on the date, October 31st, 2000.

09:34:32 22   Is that right, Dr. Rachakonda?

09:34:33 23   A.    Yes.

09:34:35 24           MS. BROOKS:  Okay.  Now let's go up to the top.

09:34:37 25   There we are.

09:34:37 1  BY MS. BROOKS:

09:34:39 2  Q.      It says reference, reagents, purpose, procedure.

09:34:42 3  What are you working on here as early as October of 2000?

09:34:47 4  A.      What I was doing is taking a sugar and modifying the

09:34:57 5  3', doing a fluorination reaction.

09:35:00 6  Q.      And could you take that molecule again and show the

09:35:03 7  ladies and gentlemen of the jury what a fluorine, how it is

09:35:07 8  represented?  I know that one is 2', but could you just show

09:35:11 9  them where it is, which one it is?

09:35:14 10  A.      Flourine is this green colored atom here.  This is on

09:35:18 11  the 2', and I was working on the 3'.

09:35:21 12  Q.      So is it is easy to experiment with flourine?

09:35:27 13  A.      Not really.  You know, experimenting with chemistry

09:35:30 14  not easy, period, but especially this reaction is not

09:35:34 15  because of the reagent.

09:35:35 16  Q.      Why is that?  What makes it difficult?

09:35:38 17  A.      Because DAST, as I labelled there -- which is, yes.

09:35:43 18  Q.      So on the top line, it says DAST?

09:35:46 19  A.      Yes.

09:35:46 20  Q.      Okay.

09:35:48 21  A.      Correct.  That is one of the reagents.  And that

09:35:50 22  is very tricky to handle and to use.  And if you are not

09:35:57 23  handling it at the correct temperature, it is a very

09:36:00 24  reactive one.  And if you don't handle it at the right

09:36:04 25  temperature, if it is heated, it could lead to compounds

09:36:07 1 that explode.  So you had to be careful.  Extremely careful.

09:36:12 2 Q.     Here, you are working with putting fluorine.  In

09:36:15 3 October of 2000, you are working with putting fluorine at

09:36:19 4 the 3' position.  Did you work in that general time frame

09:36:24 5 with putting fluorine anywhere else on the sugar ring?

09:36:27 6 A.     Yes.

09:36:27 7 Q.     And where was that?

09:36:29 8 A.     On the 2' also.

09:36:34 9 Q.     When you conduct your -- thank you.  When you conduct

09:36:37 10 your experiments, where do you conduct them?

09:36:43 11 A.     In chemistry labs, there is a specific space which is

09:36:48 12 called a chemistry hood, and that is where we come back to.

09:36:55 13        MS. BROOKS:  If we could pull up DDX-203.

09:36:55 14 BY MS. BROOKS:

09:36:58 15 Q.     And what are we looking at here, Dr. Rachakonda?

09:37:00 16 A.     It is a picture of a hood where a woman is doing her

09:37:07 17 experiments.  Very colorful, in a clean hood.  And what you

09:37:13 18 see there actually, that confined space, is covered with a

09:37:19 19 glass sliding, I would say, window or, you know, a glass

09:37:24 20 door, and the bottom which you see across is what you move

09:37:28 21 it up and down.  So you do your experiments the way she is

09:37:31 22 doing and you close it once it is completed.

09:37:34 23 Q.     And you said this looks very clean.  Did your hood

09:37:37 24 look like this?

09:37:38 25 A.     No, it did not.

09:37:40  1  Q.      Why not?

09:37:41  2  A.      Oh, you know, one thing is I was actually sharing

09:37:46  3  with my hood with someone else, so two people working in

09:37:51  4  that confined space, there is no way I could.

09:37:55  5  Q.      How big is that hood?

09:37:56  6  A.      Maybe three to four feet wide.  Three to four feet

09:38:03  7  wide.

09:38:04  8  Q.      You said you were sharing this hood?

09:38:07  9  A.      Yes.

09:38:07  10  Q.      With someone else.  Who was that person?

09:38:09  11  A.      My lab-mate and colleague, Hassan.

09:38:15  12  Q.      What was his first name, if you recall?

09:38:16  13  A.      Abdullah Hassan.

09:38:18  14  Q.      Abdalla Hassan.  Thank you.  Was Dr. Hassan there

09:38:21  15  when you -- there at Pharmasset when you started in 2000?

09:38:25  16  A.      No, he was not.

09:38:26  17  Q.      When did he come?

09:38:29  18  A.      Early 2001.

09:38:31  19  Q.      Did he have to interview -- if you know, did he have

09:38:36  20  to interview for a job at Pharmasset?

09:38:38  21  A.      Yes.  I know.  I was there at that interview.

09:38:41  22  Q.      You were there at that interview?

09:38:43  23  A.      Yes.

09:38:44  24  Q.      Sticking now with the sugar ring and making

09:38:48  25  substitutions on the sugar ring.

09:38:52 1    A.      Okay.  It break off.

09:38:56 2    Q.      Oh.  Did we lose something?  Is it going to explode?

09:39:00 3    A.      Fortunately not.  This is a model.

09:39:03 4    Q.      Okay.  There we go.

09:39:04 5    A.      Yes.

09:39:04 6    Q.      Okay.  Let me ask you this.  Were interviews at

09:39:13 7    Pharmasset like normal job interviews?

09:39:15 8    A.      No, because we actually, candidates are actually

09:39:23 9    expected to present 45 minutes to an hour of slides, like we

09:39:28 10   are seeing on the work that they have done and any ideas

09:39:33 11   they can propose based on the general knowledge of what the

09:39:38 12   company is doing.

09:39:39 13   Q.      So when Dr. Hassan -- thank you.  Actually, maybe

09:39:44 14   you should hang on to it because I'm going to ask to show

09:39:48 15   something.

09:39:49 16           When Dr. Hassan came to interview and had to

09:39:52 17   present on his work, do you have a recollection today of

09:40:00 18   what he presented in early 2001 as the focus of his work?

09:40:05 19   A.      Yes.

09:40:06 20           MR. KINTON:  Objection.  It's hearsay.

09:40:08 21           THE COURT:  Hold on.  There is an objection.

09:40:10 22   What is it?

09:40:11 23           MR. KINTON:  Objection, hearsay.

09:40:12 24           MS. BROOKS:  State of mind, Your Honor.

09:40:14 25           THE COURT:  Do you want to respond?

09:40:15 1          MR. KINTON:  She is asking essentially what the

09:40:17 2    content of the statement from Dr. Hassan.

09:40:20 3          THE COURT:  All right.  Let me see counsel at

09:40:24 4    sidebar, please.

09:44:46 5              (Sidebar conference held.)

09:44:46 6          THE COURT:  All right.  Can you give us a sense

09:44:46 7    as to how far this is going?  Do you know what she recalls

09:44:46 8    or doesn't recall?

09:44:46 9          MS. BROOKS:  Yes, Your Honor.  She will

09:44:46 10   testify -- and, by the way, we're going to hear from

09:44:46 11   Dr. Hassan next by the way of deposition.

09:44:46 12         THE COURT:  By way of deposition.

09:44:46 13         MS. BROOKS:  So Dr. Rachakonda is basically just

09:44:47 14   corroborating what Dr. Hassan's testimony is going to be.

09:44:47 15   And what Dr. Hassan will testify to is that when he came to

09:44:47 16   Pharmasset in 2001, he had previously been working with a

09:44:47 17   Dr. Matsuda in Japan on making substitutions on the 2' and

09:44:47 18   3' position, the nucleoside, specifically doing a methyl up,

09:44:47 19   that he brought that knowledge with him to Pharmasset.

09:44:47 20         Dr. Rachakonda has a distinct recollection, and

09:44:47 21   she will explain to the jury how she can recall it, of

09:44:47 22   Dr. Hassan saying that at his presentation.  We are offering

09:44:47 23   it to show the operative fact that as early as January of

09:44:48 24   2001, Dr. Hassan at least claimed that his focus was to work

09:44:48 25   on a methyl up at the 2' position.

THE COURT:  Okay.

MR. KINTON:  Your Honor, it is still hearsay if
it an out-of-court statement that is being offered for the
truth the matter that Dr. Hassan worked on methyl up.  As
she said, we're going to hear from Dr. Hassan.  He is the
best person to hear about what he presented on it, to the
extent he talks about that.  So that what she is essentially
asking for is Dr. Rachakonda's recollection of what Dr.
Hassan said.  That is an out-of-court statement.

THE COURT:  All right.  Do you want to respond
to that?

MS. BROOKS:  Your Honor, we're not offering for
the truth of the matter asserted.  Perhaps Dr. Hassan was
making it up when he had worked with Dr. Matsuda, but he
claimed as early as January of 2001 to have knowledge about
modifying 2' position put a methyl up, which is obvious a
key issue in that is case.

THE COURT:  You believe she is going to say
she recalls that and this is during the interview, and
ultimately he was hired and worked with her.

MS. BROOKS:  Exactly, Your Honor.

THE COURT:  All right.  It doesn't sound like
it's being offered for the truth.  Do you disagree with
that?

MR. KINTON:  I still do disagree.  The whole

09:44:50  1    purpose is to have her say that Dr. Hassan said he worked

09:44:50  2    2'-methyl up.  And that is the objective of the testimony in

09:44:50  3    bringing in the statement.

09:44:50  4            THE COURT:  All right.  But if the objective is

09:44:50  5    to bring in that he said it, that is not, strictly speaking,

09:44:50  6    the same thing as he actually did what he said.

09:44:50  7            MR. KINTON:  The objective to that is he worked

09:44:50  8    on 2'-methyl before.  He said he worked on 2'-methyl up when

09:44:50  9    he worked at Pharmasset, and that for the truth of that,

09:44:51 10    that statement, that he did in fact do that.

09:44:51 11            THE COURT:  All right.  Is anything you want to

09:44:51 12    add?

09:44:51 13            MS. BROOKS:  Just we're talking about he had

09:44:51 14    that in his head.  Whether he even worked for Dr. Matsuda,

09:44:51 15    we're not offering as true.  It's in his head.

09:44:51 16            THE COURT:  You are offering he said it.

09:44:51 17            MS. BROOKS:  Correct, Your Honor.  But not for

09:44:51 18    the truth of the matter asserted.

09:44:51 19            THE COURT:  I'm going to overrule the objection.

09:44:51 20            Ms. Parker.

09:44:51 21            MS. PARKER:  Can we ask for a limiting

09:44:51 22    instruction that this is not being offered for the truth?

09:44:51 23            THE COURT:  Ms. Brooks?

09:44:51 24            MS. BROOKS:  Your Honor I would object to that.

09:44:51 25    We're not going to argue it is the truth.  I mean this is

09:44:52 1  actually tempest in a teapot because a month later

09:44:52 2  Dr. Hassan made a 2'-methyl up at the 2' position and it's

09:44:52 3  in his lab notebook, so ...

09:44:52 4          THE COURT:  All right.  I'm denying the request

09:44:52 5  for a limiting instruction.

09:44:52 6          (Sidebar conference ends.)

09:44:56 7          MS. BROOKS:  May I proceed, your Honor?

09:45:03 8          THE COURT:  You may proceed.

09:45:04 9          MS. BROOKS:  Thank you.

09:45:05 10 BY MS. BROOKS:

09:45:06 11 Q.      Dr. Rachakonda, let's pick up where we left off.  Dr.

09:45:10 12 Hassan's interview.  You said you were there.  Do you recall

09:45:14 13 whether or not he discussed having a particular focus of

09:45:20 14 substituting something on the sugar ring that you have in

09:45:25 15 front of you?

09:45:27 16         MR. KINTON:  Objection.  Leading.

09:45:28 17         THE COURT:  Overruled.

09:45:29 18         THE WITNESS:  Yes.

09:45:30 19 BY MS. BROOKS:

09:45:31 20 Q.      Okay.  Please tell the ladies and gentlemen of the

09:45:32 21 jury what Dr. Hassan said about what his area of focus was

09:45:37 22 in January of 2001.

09:45:39 23 A.      Hassan came from a famous nucleoside chemistry lab in

09:45:49 24 Japan and he came from a lab of Akira Matsuda, Dr. Akira

09:45:54 25 Matsuda, who is a very famous nucleoside chemist.  So at

09:45:58 1    that time in his presentation, he talked about doing

09:46:02 2    substitutions on the 2' and actually working on 2' and

09:46:10 3    methyl was one of the substitutions.

09:46:13 4    Q.    And so when you say methyl was one of the

09:46:16 5    substitutions, do you remember if it was to a specific

09:46:20 6    position?

09:46:21 7    A.    2' position methyl, yes.

09:46:24 8    Q.    And do you remember whether it was in any particular

09:46:26 9    orientation, up or down?

09:46:28 10   A.    Both.

09:46:31 11   Q.    And so 2'-methyl, substitute 2'-methyl up and

09:46:35 12   2'-methyl down?

09:46:36 13   A.    Yes.

09:46:37 14   Q.    How is it 15 years later, how is it you can still

09:46:41 15   recall this interview?

09:46:42 16   A.    I vividly remember one aspect of it because he was

09:46:49 17   coming from a lab of Akira Matsuda, who is a famous Japanese

09:46:55 18   nucleoside chemist.  I was more curious to know what was

09:47:01 19   done.  So I made sure that I attended that interview.  And

09:47:04 20   what he said was that he was making 2'-methyl nucleosides,

09:47:09 21   and we already had looked at the publications of Dr.

09:47:13 22   Matsuda, and the reason, the simple reason is he was working

09:47:18 23   for a famous chemist, and when someone from that lab is

09:47:22 24   coming right in front of me and presenting to the team, that

09:47:27 25   is what I remember vividly.

09:47:29 1   Q.     Now, we're going to be hearing from Dr. Hassan via a

09:47:33 2   video next.

09:47:34 3   A.     Okay.

09:47:34 4   Q.     But you mentioned that -- I take it he was hired?

09:47:38 5   A.     Yes, he was.

09:47:39 6   Q.     And then you mentioned that the two of you shared

09:47:41 7   this hood. Did that enable -- did that make it easier or

09:47:46 8   harder for you to know what Dr. Hassan was doing?

09:47:50 9   A.     You know, when you are working with someone in such

09:47:55 10   close proximity, you know exactly what they are doing

09:47:59 11   because of close proximity. You know, the reaction flasks

09:48:03 12   that they are using, the labels that they were making on

09:48:05 13   that, and then a great opportunity to talk. I was always

09:48:09 14   talking to him because he was the only person in the lab

09:48:13 15   with me.

09:48:14 16   Q.     And do you know whether or not Dr. Hassan as early as

09:48:21 17   February of 2001, whether or not he was ever able to make a

09:48:28 18   methyl up substitution at the 2' position?

09:48:31 19   A.     Yes, he did make 2'-methyl up nucleoside. I think

09:48:35 20   that was right after he started as a member of, you know,

09:48:41 21   working in such close proximity with him, yes.

09:48:44 22   Q.     So that would have been February of '01, if I --

09:48:48 23   A.     Yes.

09:48:49 24   Q.     Okay.

09:48:49 25   A.     Probably February, yes.

09:48:51 1    Q.      All right.  Now, before coming to court --

09:48:53 2    A.      Mm-hmm.

09:48:54 3    Q.      -- did you go back and look at Dr. Hassan's notebooks

09:48:58 4    to confirm whether your recollection was accurate?

09:49:02 5    A.      Yes, I did.

09:49:03 6    Q.      And in doing so, did Dr. Hassan's notebooks confirm

09:49:08 7    or disprove the accuracy of your recollection of his work in

09:49:14 8    February 2001?

09:49:14 9    A.      They confirmed my recollection.  He, in fact, did

09:49:19 10    those reactions.

09:49:19 11    Q.      Okay.  Now let's move ahead in time.  I know fact

09:49:25 12    witnesses are excluded from court, but assume for me if you

09:49:29 13    would, Dr. Rachakonda, that it is now in evidence that later

09:49:32 14    that year, in November of 2001, Idenix had a patent

09:49:37 15    publication that published -- that had a compound in it

09:49:41 16    which had a 2', I'm sorry, a methyl up 2' position and an OH

09:49:47 17    down.  So assume that for me, if you would.

09:49:50 18    A.      Okay.

09:49:51 19    Q.      And did there come a point in time where you learned

09:49:54 20    about what was in the public knowledge about Idenix and what

09:49:58 21    they were working on?

09:49:59 22    A.      Yes.

09:50:00 23    Q.      Was it as soon as their patent application published

09:50:04 24    in November of 2001 or some time thereafter?

09:50:07 25    A.      After.  Not then.  After.

09:50:10 1    Q.    All right.  So we talked about early 2001, Dr.

09:50:18 2    Hassan's work, then the Idenix publication in November of

09:50:21 3    2001.  Now, let's fast-forward to 2003.

09:50:26 4    A.    Okay.

09:50:27 5    Q.    Okay.  And turn in your binder, if you would, to

09:50:30 6    DX-37.

09:50:35 7    A.    Yes.  Yes.

09:50:36 8    Q.    And what is this, Dr. Rachakonda?

09:50:38 9    A.    This is a, just a regular notebook which I used for

09:50:45 10   taking some notes for seminars and meetings that I attended.

09:50:51 11   Q.    Is that the same or different than a laboratory

09:50:53 12   notebook?

09:50:54 13   A.    Oh, it's different.

09:50:55 14   Q.    And does it have on the front seminars and meetings

09:50:59 15   and your name Suguna?

09:51:00 16   A.    Yes.

09:51:01 17         MS. BROOKS:  Your Honor, we would move DX-37

09:51:03 18   into evidence.

09:51:03 19         MR. KINTON:  No objection.

09:51:04 20         THE COURT:  It's admitted.

09:51:05 21         (DX-37 was admitted into evidence.)

09:51:06 22   BY MS. BROOKS:

09:51:07 23   Q.    And if we could turn, please, in that notebook to

09:51:12 24   page, what's labeled here as DX-37.0031.

09:51:18 25         Now we are in 2003.  Okay.  So at this point

09:51:23 1    in time, how long had the Idenix, whatever compounds

09:51:29 2    Idenix were working on, how long had those been out in the

09:51:32 3    public?

09:51:32 4    A.    More than a year.

09:51:37 5    Q.    So let's look at the upper right-hand -- well,

09:51:40 6    actually, let's orient ourselves.  Over in the upper

09:51:44 7    left-hand it says January 15th, '03?

09:51:46 8    A.    Yes.

09:51:47 9    Q.    Okay.  So what does that date represent?

09:51:49 10   A.    On January 15th, 2003, I was at a meeting, taking

09:51:54 11   notes.

09:51:55 12   Q.    And when you say a meeting, would that be inside

09:51:58 13   Pharmasset or outside?

09:51:59 14   A.    It is a chemistry meeting at Pharmasset.

09:52:01 15   Q.    In the upper right-hand corner under the date 2003,

09:52:06 16   we see a molecule circled and then we see the word Idenix in

09:52:11 17   a circle with an arrow pointing.

09:52:14 18              So, first let's just talk about the

09:52:16 19   molecule.  What is that chemical structure that's

09:52:19 20   represented there in a two-dimensional fashion?

09:52:21 21   A.    It is a nucleoside and the sugar has in its 2'

09:52:28 22   position CH3 up, OH down, and the base is cytosine, so it's

09:52:35 23   a cytidine nucleoside.

09:52:37 24   Q.    So there's a C up there.  What does that represent?

09:52:40 25   A.    Cytosine.

09:52:42 1   Q.      And that's the base?

09:52:43 2   A.      That is correct.

09:52:44 3   Q.      Okay.  And then you said it has a CH3 at the 2'

09:52:48 4   position, CH3 up.  What does CH3 stand for?

09:52:51 5   A.      Methyl.

09:52:53 6   Q.      And then you say it has a 2' position OH down.  What

09:52:56 7   does OH down stand for?

09:52:58 8   A.      It's a hydroxyl down.

09:53:01 9   Q.      Now, is this the same or different than the compound

09:53:09 10  that Dr. Hassan made in February of 2001?

09:53:13 11  A.      Parts of it are similar and parts of it are

09:53:22 12  different.

09:53:22 13  Q.      Okay.  What is the same?

09:53:23 14  A.      The sugar is the same.

09:53:25 15  Q.      All right.  So what's at the 2' position up, is that

09:53:30 16  the same or different than what Dr. Hassan made in February

09:53:33 17  of 2001?

09:53:34 18  A.      It is exactly the same sugar, 2'-methyl up, 2'

09:53:39 19  hydroxy down.

09:53:40 20  Q.      Why do you have it labeled Idenix?

09:53:43 21  A.      It's a label.  It was in 2003, and we knew that by

09:53:54 22  2003 that they were making that compound, so I labeled it

09:53:59 23  the compound.  It's just a label.

09:54:01 24  Q.      What was the purpose of this compound?  What were you

09:54:04 25  using it for at Pharmasset in 2003?

09:54:07 1    A.       Oh, that compound was being made as a reference

09:54:12 2    compound or as a positive control for experiments.

09:54:17 3    Q.       What does that mean?  Can you tell the ladies and

09:54:19 4    gentlemen of the jury what it means to make a reference

09:54:21 5    compound?

09:54:22 6    A.       So when you know that a compound that is already

09:54:28 7    known is an active compound against something, and when you

09:54:33 8    are trying to make compounds, you want to know whether your

09:54:37 9    compounds are active or not, so you always have to have a

09:54:40 10   positive control.  So that compound was made as a positive

09:54:46 11   control.

09:54:46 12   Q.       Was this information confidential information to

09:54:50 13   Idenix or public information?

09:54:52 14   A.       Public.  Public information.

09:54:56 15   Q.       Now, so we've talked about Dr. Hassan making this

09:55:00 16   molecule February 2001, Idenix publishing November 2001.

09:55:07 17   Now I'd like to go and see if anyone else made this molecule

09:55:11 18   even earlier, so turn, if you would, please, in your binder

09:55:14 19   to DX-2568.

09:55:26 20   A.       Yes.

09:55:27 21   Q.       And what is that?

09:55:28 22   A.       This is a publication, a publication from 1969.

09:55:42 23            MS. BROOKS:  And, your Honor, this exhibit is

09:55:44 24   unobjected to, so I would move DX-2568 into evidence.

09:55:48 25            MR. KINTON:  No objection.

09:55:48 1          THE COURT:  It's admitted.

09:55:49 2          (DX-2568 was admitted into evidence.)

09:55:52 3          MS. BROOKS:  And if we could, Mr. Sayres, let's

09:55:56 4  blow up the first page and pull up the title and the

09:55:58 5  authors.  That whole area.  Thank you.

09:56:01 6  BY MS. BROOKS:

09:56:01 7  Q.     So what is the title of this 1968 publication, Dr.

09:56:05 8  Rachakonda?

09:56:06 9  A.     It reads, "Branched-Chain sugar nucleosides.

09:56:12 10  Synthesis and antiviral properties of several branched-chain

09:56:16 11  sugar nucleosides."

09:56:18 12  Q.     And if we look below the authors, is there a company

09:56:21 13  that is listed?

09:56:21 14  A.     Yes.

09:56:22 15  Q.     And what is that company?

09:56:26 16  A.     Merck.

09:56:27 17  Q.     So in 1968, just to orient ourselves, this is a

09:56:32 18  publication from scientists at Merck?

09:56:34 19  A.     That is correct.

09:56:35 20  Q.     Now, if you could turn, please, to the second page,

09:56:42 21  and in the upper -- if we look, the upper left.  There we

09:56:45 22  go, the compounds in the upper left-hand corner.  Oh, and,

09:56:50 23  first of all, right above it, it says antiviral nucleosides?

09:56:54 24  A.     Yes.

09:56:54 25  Q.     Do you see that, Dr. Rachakonda?

09:56:55 1    A.    Yes.

09:56:56 2    Q.    All right.  On this page, this publication by Merck

09:57:00 3    in 1968 --

09:57:01 4          MR. KINTON:  Objection, your Honor.  This is

09:57:03 5    expert testimony without a report.

09:57:05 6          THE COURT:  All right.  Well, right now it's

09:57:07 7    just a question, so let's hear the question.

09:57:08 8          MS. BROOKS:  Let me actually lay one more

09:57:11 9    foundation.

09:57:12 10   BY MS. BROOKS:

09:57:12 11   Q.    Dr. Rachakonda, were you aware of this publication

09:57:14 12   when you were at Pharmasset?

09:57:15 13   A.    Yes.

09:57:16 14         MS. BROOKS:  And I'm sorry.  The other, the

09:57:20 15   left-hand side, Section 2.  Thank you.

09:57:20 16   BY MS. BROOKS:

09:57:25 17   Q.    So, Dr. Rachakonda, just based on your own personal

09:57:27 18   knowledge, is there a compound on here that has a hydroxy up

09:57:36 19   at the 2' position, a methyl -- I'm sorry, yes.  A methyl up

09:57:41 20   at the -- sorry.  Let me try that again.  A methyl up at the

09:57:45 21   2' position, an OH down, and a cytidine ring?  Can you tell

09:57:50 22   me whether or not you see it there?

09:57:51 23   A.    Yes, I see it right there.

09:57:52 24   Q.    Which one is it?

09:57:54 25   A.    It is labeled compound number 14.

09:57:57  1    Q.     **Under scheme 2?**

09:57:59  2    A.     **Under scheme 2.**

09:58:00  3    Q.     **And it's the --**

09:58:02  4    A.     **On the right.  Yes.**

09:58:03  5              **MS. BROOKS:  On the right, Mr. Sayres.  There we**

09:58:06  6    **go.**

09:58:06  7              **THE WITNESS:  Yes.**

09:58:07  8    BY MS. BROOKS:

09:58:07  9    Q.     **It says 14, 17, 18.  There we are.**

09:58:10 10    A.     **Yes.**

09:58:10 11    Q.     **So can you tell the ladies and gentlemen of the jury**

09:58:12 12    **how you know as a scientist, how you can read this and tell**

09:58:16 13    **us that this is a nucleoside with antiviral properties with**

09:58:21 14    **a methyl up at the 2' position and an OH down?  How do you**

09:58:26 15    **know that?**

09:58:27 16              **MR. KINTON:  Objection.**

09:58:29 17              **THE COURT:  I think it is a good time to give**

09:58:30 18    **the jury a little bit of a break.**

09:58:33 19              **Ladies and gentlemen, we'll maybe try and keep**

09:58:35 20    **this to closer to ten minutes since I think we're going to**

09:58:37 21    **take a few extra breaks today, but, of course, no talking**

09:58:42 22    **about the case during the break.**

09:58:59 23              **(The jury was excused for a short recess.)**

09:59:08 24              **THE COURT:  Watch out for the mike, Doctor.**

09:59:11 25              **Have a seat.  Let's talk about, Ms. Brooks,**

09:59:16 1    where do you propose the line is here between expert and

09:59:18 2    fact discovery with this witness?

09:59:20 3          MS. BROOKS:  That I would elicit an opinion from

09:59:23 4    her as to the impact of this paper vis-à-vis Idenix's

09:59:26 5    patents, which I certainly don't intend to do.  And this was

09:59:29 6    actually my last question, because the jury is looking at

09:59:32 7    this and I assume they're looking for the standard

09:59:35 8    nomenclature of CH3 and what Dr. Rachakonda simply knew,

09:59:42 9    that you see at 14, it says X equals NH1 equals NH2.  So she

09:59:45 10   was just going to explain what that means.

09:59:48 11         THE COURT:  So when you ask her, how do you know

09:59:50 12   as a scientist, you mean just to have her translate the

09:59:54 13   language that evidently was used in this paper in 1968 to

09:59:58 14   the language and nomenclature we've seen in this trial?

10:00:02 15         MS. BROOKS:  Exactly, your Honor.

10:00:03 16         THE COURT:  And then you are moving on?

10:00:04 17         MS. BROOKS:  And then I'm moving on.

10:00:06 18         THE COURT:  Admittedly, that was not simply what

10:00:08 19   the question called for, but with that explanation, do you

10:00:10 20   still have an objection?

10:00:12 21         MR. KINTON:  Yes, your Honor.  The question said

10:00:13 22   how do you know what the structure of this antiviral

10:00:15 23   compound is, and just because it says antiviral nucleosides

10:00:19 24   in the title, if she adopts that, it's the assumed fact.

10:00:24 25   It's giving expert opinions that that compound is, in fact,

10:00:28 1    antiviral in the publication.

10:00:32 2                THE COURT:  In addition to the translation, are

10:00:33 3    you intending to get into whether this is an antiviral

10:00:37 4    nucleoside?

10:00:37 5                MS. BROOKS:  No, your Honor.  She's not a

10:00:39 6    virologist, so she wouldn't be able to interpret the results

10:00:42 7    in the paper as to whether this had antiviral activity or

10:00:45 8    not.

10:00:45 9                THE COURT:  All right.  So when we come back,

10:00:48 10   we'll have you restate the question focused on the

10:00:51 11   nomenclature of the idea and then we'll move on.

10:00:53 12               MS. BROOKS:  Yes.

10:00:54 13               THE COURT:  Is there anything else we should

10:00:55 14   discuss?

10:00:55 15               MR. KINTON:  No.

10:00:56 16               THE COURT:  All right.  We'll take a short

10:00:58 17   break.

10:00:58 18               (Short recess taken.)

10:15:15 19               THE COURT:  We'll bring the jury back in.

10:15:25 20               (The jury entered the courtroom.)

10:16:16 21               THE COURT:  All right.  We are ready to

10:16:18 22   continue.  Ms. Brooks?

10:16:19 23               MS. BROOKS:  Thank you.

10:16:19 24   BY MS. BROOKS:

10:16:20 25   Q.    Put back up on the screen where we were, and we were

10:16:23 1  looking at that compound, Dr. Rachakonda.

10:16:26 2  A.    Yes.

10:16:27 3  Q.    Can you tell the ladies and gentlemen of the jury,

10:16:29 4  how is it that you can tell as an organic chemist that this

10:16:35 5  compound we're looking at has a methyl up at the 2'

10:16:39 6  position, this nucleoside has a methyl up at the 2' position

10:16:44 7  and an OH down?

10:16:45 8          I put a laser pointer up there, by the way,

10:16:48 9  for you.

10:16:48 10  A.    So as you can see, you know, this is the 2' position,

10:16:55 11  what I showed in the model.  This is the 2'-methyl up, 2'

10:17:00 12  hydroxy down, and this cytidine, what we are calling

10:17:07 13  cytidine with a C.

10:17:09 14          The reason for that, if you see here, X

10:17:11 15  equals H, which is the hydrogen HERE, and Y equals NH2.  So

10:17:17 16  if there's an NH2 here and an H here, this is called a

10:17:21 17  cytidine base.  So together this is a nucleoside with

10:17:24 18  2'-methyl up, 2' hydroxy down, cytidine.

10:17:29 19  Q.    Thank you.

10:17:30 20          Is this compound the same or different, this

10:17:33 21  nucleoside the same or different than the 2001 that Dr.

10:17:36 22  Hassan made in February of 2001?

10:17:38 23  A.    Different.

10:17:40 24  Q.    How is it different?

10:17:41 25  A.    It has a different base.

10:17:44 1    Q.    And what did Dr. Hassan made in 2001?

10:17:47 2    A.    Adenosine base.

10:17:49 3    Q.    Adenosine base?

10:17:50 4    A.    Mm-hmm.

10:17:51 5    Q.    Is it the same or different than the compound that

10:17:54 6    Idenix disclosed in their patent application that was

10:17:58 7    published in November of 2001?

10:18:03 8            MR. KINTON:  Objection.  Lacks foundation, what

10:18:05 9    Idenix disclosed.

10:18:05 10   BY MS. BROOKS:

10:18:07 11   Q.    You know what, we'll go back to your lab notebook.

10:18:09 12   So keep this 2001 in mind, and let's go back, if we could,

10:18:12 13   then, to DX-37 at page 31.  And going up in the upper

10:18:22 14   right-hand corner where the compound that you've labeled

10:18:26 15   Idenix, is that the same or different compound than was

10:18:31 16   disclosed in the Merck 1968 publication?

10:18:36 17   A.    It is exactly the same.

10:18:25 18   Q.    Now, you mentioned that you were aware of this, the

10:18:31 19   Merck publication when you were at Pharmasset?

10:18:33 20   A.    Yes.

10:18:34 21   Q.    Okay.  I'd like to go to PDX-56.  This was shown in

10:18:40 22   opening statement.  And it was in testimony of Dr. Schinazi.

10:18:45 23   He is talking about Pharmasset, what he told Pharmasset.  He

10:18:50 24   said:  I also told them -- told them about the --  told

10:18:54 25   one person specifically, Dr. Watanabe, that 2'-methyl

10:18:58 1    nucleosides were important.  And they had no knowledge at

10:19:01 2    that time.

10:19:03 3            Dr. Rachakonda, is that, as far as you're

10:19:08 4    concerned, a true statement?

10:19:09 5            MR. KINTON:  Objection, lacks foundation,

10:19:11 6    personal knowledge, particularly as to timing.

10:19:13 7            THE COURT:  Ms. Brooks.

10:19:16 8            MS. BROOKS:  Your Honor, I believe that the

10:19:18 9    plaintiffs have already put into evidence that this was

10:19:20 10   supposedly, it says right up there, what information and

10:19:27 11   knowledge did you provide to Pharmasset that led to 6130.

10:19:31 12   And so we're talking about exactly the time frame when

10:19:34 13   Dr. Rachakonda was there.  And, Idenix's counsel represented

10:19:40 14   that the "they," in that sentence, is the Pharmasset

10:19:43 15   scientists.

10:19:44 16           MR. KINTON:  The issue goes to when Dr. Schinazi

10:19:46 17   told Dr. Watanabe about that with respect to when

10:19:50 18   Dr. Hassan.

10:19:52 19           THE COURT:  I'll sustain the objection, but you

10:19:55 20   can ask the question if you put some date, time frames on it

10:19:58 21   so we all know what you are talking about.

10:19:58 22   BY MS. BROOKS:

10:20:01 23   Q.    As of 2001, Dr. Rachakonda, did the Pharmasset

10:20:07 24   scientists, is it true that the scientists at Pharmasset had

10:20:10 25   no knowledge of the importance of 2'-methyl nucleosides?

10:20:16 1    A.      That is not true.

10:20:19 2            MR. KINTON:  Objection, lack of personal

10:20:19 3    knowledge with respect to her personal knowledge.

10:20:19 4            THE COURT:  I'll sustain it to that extent.  You

10:20:22 5    can ask her about herself and what she knew as a Pharmasset

10:20:25 6    scientist.

10:20:25 7    BY MS. BROOKS:

10:20:26 8    Q.      Confining it to your knowledge, as a scientist at

10:20:28 9    Pharmasset in 2001, is it true you had no knowledge of the

10:20:34 10   importance of 2 methyl nucleosides?

10:20:36 11   A.      That is not true.  We knew it.  I knew it.  I knew

10:20:40 12   that 2'-methyl up, 2'-hydroxy down cytidine was already

10:20:49 13   known in literature, as you can see in the previous

10:20:54 14   publication of 1969.

10:20:56 15   Q.      Thank you.  Let's go back to your notebook now,

10:20:59 16   moving away from that 1969 publication, and back to your lab

10:21:08 17   notebooks, specifically at page 31.

10:21:12 18            In addition to the -- let's stick with this one.

10:21:20 19   This is the 2'-methyl-up, OH-down -- make sure I get this

10:21:26 20   down -- and the C stands for what again?

10:21:28 21   A.      Cytidine.

10:21:29 22   Q.      Okay.  Is this your own handwriting?

10:21:34 23   A.      Yes, it is.

10:21:35 24   Q.      Okay.  And, again, can you tell the ladies and

10:21:37 25   gentlemen of the jury, why you labeled this, in 2003, this

10:21:40  1  compound Idenix?

10:21:43  2  A.    It was a label given to that compound because by

10:21:47  3  2003, it was publicly known that they were making, they had

10:21:53  4  the compound.  So we were just using it as a reference

10:21:58  5  compound and we wanted to give it a name, and Idenix was the

10:22:01  6  name given.

10:22:02  7         MS. BROOKS:  If we could pull up DX-21 -- I'm

10:22:08  8  sorry -- PDX-21.

10:22:08  9  BY MS. BROOKS:

10:22:10 10  Q.    This was shown in opening statement.  And you were

10:22:21 11  here during opening statement, is that right,

10:22:24 12  Dr. Rachakonda?

10:22:24 13  A.    Yes.

10:22:24 14  Q.    Looking at the molecule that is displayed on this

10:22:29 15  PowerPoint as being the caption says Idenix's Pioneering

10:22:35 16  Invention.  What kind of molecule are we looking at here?

10:22:38 17  A.    It is a 2'-methyl-up, 2'-hydroxy-down.  Base is

10:22:44 18  adenosine.  It is a two ring base.

10:22:48 19  Q.    And is this the same or different than the compound

10:22:53 20  that Dr. Hassan made as early as February of 2001?

10:22:57 21  A.    This is exactly what he made.

10:23:00 22         MS. BROOKS:  Now, let's go -- could we split the

10:23:03 23  screen, Mr. Sayres, where we keep the compound on the left

10:23:06 24  or the right and then -- oh, thank you.

10:23:06 25  BY MS. BROOKS:

10:23:09  1    Q.      What I want to do is focus and compare that compound

10:23:12  2    to the compound that you have in your lab -- I'm sorry, not

10:23:17  3    your lab notebook but your notebook in 2003 that you have

10:23:21  4    labeled Idenix.  Is that the same or different than what

10:23:29  5    plaintiffs have represented was Idenix's pioneering

10:23:31  6    invention?

10:23:32  7    A.      They're different.

10:23:34  8    Q.      How are they different?

10:23:35  9    A.      It's clearly different because the bases are

10:23:38 10    different.  What I have written as C is cytidine base and

10:23:43 11    what you see on the left, which is a two ring base, is an

10:23:47 12    adenosine.

10:23:48 13    Q.      Are those differences, the fact that one has the two

10:23:53 14    ring base, the one that was labeled as Idenix's pioneering

10:23:57 15    compound in Idenix opening, versus the cytidine base single

10:24:02 16    ring, is that a significant difference or an insignificant

10:24:05 17    difference?

10:24:06 18    A.      Significant difference.

10:24:07 19    Q.      Why?  Tell the ladies and gentlemen of the jury the

10:24:09 20    significance.

10:24:11 21            MR. KINTON:  Objection, calls for an expert

10:24:13 22    opinion.  This is not in her report.

10:24:16 23            THE COURT:  Ms. Brooks.

10:24:17 24            MS. BROOKS:  Your Honor, as a chemist, she has

10:24:17 25    this knowledge about the difference between adenosine rings

10:24:24 1   and cytidine rings.

10:24:24 2            MR. KINTON:  We have heard she is a chemist, not

10:24:25 3   a virologist.

10:24:26 4            THE COURT:  This sounds like expert testimony to

10:24:28 5   me.  I'm going to sustain that.

10:24:28 6   BY MS. BROOKS:

10:24:31 7   Q.     Let me ask you this, Dr. Rachakonda.  As a chemist,

10:24:33 8   do you know whether, if you substitute an adenosine base or

10:24:39 9   a cytidine base, you will end up with a molecule with the

10:24:43 10  same characteristics?

10:24:44 11           MR. KINTON:  Same objection.

10:24:45 12           THE COURT:  Sustained.

10:24:45 13  BY MS. BROOKS:

10:24:47 14  Q.     Okay.  Let me just sum up here.  The molecule on the

10:24:51 15  right that you have labeled Idenix, what is that base?

10:24:58 16  A.     Cytosine.

10:24:59 17  Q.     And how do you know that?

10:25:01 18  A.     C is the label we gave for cytosine base.

10:25:06 19  Q.     Is that a single or a double ring?

10:25:08 20  A.     Single ring.

10:25:09 21  Q.     The base on the left, what is that base?

10:25:10 22  A.     It's a purine base, a double ring base called

10:25:15 23  adenosine.

10:25:15 24  Q.     Thank you.  Now, let's go back -- thank you very

10:25:19 25  much, Mr. Sayres -- let's go back to your notebook and show

10:25:22 1    the whole page again.

10:25:24 2              There are some other compounds I'd like to talk

10:25:26 3    about that briefly on that page.  Below the one you have

10:25:29 4    labeled Idenix, there is another compound labeled Hassan

10:25:32 5    right below it.

10:25:34 6              What is that, Dr. Rachakonda?

10:25:35 7    A.       That is a nucleoside, a cytidine nucleoside with

10:25:41 8    2'-methyl up and H2 down which is an amine.

10:25:47 9    Q.       And if you have personal knowledge, well, first of

10:25:53 10   all, why did you label this Hassan?

10:25:54 11   A.       Because he was making it, so that is his compound.

10:26:01 12   Q.       What is the purpose of this particular compound?

10:26:03 13   A.       As a potential lead compound, he was making that.

10:26:11 14   Q.       Is the lead compound the same or different than a

10:26:14 15   reference compound?

10:26:15 16   A.       Oh, it's different.

10:26:16 17   Q.       In what way?

10:26:17 18   A.       Because lead compound is something what we are making

10:26:22 19   to see if it has improved properties, better properties.

10:26:27 20   Q.       And a reference compound, what purpose is that?

10:26:31 21   A.       That is as a control, to compare it with the lead

10:26:34 22   compound you are making.

10:26:36 23   Q.       Now, over to the left of the compound you labeled

10:26:40 24   Hassan is another compound, and it is labeled JC.  What is

10:26:46 25   that?

10:26:46 1    A.      That is, JC is Jeremy Clark and he was making the

10:26:52 2    compound, 2'-methyl up, 2'-fluoro-down cytidine.  And that

10:26:59 3    is the model that I have shown.  This is exactly represent

10:27:04 4    in two dimensions on the slide.  This is the model.

10:27:08 5    Q.      Would that compound that you have labeled JC

10:27:13 6    eventually be given a number?

10:27:14 7    A.      Yes.

10:27:14 8    Q.      And what was the number?

10:27:15 9    A.      PSI 6130.

10:27:19 10   Q.      All right.  Let's talk then about Jeremy Clark and

10:27:21 11   his work on what would become 6130.  Was Mr. Clark at

10:27:29 12   Pharmasset when you got there?

10:27:31 13   A.      No.

10:27:32 14   Q.      When did he come?

10:27:33 15   A.      Early 2001.

10:27:35 16   Q.      And at some point in time -- if we can leave that up,

10:27:42 17   please -- at some point in time, we see that this molecule

10:27:48 18   over here with a 2'-methyl up, flourine-down at the 2'

10:27:52 19   position became 6130.  Do you have a recollection of when --

10:27:59 20   and we're going to hear from Mr. Clark by way of video soon,

10:28:04 21   too.  But do you have a recollection of around, the time

10:28:08 22   period around when Mr. Clark first discussed contemplating

10:28:14 23   making a molecule that had a methyl up at the 2' position

10:28:17 24   and a flourine down?

10:28:18 25   A.      Yes.

10:28:19 1   Q.      When was that?

10:28:20 2   A.      I would say summer/fall 2002.

10:28:27 3   Q.      And how can you know that time frame?

10:28:30 4   A.      Oh, I remember that vividly because I was expecting

10:28:34 5   my first child in October.  And I was sitting through this

10:28:41 6   arduous meetings, long, uncomfortable.  And the chemists

10:28:46 7   were discussing stuff.  At that point, it was very

10:28:49 8   uncomfortable for me to sit and listen because I was

10:28:52 9   expecting, very close to.

10:28:55 10  Q.      And what kind of reception did Mr. Clark's idea get

10:28:58 11  from his fellow chemists?

10:29:00 12  A.      They did not believe what he said.  They did not

10:29:06 13  agree to what he said.

10:29:07 14  Q.      Why not?

10:29:08 15  A.      Because --

10:29:10 16              MR. KINTON:  Objection, no personal knowledge.

10:29:15 17              THE COURT:  I can't hear you.

10:29:16 18              MR. KINTON:  Objection.  Speculation, no

10:29:19 19  personal knowledge as to why on that date.

10:29:19 20              THE COURT:  Ms. Brooks.

10:29:19 21  BY MS. BROOKS:

10:29:20 22  Q.      Were you present there?

10:29:21 23  A.      Yes, I was at that meeting.

10:29:23 24              THE COURT:  All right.  I will overrule the

10:29:24 25  objection.

BY THE WITNESS:

A.      Yes.  We, as chemists, said that is not feasible to make, No. 1.  Even if it is made, it will be very, very difficult to make, not feasible, and it will be toxic.

Q.      Why -- and let's just stick with your personal opinion.  Why did you think it would be toxic to have a methyl up at the 2' position and a fluoro down?

A.      Because we already knew what was there in literature. That 2'-fluoro down was toxic.  2'-fluoro up was also toxic. 2' difluoro, that means fluoro up and fluoro down, were toxic.

        So we said what on earth will make you think that this would be -- this will not be toxic?  You know that fluorine is toxic.  So we said, and I said that, too.

Q.      Let's now turn.  So that was we know some time in late summer, early fall of 2002.  Let's turn now to January of 2003 and look in your lab notebook, please, at DX-59.

        Did I call it your lab notebook?  I'm sorry. Look in your binder, please, to DX-59.

A.      Yes.

Q.      And what is that, Dr. Rachakonda?

A.      This is write-up of the minutes of the chemistry meeting from January 31st, 2003.

Q.      Was this actually signed by an Ann Hobbs but witnessed by you, these minutes?

10:31:14 1    A.    Yes, that is correct.

10:31:15 2    Q.    Were you present at the meeting?

10:31:16 3    A.    Yes, I was.

10:31:17 4    Q.    Were these minutes kept in the regular course of

10:31:19 5    business of Pharmasset?

10:31:22 6    A.    Yes, they were.

10:31:22 7    Q.    Were they made at or near the time of the actual

10:31:26 8    meeting?

10:31:26 9    A.    Yes.

10:31:27 10   Q.    And were they also kept in order to facilitate that

10:31:33 11   business of Pharmasset?

10:31:34 12   A.    Yes.

10:31:35 13          MS. BROOKS:  Your Honor, we would move DX-59

10:31:37 14   into evidence as a business record.

10:31:38 15          MR. KINTON:  No objection.

10:31:39 16          THE COURT:  It's admitted.

10:31:40 17          (DX-59 was admitted into evidence.)

10:31:41 18          MS. BROOKS:  You can put it up on the screen.

10:31:41 19   BY MS. BROOKS:

10:31:43 20   Q.    The date is January 31st, 2003.  And, Dr. Rachakonda,

10:31:48 21   I'd like to go down to where it says "Jeremy Clark."  And

10:31:51 22   the third bullet point, it says, currently synthesizing --

10:31:57 23   actually, why don't you read that?

10:31:59 24   A.    It says currently synthesizing 2'-methyl up,

10:32:07 25   2'-fluoro down cytidine.

10:32:12  1    Q.      How does that relate to the model you are holding?

10:32:13  2    A.      This is exactly what he was trying to make.  This is

10:32:17  3    the model.

10:32:17  4    Q.      Then according to these minutes, did Dr. Schinazi, if

10:32:20  5    you look at the last bullet point under Jeremy Clark, did

10:32:24  6    Dr. Schinazi suggest making a different modifications to the

10:32:29  7    sugar ring?

10:32:30  8    A.      Yes.

10:32:30  9    Q.      What did he suggest in January of 2003?

10:32:34 10    A.      To make modifications on the 3 position on the sugar

10:32:41 11    of the compound we are talking that is highlighted above.

10:32:45 12    Q.      Did 6130 end up with a methyl up at the 3' position

10:32:52 13    and a fluorine down pursuant to Dr. Schinazi's suggestion --

10:32:57 14    that is a terrible question.

10:33:01 15            Did modifications at the 3' position that

10:33:04 16    Dr. Schinazi is suggesting, were those successful?

10:33:08 17    A.      No.

10:33:08 18    Q.      What position were the modifications were made that

10:33:12 19    turned into 6130?  What position were those?

10:33:15 20    A.      2'.

10:33:19 21    Q.      Let's turn if we could to the next exhibit in your

10:33:21 22    binder, PX -- this is already in evidence -- PX-718.  And

10:33:26 23    these are meeting minutes now from February 21st, 2003.  And

10:33:31 24    I'd like to go down now to where your name is, Suguna

10:33:36 25    Rachakonda.  There we are.

10:33:38 1    Now we are in 2003.  It says discussed the

10:33:42 2  synthesis of the "Idenix sugar" and will have 4 sugars with

10:33:47 3  the synthetic route used.

10:33:49 4    So, Dr. Rachakonda, when you say Idenix sugar in

10:33:55 5  2003, what are you referring to.

10:33:57 6  A.    Referring to 2-methyl-up-2-hydroxy-down, sugar.

10:34:05 7  Q.    And how do you know that?  How do you know that is

10:34:08 8  what you are referring to?

10:34:09 9  A.    I know that because I'm a chemist and that is how I

10:34:12 10  write it.

10:34:13 11  Q.    Then you say you will have 4 sugars with a synthetic

10:34:20 12  route used.

10:34:20 13    What do you mean by that?

10:34:24 14  A.    That I was making at that time modifications on the

10:34:28 15  2' and the 3' with a methyl up hydroxy down, and a hydroxy

10:34:37 16  up and a methyl down.

10:34:38 17  Q.    Now, when you talk about the Idenix sugar versus the

10:34:41 18  other sugars, are you using that as a lead compound or using

10:34:45 19  it as a reference compound?

10:34:46 20  A.    Reference compound.

10:34:48 21  Q.    Let's turn now, if we could, to DX-89.  This is an

10:34:54 22  e-mail between you and Dr. Pankiewicz dated March 14, 2003;

10:35:00 23  is that right, Dr. Rachakonda?

10:35:01 24  A.    Yes.

10:35:03 25    MS. BROOKS:  I would move it into evidence, Your

10:35:05 1  Honor.

10:35:05 2        MR. KINTON:  No objection.

10:35:06 3        THE COURT:  What was the number again.

10:35:08 4        MS. BROOKS:  I'm sorry.  DX-89.

10:35:11 5        THE COURT:  89 is admitted.

10:35:11 6       (DX-89 was admitted into evidence.)

10:35:11 7  BY MS. BROOKS:

10:35:16 8  Q.    Dr. Rachakonda, who was Dr. Pankiewicz?

10:35:19 9  A.    Pankiewicz was a fellow chemist at Pharmasset.

10:35:24 10  Q.    Now, you say, in the first line:  I have been working

10:35:27 11  on a CH3 "up" sugar.

10:35:32 12        What is CH3?

10:35:33 13  A.    Methyl.

10:35:34 14  Q.    Now, in the next sentence, you say:  I am one step

10:35:41 15  away -- let's just highlight the first part.  We'll take it

10:35:44 16  one part at a time.  I am one step away from the making the

10:35:47 17  "Idenix" sugar."  And you put that in quotes.

10:35:53 18        What are you referring to when you say "Idenix

10:35:55 19  sugar?"

10:35:56 20  A.    What I was referring to is 2-methyl-up,

10:36:01 21  2-hydroxy-down sugar.

10:36:02 22  Q.    Then you say ... and one step away from making the

10:36:09 23  2-methyl "up" sugar also.

10:36:12 24  A.    Yes.

10:36:13 25  Q.    What do you mean by that?

Rachakonda - direct

10:36:16 1    A.     What I mean by that, is I was making 2-methyl up

10:36:21 2   sugar with no substitution on down.  It's just a 2-methyl

10:36:28 3   up.  No substitution below.

10:36:29 4    Q.     But doesn't the Idenix sugar have a methyl up at the

10:36:33 5   2' position?

10:36:34 6    A.     Yes, it has.

10:36:36 7    Q.     So why are you distinguishing the Idenix sugar from a

10:36:40 8   2-methyl up sugar?  Aren't they the same?

10:36:44 9    A.     No, they are different.

10:36:45 10    Q.     How are they different?

10:36:46 11    A.     As I told you before, that Idenix sugar has a

10:36:50 12   2-methyl-up-2-hydroxy-down.  What I meant by 2-methyl up is

10:36:56 13   just 2-methyl up, nothing below.  So they're different.

10:37:00 14    Q.     What is the significance of changing what is down at

10:37:04 15   the 2' position?  Does it make any difference what is there?

10:37:07 16        MR. KINTON:  Objection, calls for expert

10:37:09 17   opinion.  Leading.

10:37:09 18        THE COURT:  Sustained.

10:37:10 19        MS. BROOKS:  We'll let that one go.

10:37:10 20 BY MS. BROOKS:

10:37:12 21    Q.     Let me ask you this, Dr. Rachakonda.  If you are

10:37:14 22   going to substitute, for example, from your own personal

10:37:18 23   experience, is it easy or difficult, if you know, to

10:37:22 24   substitute, for example, a flourine for an OH at the 2' down

10:37:26 25   position?

10:37:26 1   A.      From my experience, I know that it is difficult.

10:37:29 2   Q.      Let's turn now to DX-44 in your binder.

10:37:37 3           MS. BROOKS:  And, Your Honor, in order to move

10:37:39 4   this along, might I inquire if, based on what just happened,

10:37:42 5   if the objections to the chemistry meeting minutes are

10:37:45 6   withdrawn and they can come in as a business record so I

10:37:48 7   don't have to keep laying the foundation?

10:37:51 8           THE COURT:  Do you want to withdraw your

10:37:53 9   objection or do you want a foundation laid?

10:37:55 10          MR. KINTON:  I think she still needs to lay the

10:37:57 11  foundation.  They're business records of Gilead.

10:38:00 12          THE COURT:  That's fine.  The objection stands

10:38:02 13  subject to you laying a foundation.

10:38:02 14  BY MS. BROOKS:

10:38:05 15  Q.      All right.  Dr. Rachakonda, looking at DX-44, are

10:38:08 16  these minutes of a chemistry meeting that took place on

10:38:12 17  March 28th, 2003?

10:38:14 18  A.      Yes.

10:38:14 19  Q.      And are they signed by Ann Hobbs but witnessed by

10:38:19 20  you?

10:38:19 21  A.      Yes.

10:38:19 22  Q.      Were you present at the meeting?

10:38:22 23  A.      Yes.

10:38:24 24  Q.      Are these minutes made at or near the time of the

10:38:30 25  actual meeting?

10:38:30 1    A.      Yes.

10:38:48 2    Q.      And are they made by 2001 of knowledge of the

10:38:52 3    meeting?

10:38:52 4    A.      Yes.

10:38:54 5    Q.      Are they kept in the regular course of business

10:38:56 6    conduct of Pharmasset?

10:38:59 7    A.      Yes.

10:38:59 8    Q.      And are they used to enable or assist the business of

10:39:04 9    Pharmasset?

10:39:04 10   A.      Yes.

10:39:06 11           MS. BROOKS:  Your Honor your Honor, I would move

10:39:08 12   DX-44 into evidence as a business record.

10:39:11 13           MR. KINTON:  With that foundation, no objection,

10:39:12 14   your Honor.

10:39:12 15           THE COURT:  All right.  It's admitted.

10:39:14 16           (DX-44admitted into evidence.)

10:39:14 17   BY MS. BROOKS:

10:39:15 18   Q.      Dr. Rachakonda, let's look under Jeremy Clark as of

10:39:19 19   March 28th, 2003.  What is being said here?

10:39:23 20   A.      That he discussed the synthesis of 2'-methyl up,

10:39:27 21   2'-fluoro down cytidine.

10:39:30 22   Q.      And let's go down.  There's one other thing I want to

10:39:33 23   ask you on this.  If you go down under Dr. Schinazi's

10:39:38 24   comments, and the third bullet point, El Kouni wants ten

10:39:43 25   grams of PTAU and another analog.  And then we're going to

10:39:47 1   need to go to the next page.

10:39:52 2           It says, it was decided that Suguna would

10:39:55 3   make the compound with assistance from Pinar.

10:39:58 4           So if we could slice those two together to get

10:40:04 5   them in context.  There we go.

10:40:16 6           Now, would Dr. Schinazi -- can you tell us

10:40:20 7   whether or not Dr. Schinazi would ever ask a chemist at

10:40:24 8   Pharmasset to make a specific compound?

10:40:26 9   A.      Yes, occasionally, yes.

10:40:29 10  Q.      Did that happen on a regular basis or an irregular

10:40:33 11  basis?

10:40:34 12  A.      Irregular.

10:40:35 13  Q.      What is he asking here?  Who is El Kouni and what's

10:40:39 14  this drug they are talking about?

10:40:41 15  A.      This was -- El Kouni is another scientist at another

10:40:49 16  university, and he wanted us to make a uridine nucleoside

10:40:55 17  making ten grams of this as a favor to Dr. El Kouni.

10:41:00 18  Q.      Does this have anything to do with the development of

10:41:06 19  Sofosbuvir?

10:41:07 20  A.      No.

10:41:08 21  Q.      Sticking with these same meeting minutes and going

10:41:11 22  back to what Jeremy Clark said about he discussed the

10:41:14 23  synthesis of the 2'-methyl up, the 2'-fluoro down, if we go

10:41:19 24  to page 6, what's labeled 44.006, at Number 3, what are we

10:41:30 25  looking at here, Dr. Rachakonda?

10:41:32 1    A.      We are looking here at a sugar that is 2 methyl up,

10:41:43 2    2 fluoro down, which is labeled two, number two, is a

10:41:49 3    precursor to what is called 6130.

10:41:53 4    Q.      And if we go up to the top right-hand corner, let's

10:41:57 5    see the date on this then.  Jeremy Clark.

10:42:00 6            So where was Mr. Clark in his synthesis of what

10:42:05 7    would become 6130 as of March of '03?

10:42:08 8    A.      He has made the fluoro sugar and one step away from

10:42:16 9    -- one of two steps away from getting the actual nucleoside.

10:42:20 10   Q.      Thank you.

10:42:22 11           Let's move now to April 4th, 2003.  We're almost

10:42:26 12   done with this.  It's already in evidence.  PX-755.

10:42:30 13           April 4th, 2003, under your name, Suguna

10:42:35 14   Rachakonda, discussed the synthesis of two methyl up and

10:42:39 15   down sugars.

10:42:41 16           Now, you don't use the word Idenix here.  I'm

10:42:45 17   reading this correctly?

10:42:46 18   A.      Yes.

10:42:46 19   Q.      Okay.  What are you talking about here when you are

10:42:49 20   talking about 2 methyl up and down sugars?

10:42:52 21   A.      It is 2 methyl up with nothing below, no substitution

10:42:56 22   on the two position other than methyl up.

10:42:59 23   Q.      Well, why didn't you label this an Idenix sugar?

10:43:02 24   A.      Because it's not an Idenix sugar.  Idenix sugar is 2

10:43:06 25   methyl up, 2 hydroxy down, like I have said before.

10:43:09  1    Q.      Thank you.

10:43:10  2             Let's move to what is in evidence as PX-782.

10:43:14  3    This is the chemistry meeting minutes from May 2nd, 2003.

10:43:23  4             Now, it says, the attendees are Dr. Schinazi and

10:43:28  5    all chemists except Christian Mason.  So would you have

10:43:33  6    attended this meeting?

10:43:34  7    A.      Yes.

10:43:34  8    Q.      If we look under Abdullah Hassan, he's discussing

10:43:42  9    the synthesis of protected -- what's that saying right

10:43:46 10    there?

10:43:46 11    A.      It says, synthesis of protected 20C methyl D

10:43:54 12    ribofuranose derivatives.

10:43:56 13    Q.      What are those?

10:43:57 14    A.      Those are sugars that are protected.  That means on

10:44:04 15    the 5' position and 3' information, they are not free OH

10:44:10 16    groups, but they have a chemical protection.

10:44:14 17    Q.      Under Dr. Hassan, it says, Dr. Schinazi suggested

10:44:18 18    making Idenix compound from Compound 9.  What was your

10:44:21 19    understanding when the term Idenix compound is used?  What

10:44:24 20    was your understanding?

10:44:25 21    A.      My understanding is 2'-methyl up, 2' hydroxy down

10:44:33 22    cytidine is Idenix compound.

10:44:35 23    Q.      And then I think Idenix compound is also listed under

10:44:38 24    Laurent Hollecker; is that right?

10:44:42 25    A.      Yes.

10:44:43  1    Q.      Idenix compound?

10:44:44  2    A.      That's correct.

10:44:44  3    Q.      Right there.  And then if we go under you, it says,

10:44:49  4    Idenix sugar compound.  Is that different than the Idenix

10:44:51  5    compound or the same?

10:44:53  6    A.      Idenix sugar is the sugar and Idenix compound is the

10:44:58  7    nucleoside.

10:45:00  8    Q.      And so what is the difference between the Idenix

10:45:04  9    sugar and the Idenix compound?  If you can show the jury

10:45:09 10    maybe on your smaller model.

10:45:11 11    A.      Idenix sugar would be something like this

10:45:19 12    (indicating), with a methyl up, and this would be a hydroxy.

10:45:24 13    That is the Idenix sugar, and there be would something here,

10:45:29 14    but that's the key difference here.

10:45:31 15    Q.      And then Idenix compound, what would that be?

10:45:33 16    A.      That compound could be anything in terms of a base,

10:45:39 17    so we referred -- when you say Idenix compound, we meant

10:45:44 18    that this base is cytidine, which is this (indicating).

10:45:54 19    Q.      Dr. Rachakonda, as a -- did you personally work with

10:45:59 20    the Idenix sugar and the Idenix compound?  If someone who

10:46:04 21    had not personally worked with it read these meeting

10:46:08 22    minutes, could you tell what the base was for, of the Idenix

10:46:14 23    compound by just reading the term Idenix compound, looking

10:46:18 24    under Hollecker?

10:46:19 25            MR. KINTON:  Objection.  Calls for speculation.

THE COURT:  Sustained.

BY MS. BROOKS:

Q.     Dr. Rachakonda, when it says Idenix compound, does it list the base?

A.     No, it doesn't.

Q.     Does it list what is at the 2' up position?

A.     No, it doesn't.

Q.     Does it list what's down the 2' down position?

A.     No, it doesn't, no.

Q.     Then let's turn to what -- I don't have a PX number, but I thought this was introduced yesterday, your Honor, but I will put up my DX number.  DX-139.

THE COURT:  Do you believe it's in evidence?

MS. BROOKS:  I thought it was through Dr. Schinazi, but -- okay.  Apparently not.

THE COURT:  All right.

BY MS. BROOKS:

Q.     So these are now chemistry meeting minutes from May 2nd, 2003.  And were you present at this -- actually, these appear to be the same minutes that we just looked at in PX-782 with one change.

So let me ask you, Dr. Rachakonda, the same series of questions.  Were you present at this meeting?

A.     Yes.

Q.     And did you witness these minutes?

10:47:42 1    A.    Yes, I did.

10:47:44 2    Q.    Are these minutes made at or near the time of the

10:47:48 3    meeting?

10:47:49 4    A.    Yes.

10:47:49 5    Q.    And are they kept in the regular course of conduct of

10:47:54 6    Pharmasset?

10:47:54 7    A.    Yes.

10:47:54 8    Q.    And are they made to assist the business of

10:47:59 9    Pharmasset?

10:47:59 10   A.    Yes.

10:48:00 11         MS. BROOKS:   Your Honor, we would move DX-139

10:48:02 12   into evidence.

10:48:03 13         MR. KINTON:   No objection, your Honor.

10:48:04 14         THE COURT:   It's admitted.

10:48:05 15         (DX-139 was admitted into evidence.)

10:48:06 16   BY MS. BROOKS:

10:48:07 17   Q.    Okay.  Let's put that up there.  And now under

10:48:10 18   Hassan, where in PX-782, it said Idenix compound, we now

10:48:15 19   have a chemical structure.

10:48:17 20         Do you see that?

10:48:18 21   A.    Yes.

10:48:18 22   Q.    Where it says -- I'm sorry.  Under Dr. Schinazi

10:48:22 23   suggested making, there we are.  Where it used to say Idenix

10:48:27 24   compound, now what does it say?

10:48:28 25   A.    It says, suggested making 2' C methyl cytidine from

10:48:33 1    Compound 9.

10:48:34 2    Q.      And under Hollecker, where it previously said Idenix

10:48:39 3    compound, what does it now say?

10:48:40 4    A.      It says, 2' C methyl cytidine.

10:48:44 5    Q.      Okay.  So, Dr. Rachakonda, in looking at these

10:48:47 6    minutes, can you tell what the base is of what had

10:48:53 7    previously been referred to as the Idenix compound?

10:48:55 8    A.      Yes.

10:48:57 9    Q.      What is it?

10:48:58 10   A.      Cytidine.

10:48:59 11   Q.      And in looking now at these minutes, can you tell

10:49:03 12   what is -- what had previously been identified as just

10:49:08 13   shorthand Idenix compounds, can you tell what is in the 2'

10:49:11 14   up position?

10:49:12 15   A.      Methyl.

10:49:14 16   Q.      And how can you tell that?

10:49:16 17   A.      2' C methyl.

10:49:20 18   Q.      Now, at this point in time, if we can go back up to

10:49:23 19   the date.  How long had it been public knowledge that Idenix

10:49:27 20   was working on a compound that had a 2'-methyl up and with a

10:49:34 21   cytidine base?

10:49:36 22            MR. KINTON:  Objection.  Lack of personal

10:49:37 23   knowledge.

10:49:37 24            THE COURT:  Lack of personal knowledge?  I will

10:49:39 25   sustain it.

10:49:41 1      If you can establish personal knowledge --

10:49:43 2          MR. KINTON:  Calls for speculation.

10:49:47 3  BY MS. BROOKS:

10:49:47 4  Q.      Doctor, I believe we established in November 2001,

10:49:50 5  Idenix published their patent application, which contained

10:49:52 6  this compound.

10:49:54 7  A.      Yes.

10:49:54 8  Q.      So can you do the math for me of how long it had been

10:49:57 9  public that Idenix as of May 2003 had been working on a

10:50:02 10 compound that had a methyl up at the 2' position with a

10:50:07 11 cytidine base?

10:50:08 12 A.      A year-and-a-half.

10:50:09 13 Q.      Thank you.

10:50:10 14      Now, in opening statement, referring to these

10:50:26 15 minutes -- if we can use the minutes.  If we can go back and

10:50:30 16 leave the minutes up for a moment.

10:50:32 17      Referring to these minutes, counsel for Idenix

10:50:37 18 said, so instead -- he said instead, call it by the chemical

10:50:45 19 name, so they doctored the minutes.  They revised the

10:50:49 20 minutes.  And here is the revised version that I showed you

10:50:52 21 earlier, and you can see right there what they did.  So

10:50:57 22 Pharmasset had been working using the Idenix compound and

10:51:01 23 here he is rewriting history to cover that up.

10:51:07 24      What started as a betrayal of his best friend

10:51:11 25 has now turned into a cover up.

10:51:15 1        Dr. Rachakonda, is that true?

10:51:17 2    A.    No.

10:51:18 3            MR. KINTON:  Objection.  Lack of personal

10:51:19 4    knowledge.

10:51:20 5            THE COURT:  Lack of personal knowledge?

10:51:22 6    Overruled.

10:51:23 7    BY MS. BROOKS:

10:51:24 8    Q.    You may answer, Dr. Rachakonda.  Is that true?

10:51:26 9    A.    No, it is not.  It is not true.

10:51:29 10   Q.    Thank you.

10:51:40 11           Eventually, was Jeremy Clark successful in

10:51:44 12   synthesizing 6130?

10:51:46 13   A.    Yes, he was.

10:51:48 14   Q.    Were you there when he presented his results?

10:51:50 15   A.    No.

10:51:56 16   Q.    Did you ever learn of his results?

10:51:58 17   A.    Yes, I did.

10:52:00 18   Q.    Was it a long time after or shortly after?

10:52:05 19   A.    Actually, before.

10:52:07 20   Q.    Oh, before he even presented it, you found out?

10:52:10 21   A.    Yes.

10:52:10 22   Q.    What was your reaction?

10:52:12 23   A.    Happiness.  I was -- it was unexpected.  It was

10:52:21 24   definitely unexpected, so kudos to Jeremy that he was

10:52:26 25   actually able to make it and get tested, and it was active

10:52:31 1   and it was not toxic.

10:52:33 2                   So that was something that was unexpected.

10:52:36 3   So I was happy and fellow chemists who were discussing that

10:52:40 4   before he presented, they were all happy.

10:52:44 5   Q.     So did it turn out he was right and he had a Master's

10:52:48 6   and all the Ph.D. chemists were wrong?

10:52:51 7   A.     Yes.  Yes, he was right.  He was right.

10:52:57 8   Q.     Now, Dr. Rachakonda, to wrap up, what are you doing

10:53:00 9   now?

10:53:01 10  A.     I'm a senior director of product develop development

10:53:06 11  at the Cleveland Clinic.

10:53:08 12  Q.     What is the Cleveland Clinic?

10:53:10 13  A.     The Cleveland Clinic is the number two hospital in

10:53:12 14  the United States in patients' lives.

10:53:15 15  Q.     And what do you do for them?

10:53:16 16  A.     I work with the physicians and the physician

10:53:19 17  scientists to speed up the process of making drugs to save

10:53:29 18  patients lives.

10:53:29 19  Q.     Do you feel that's an important job?

10:53:31 20  A.     Yes, it is.

10:53:32 21  Q.     Are you married?

10:53:33 22  A.     Yes, I am.

10:53:34 23  Q.     Do you have any children?

10:53:35 24  A.     Yes.  I have two children.

10:53:37 25  Q.     And what are their ages?

10:53:38 1   A.    **11 and 14.**

10:53:40 2   Q.    **How is it going with the 14-year old with you away**

10:53:44 3   **from home?**

10:53:45 4            **MR. KINTON:  Objection.  Relevance.**

10:53:46 5            **THE COURT:  Is there relevance to this?**

10:53:48 6            **MS. BROOKS:  I will withdraw it.**

10:53:49 7   **BY MS. BROOKS:**

10:53:50 8   Q.    **Dr. Rachakonda, as a result of this litigation, have**

10:53:53 9   **you been retired to take off significant periods of time**

10:53:55 10  **from both your job and away from your family?**

10:53:57 11  A.    **Yes.**

10:53:58 12  Q.    **Is Gilead reimbursing you for that time?**

10:54:02 13  A.    **Yes.**

10:54:03 14  Q.    **What is your hourly consulting rate and how did you**

10:54:08 15  **determine that rate?**

10:54:09 16  A.    **It is $600 an hour, and I talked to my colleagues at**

10:54:17 17  **the Cleveland Clinic, what they make as consultants, and**

10:54:22 18  **they gave me a range, and 600 was in the range of what**

10:54:27 19  **they've given me, so I asked for that rate.**

10:54:34 20  Q.    **That seems like not an insignificant amount.**

10:54:37 21          **So, Dr. Rachakonda, just so the ladies and**

10:54:40 22  **gentlemen of the jury are clear, are you here because Gilead**

10:54:44 23  **is paying for your time?**

10:54:45 24  A.    **No, absolutely not.  No, that is not the reason.**

10:54:49 25  Q.    **Why are you here?**

10:54:50  1    A.      To tell the truth, because I was accused that I stole

10:55:02  2    something from them.

10:55:03  3                   MR. KINTON:  Objection.

10:55:04  4                   THE WITNESS:  No.  I was a scientist there.  I

10:55:06  5    was one of the scientists and I know that we did not steal

10:55:08  6    stuff from them.  So I am here to tell the truth that I did

10:55:17  7    not steal and my colleagues did not steal, period, so I'm

10:55:23  8    here to give my side of the story.

10:55:27  9                   THE COURT:  Just so the record is clear, the

10:55:28 10    objection is overruled.

10:55:29 11                   MS. BROOKS:  Thank you.  I have no further

10:55:31 12    questions, your Honor.

10:55:32 13                   THE COURT:  Okay.

10:55:32 14                   MS. BROOKS:  Thank you, Dr. Rachakonda.  Pass

10:55:34 15    the witness.

10:55:34 16                   THE COURT:  All right.  Cross-examination.

10:55:40 17                          CROSS-EXAMINATION

10:55:41 18    BY MR. KINTON:

10:55:51 19    Q.      Good morning, Dr. Rachakonda.

10:55:52 20    A.      Good morning.

10:55:53 21    Q.      My name is John Kinton.  I don't know if you remember

10:55:55 22    me, but we met a few years ago.

10:55:58 23                   You know I represent Idenix?

10:55:59 24    A.      Yes, I do.

10:56:01 25    Q.      So I need to ask you some followup questions.

10:56:04 1          I'd like to spend my time today talking about

10:56:06 2   the facts that we can agree on.  Between 2000 and 2004, Dr.

10:56:17 3   Schinazi was the head of Pharmasset; right?

10:56:19 4   A.     Yes, he was.

10:56:20 5   Q.     He was the boss?

10:56:22 6   A.     Yes.  He was not my boss, but the boss in the

10:56:26 7   company.

10:56:26 8   Q.     And he was directing the chemistry research?

10:56:29 9   A.     No.

10:56:40 10  Q.     You've testified in a deposition in July of 2013; is

10:56:46 11  that right?

10:56:46 12  A.     Yes, I did.

10:56:47 13  Q.     And you were under oath?

10:56:50 14  A.     Yes.

10:56:50 15  Q.     And you told the truth?

10:56:52 16  A.     Yes, I did.

10:56:53 17  Q.     You were represented by counsel?

10:56:55 18  A.     Yes, I was.

10:56:56 19  Q.     Okay.

10:56:57 20          MR. KINTON:  Can we have Rachakonda deposition

10:57:00 21  transcript of 2013 at pages 116 and bridging over to 117.

10:57:05 22          MS. BROOKS:  May the witness be provided a copy,

10:57:09 23  please?

10:57:09 24          THE COURT:  Yes.  I would like one as well,

10:57:11 25  please.

10:57:12  1          (Pause.)

10:57:35  2                    MR. KINTON:  May I approach, your Honor?

10:57:37  3                    THE COURT:  You may.  Do you have additional

10:57:39  4     copies?

10:57:39  5                    MR. KINTON:  Do we have more copies?

10:57:50  6               (Mr. Kinton handed a deposition transcript to

10:57:56  7     the witness, to the Court and to opposing counsel.)

10:58:19  8     BY MR. KINTON:

10:58:19  9     Q.     Could you turn to page 116 of the deposition.

10:58:29 10     A.     Yes.

10:58:30 11     Q.     And at line 19, you were asked:

10:58:35 12                    "So when you said Dr. Schinazi was the

10:58:37 13     boss, what did you mean?"

10:58:39 14                    You answered:  "He's the founder of the

10:58:41 15     company."

10:58:42 16                    And you were asked:  "And he was directing

10:58:44 17     the chemistry research?"

10:58:47 18                    And you responded:  "He's the, he's the owner of

10:58:50 19     the company.  He's the founder of the company, and he's

10:58:52 20     about all of us in terms of the organization structure."

10:58:55 21                    Did I read that correctly?

10:58:57 22     A.     Yes.

10:58:47 23                    MS. BROOKS:  Your Honor, I would object.  That

10:58:48 24     wasn't impeachment.

10:58:50 25                    THE COURT:  Overruled.

BY MR. KINTON:

Q.    In the 2000 to 2004 time frame, the top three executives at Pharmasset under Dr. Schinazi were Dr. Otto, Dr. Watanabe, and Dr. Stuyver; right?

A.    Yes.

Q.    Okay.  And you reported to Dr. Watanabe?

A.    That is correct.

Q.    And you collaborated with Dr. Watanabe?

A.    Yes, I did.

Q.    And you had discussions with Dr. Watanabe about Pharmasset's work on 2' methyl up?

A.    Yes, I did.

Q.    Okay.  You mentioned earlier that you participated in the interview with Dr. Hassan?

A.    Yes, I did.

Q.    Dr. Hassan was hired by Dr. Schinazi and Dr. Watanabe, wasn't he?

A.    Yes.

Q.    And you heard during opening that Dr. Schinazi told Dr. Watanabe about Idenix's, the potency of Idenix's 2' methyl up compound, right?  You were here during the opening?

A.    Yes.

Q.    You don't have any personal knowledge to dispute that Dr. Schinazi told that to Dr. Watanabe, do you?  You weren't

11:00:10 1   present at that conversation, were you?

11:00:11 2   A.    No, I was not present.  But I know what Dr. Watanabe

11:00:18 3   is.

11:00:18 4   Q.    So no, you weren't present?

11:00:20 5   A.    No, I was not.

11:00:21 6   Q.    Have you reviewed the Idenix '597 patent at issue in

11:00:26 7   this case?

11:00:27 8   A.    Reviewed the patent?

11:00:28 9   Q.    Yes.

11:00:29 10  A.    I looked at it, yes.

11:00:30 11  Q.    Okay.  Do you understand the difference between a

11:00:34 12  patent on a compound, a composition and matter patent and a

11:00:40 13  method patent?

11:00:40 14  A.    That is up to the attorneys.  I am not a patent

11:00:43 15  attorney.

11:00:44 16  Q.    That wasn't the question.  The question is do you

11:00:46 17  understand the difference between the two?

11:00:47 18  A.    Yes, I do.

11:00:48 19  Q.    So what is your understanding of the difference

11:00:50 20  between -- actually, let me withdraw that.  A compound

11:00:54 21  patent is a patent that claims on just the structure of the

11:00:57 22  compound; correct?

11:00:58 23  A.    You are asking me a patent attorney question.  I

11:01:01 24  don't think I can answer that.

11:01:03 25  Q.    Fair enough.  Do you understand Idenix's '597 patent

11:01:07 1  is a method of use patent for treating HCV?

11:01:11 2  A.    I'm not sure of that.

11:01:13 3  Q.    Now, you understand that the Gilead products at

11:01:20 4  issue -- the use of the Gilead products at issue in this

11:01:23 5  case is the use of sofosbuvir; right?

11:01:25 6  A.    Yes.

11:01:26 7        MR. KINTON:  Can we have the demonstrative of

11:01:28 8  sofosbuvir up on the screen?

11:01:28 9  BY MR. KINTON:

11:01:32 10  Q.    And sofosbuvir has a 2'-methyl up; right?

11:01:35 11  A.    Yes, it does.

11:01:36 12  Q.    And you would agree that sofosbuvir is based on

11:01:41 13  PSI-6130; right?

11:01:42 14  A.    That is correct.

11:01:43 15        MR. KINTON:  And can we have PSI-6130 up on the

11:01:47 16  screen.

11:01:47 17  BY MR. KINTON:

11:01:49 18  Q.    And that is a 2D representation of the model you

11:01:52 19  have, right?

11:01:53 20  A.    Yes.

11:01:53 21  Q.    You showed us the model.  Can we see that again?  Can

11:01:58 22  you hold that up again?

11:02:00 23  A.    (Witness complies.)

11:02:02 24  Q.    Can you take off the base?

11:02:05 25  A.    (Witness complies.)

11:02:07 1  Q.      And I believe you said that was like the Idenix

11:02:10 2  sugar, right?, during your testimony?

11:02:13 3  A.      Like?

11:02:14 4  Q.      You said that was like the Idenix sugar?

11:02:17 5  A.      This one?

11:02:17 6  Q.      Yes, you said that was like the Idenix sugar during

11:02:20 7  your testimony, did you?

11:02:21 8  A.      I don't think I said it like that.

11:02:23 9  Q.      In your binder, you have DX-2830.

11:02:38 10         MR. KINTON:  Can we have that up on the screen.

11:02:41 11 A.      Yes.

11:02:41 12 BY MR. KINTON:

11:02:42 13 Q.      That is the meeting minutes of January 17th, 2003?

11:02:45 14 A.      Yes.

11:02:46 15 Q.      And Dr. Schinazi attended that meeting; is that

11:02:48 16 right?

11:02:48 17 A.      Yes.

11:02:49 18 Q.      And you drafted these minutes; right?

11:02:54 19 A.      Yes, I drafted them.

11:02:55 20 Q.      And there is a heading on there that says Dr. Kyoichi

11:03:02 21 Watanabe?

11:03:02 22 A.      Yes.

11:03:02 23 Q.      And the first part of that sentence says that Dr.

11:03:06 24 Watanabe gave an overview of the research work going on at

11:03:09 25 Pharmasset; isn't that right?

11:03:10 1  A.      Yes.

11:03:10 2  Q.      And the last bullet point indicates that Dr. Watanabe

11:03:15 3  was, said that Mr. Clark came up with the idea of making the

11:03:19 4  2' fluoro down derivative of the Idenix compound; isn't that

11:03:24 5  right?

11:03:25 6          MS. BROOKS:  Excuse me.  I'm sorry to interrupt.

11:03:28 7  I actually forgot to use this one so it is not in evidence,

11:03:30 8  but I have no objection if counsel wants to move it in.

11:03:33 9          THE COURT:  Do you want to offer it into

11:03:34 10 evidence?

11:03:35 11         MR. KINTON:  Yes.  Offer DX-2830 into evidence.

11:03:38 12         THE COURT:  No objection; right?

11:03:39 13         MS. BROOKS:  I have no objection.

11:03:40 14         THE COURT:  It's admitted.

11:03:41 15         MR. KINTON:  Sorry, Your Honor.

11:03:42 16         (DTX-2830 was admitted into evidence.)

11:03:42 17 BY MR. KINTON:

11:03:43 18 Q.      The last bullet point indicates that Mr. Watanabe

11:03:47 19 pointed out Mr. Clark came up with the idea of making 2'

11:03:50 20 fluoro down derivative of the Idenix compound; isn't that

11:03:53 21 right?

11:03:53 22 A.      Yes.

11:03:53 23 Q.      And that refers to PSI-6130?

11:03:59 24 A.      Yes.

11:04:00 25 Q.      And you would agree that Pharmasset chemists referred

11:04:04 1    to 2'-methyl up ribose as the Idenix sugar?

11:04:08 2    A.    2-methyl up, 2-hydroxy down, yes.

11:04:11 3    Q.    And that is what ribose is?

11:04:14 4    A.    Yes.

11:04:14 5    Q.    It's like a ribose?

11:04:16 6    A.    Yes.

11:04:16 7    Q.    And you would agree that Pharmasset chemists referred

11:04:19 8    to 2'-methyl up ribose C as the Idenix compound; right?

11:04:23 9    A.    Yes.

11:04:24 10    Q.    In fact, you did, as we saw in your meeting notebook

11:04:31 11    earlier, that is what you called it?

11:04:34 12    A.    Yes.

11:04:34 13    Q.    And PSI-6130 is a derivative of the Idenix compound

11:04:41 14    because it has a 2'-methyl up and a cytidine base or

11:04:46 15    cytosine base; right?

11:04:50 16    A.    Can you please repeat that?

11:04:50 17    Q.    Sure.   PSI-6130 is a derivative of the Idenix

11:04:55 18    compound because it has a 2'-methyl up and a cytosine base;

11:05:00 19    is that right?

11:05:02 20    A.    I agree with part, the first part of your question

11:05:03 21    but not the second.

11:05:07 22    Q.    PSI-6130 doesn't have a cytosine base?

11:05:10 23    A.    Yes, it has a cytosine base but the sugar is

11:05:14 24    different.

11:05:14 25    Q.    I said the Idenix compound.

11:05:16 1    A.       Okay.  Yes.

11:05:17 2    Q.       So let's try that again.

11:05:19 3    A.       Yes.

11:05:19 4    Q.       PSI-6130 is a derivative of the Idenix compound

11:05:24 5    because it has a 2'-methyl up and a cytosine base; isn't

11:05:28 6    that right?

11:05:30 7    A.       Yes.

11:05:30 8    Q.       Let's go back to the January 17th meeting minutes.

11:05:44 9    DX-2830.

11:05:46 10           MR. KINTON:  Can we have that up on the screen?

11:05:46 11   BY MR. KINTON:

11:05:51 12   Q.       In the second bullet above the italicized area, it

11:05:55 13   starts with "Suguna?"

11:05:56 14   A.       Yes.

11:05:57 15   Q.       Do you see that?

11:05:57 16   A.       Yes.

11:05:58 17   Q.       So these meeting minutes are in January of 2003;

11:06:02 18   right?

11:06:03 19   A.       Yes.

11:06:03 20   Q.       And it says, you came up with the idea a few months

11:06:06 21   back, so a few months before January 2003, on making

11:06:12 22   2'-epoxy nucleosides before the Idenix compound was known.

11:06:19 23   Is that true?

11:06:20 24   A.       Yes.

11:06:47 25           MR. KINTON:  Can we have PX-678 up on the

11:06:50  1    screen.  No, I'm sorry.  I apologize.  It's the same

11:06:54  2    exhibit.

11:06:54  3    BY MR. KINTON:

11:06:58  4    Q.      When you drafted these minutes, which are DX-2830,

11:07:02  5    you did your best to be accurate, didn't you?

11:07:05  6    A.      Could you be a little bit more louder?

11:07:08  7    Q.      Sure.  Sorry about that.  Is that better?

11:07:12  8    A.      Yes.

11:07:12  9    Q.      When you drafted these minutes, you did your best to

11:07:16 10    be accurate, didn't you?

11:07:16 11    A.      Yes.

11:07:28 12            MR. KINTON:  Can we have DX-59 up on the screen?

11:07:28 13    BY MR. KINTON:

11:07:34 14    Q.      And you testified about these minutes during your

11:07:36 15    direct exam?

11:07:37 16    A.      Yes, I did.

11:07:40 17    Q.      And you testified about the comments of Dr. Schinazi

11:07:44 18    under Jeremy Clark?

11:07:47 19    A.      Yes, I did.

11:07:48 20    Q.      And you were accurate when you said that Dr. Schinazi

11:07:54 21    told the Pharmasset chemists to couple the sugar from point

11:07:58 22    three above with the cytosine first and then the other bases?

11:08:04 23    A.      Cytosine, yes.

11:08:05 24    Q.      And that came from Dr. Schinazi?

11:08:07 25    A.      Yes.

11:08:07  1    Q.    And when you were drafting these minutes, you were

11:08:15  2    trying to accurately summarize what people said; isn't that

11:08:19  3    true?

11:08:19  4    A.    That is true.

11:08:19  5    Q.    And the meeting minutes were reviewed and witnessed

11:08:22  6    by someone?

11:08:24  7    A.    Yes, they were.

11:08:26  8    Q.    And that is because these were Pharmasset's official

11:08:29  9    business records; isn't that right?

11:08:31  10   A.    That is correct.

11:08:31  11   Q.    Okay.  Did you know, before opening, that

11:08:36  12   Dr. Schinazi had the Pharmasset chemistry meeting minutes

11:08:40  13   changed to remove reference to the Idenix compound or Idenix

11:08:47  14   sugar?

11:08:47  15   A.    No.

11:08:48  16   Q.    Did you know -- you talked about Mr. Clark.

11:08:49  17   A.    Yes.

11:08:49  18   Q.    Did you know that Mr. Clark had secret laboratory

11:08:53  19   notebooks that he kept at home?

11:08:55  20   A.    Really?

11:08:55  21   Q.    You didn't know?

11:08:58  22   A.    No, I didn't know.

11:09:00  23   Q.    Were you present for all conversations between

11:09:03  24   Dr. Schinazi and Dr. Watanabe?

11:09:04  25   A.    No.

11:09:06  1    Q.      Were you present for all conversations between

11:09:09  2    Dr. Schinazi and Dr. Hassan?

11:09:10  3    A.      No.

11:09:12  4    Q.      Were you present for all conversations between Dr.

11:09:15  5    Watanabe and Dr. Hassan?

11:09:16  6    A.      No, I was not present.

11:09:19  7    Q.      And were you present for all conversations between

11:09:21  8    Dr. Schinazi and Mr. Clark?

11:09:25  9    A.      No, I was not present.

11:09:27 10    Q.      Do you have an understanding as to why Dr. Hassan was

11:09:32 11    synthesizing 2'-methyl, 2'-hydroxyl nucleosides?

11:09:37 12    A.      Yes.

11:09:38 13    Q.      Do you have an understanding as to whether someone

11:09:41 14    instructed Dr. Hassan to make 2'-methyl, 2'-hydroxyl

11:09:45 15    nucleosides?

11:09:46 16    A.      Can you slow it down a little?

11:09:48 17    Q.      Sure.

11:09:49 18    A.      To comprehend.

11:09:50 19    Q.      Sorry about that.  Do you have an understanding as to

11:09:52 20    whether someone instructed Dr. Hassan to make 2'-methyl,

11:10:00 21    2'-hydroxyl nucleosides?

11:10:00 22    A.      No.

11:10:02 23    Q.      Do you know whether Dr. Hassan came up with the idea

11:10:05 24    to make these 2'-methyl, 2'-hydroxy nucleosides on his own?

11:10:11 25    A.      Yes, I know that.  Yes.

11:10:13  1    Q.    You testified at a deposition in this case on July

11:10:18  2    24th, 2015; isn't that right?

11:10:20  3    A.    Yes.

11:10:21  4    Q.    And you told the truth?

11:10:22  5    A.    Yes.

11:10:23  6    Q.    You were under oath?

11:10:24  7    A.    Yes, I was under oath.

11:10:26  8    Q.    And you were represented by counsel?

11:10:28  9    A.    Yes, absolutely.

11:10:29 10         MR. KINTON:  Can we have the deposition, please?

11:10:48 11         Your Honor, may I approach?

11:10:50 12         THE COURT:  You may.

11:10:53 13         (Documents passed forward.)

11:11:05 14         MS. BROOKS:  Excuse me, Your Honor.

11:11:06 15         THE COURT:  Where are we?  What page?

11:11:13 16         MR. KINTON:  We are on page 122, line 25 through

11:11:19 17    123, line 15.

11:11:26 18         MS. BROOKS:  I'm sorry.  122, line 25?

11:11:29 19         MR. KINTON:  Yes.

11:11:30 20         MS. BROOKS:  Through?  I'm sorry.

11:11:32 21         THE COURT:  122, 24 through?

11:11:43 22         MR. KINTON:  I'm sorry.  I have page 122, line

11:11:48 23    25 through 123, line 15.

11:11:53 24         MS. BROOKS:  Your Honor, I have the same with my

11:11:55 25    previous objection.  This is not impeachment.  It's not

11:11:58 1    inconsistent with Dr. Rachakonda's testimony.

11:12:02 2                THE COURT:  Before we --

11:12:03 3                MR. KINTON:  Your Honor, may I have a moment

11:12:04 4    to confer to make sure I have the right transcript?

11:12:07 5                THE COURT:  Yes, let's do that first.

11:12:35 6                MR. KINTON:  I apologize, Your Honor.  I was

11:12:38 7    handed the wrong transcript.  May I approach?

11:12:41 8                THE COURT:  Yes.

11:13:17 9                (Documents passed forward.)

11:12:41 10               THE COURT:  Tell us again the page, please.

11:13:06 11               MR. KINTON:  Page 122, line 25, through page

11:13:13 12   123, line 15.

11:13:20 13               THE COURT:  Just give me a moment.

11:13:33 14          Ms. Brooks, you had an objection to that;

11:13:35 15   correct?

11:13:35 16               MS. BROOKS:  Yes, Your Honor.  Just that it is

11:13:37 17   not inconsistent.

11:13:37 18               THE COURT:  All right.  I think, I was on the

11:13:40 19   verge of giving the jury a break anyway, so this is

11:13:43 20   convenient.  Ladies and gentlemen of the jury, let's give

11:13:45 21   you another short break.  No talking about the case and

11:13:47 22   we'll get you back shortly.

11:13:49 23               (Jury left courtroom.)

11:14:12 24               THE COURT:  Have a seat.

11:14:13 25          So let's start with the pretrial -- yes?

11:14:19  1          MR. KINTON:  Should the witness be excused?

11:14:23  2          THE COURT:  If you would prefer to have her

11:14:24  3  excused, that's fine.  We may get into the substance of the

11:14:27  4  testimony.

11:14:27  5          MR. KINTON:  Yes, please.

11:14:28  6          THE COURT:  All right.  Doctor, we'll ask you to

11:14:30  7  step down and step out, please.

11:14:33  8          Not that way.  This way.

11:14:38  9          THE WITNESS:  I chose the shortest way out.

11:14:40 10          THE COURT:  There are a lot of doors.  That's

11:14:42 11  the wrong one.  Sorry.

11:14:48 12          So my first question has to do with the pretrial

11:14:51 13  order.  You all had a sentence in there that I think is

11:14:53 14  unusual, and we may or may not have talked about it at the

11:14:56 15  pretrial conference.  It's on page 15.

11:14:58 16          It says:  Impeachment material, e.g. a document

11:15:02 17  or prior sworn testimony may be shown to the jury at the

11:15:06 18  time of impeachment; which I understood to mean you all

11:15:09 19  had an agreement that I didn't have to look at this stuff.

11:15:12 20  It could just go up on the screen.  You still could make

11:15:16 21  objections but it could go up on the screen.  So Question 1

11:15:21 22  I guess is do I understand the parties' agreement which is

11:15:24 23  now my order correctly?

11:15:25 24          MR. KINTON:  That's correct.  That is my

11:15:27 25  understanding as well.

11:15:27  1          THE COURT:  Ms. Brooks, do you have a contrary

11:15:29  2   understanding?

11:15:29  3          MS. BROOKS:  Mr. Scherkenbach just confirmed

11:15:31  4   that.

11:15:31  5          MR. SCHERKENBACH:  That is our understanding.

11:15:33  6          THE COURT:  Okay.  So that means I think you did

11:15:35  7   also reserve the right to make objections that depositions

11:15:39  8   or prior statements are not inconsistent or are incomplete,

11:15:44  9   so I do want to allow you to make those objections but it

11:15:47 10   shouldn't stop putting up and playing the testimony.  So

11:15:51 11   understood?

11:15:52 12          MS. BROOKS:  Okay.

11:15:52 13          THE COURT:  Ms. Brooks.

11:15:53 14          MS. BROOKS:  Yes, Your Honor.  So just so I'm

11:15:54 15   clear then, by making that agreement, there doesn't have to

11:16:00 16   be a demonstration that what they're about to see is indeed

11:16:03 17   inconsistent, that it gets to be played or shown, and then

11:16:06 18   I can make an objection that wasn't inconsistent or that

11:16:10 19   wasn't impeachment.

11:16:12 20          THE COURT:  Right.  You can make that objection

11:16:13 21   and I will make a ruling, and I guess we'll see where it

11:16:15 22   goes after that.

11:16:16 23          MS. BROOKS:  Okay.  Yes.  My apologies, Your

11:16:18 24   Honor.  I'm used to the old way, and so that was a bit

11:16:22 25   unusual for me how that was going to work logistically.  So

11:16:26  1   I will wait, let them show whatever it is, and if I feel

11:16:29  2   like it's not impeachment, I'm to make my objection after

11:16:32  3   that.

11:16:32  4           THE COURT:  You can make your objection at that

11:16:34  5   point, and I'll make a ruling.

11:16:36  6           MS. BROOKS:  Okay, Your Honor.

11:16:36  7           THE COURT:  All right.

11:16:37  8           MR. KINTON:  Thank you.

11:16:38  9           THE COURT:  Let's take a short break.

11:16:51 10           (Brief recess taken.)

11:16:51 11           *      *      *

11:31:33 12           (Proceedings reconvened after recess.)

11:31:33 13           THE COURT:  Bring the jury back in.

11:31:35 14           MR. KINTON:  Your Honor, before we begin.

11:31:37 15           THE COURT:  Do you have an issue.

11:31:38 16           MR. KINTON:  I'm going to ask the court reporter

11:31:40 17   to read back the last few questions I want to give you a

11:31:43 18   heads up.  Is that okay?

11:31:45 19           THE COURT:  Is it necessary?

11:31:45 20           MR. KINTON:  Just to reorient the jury what the

11:31:48 21   questions and answers were since there was a long pause.

11:31:50 22           THE COURT:  Is there any objection to that?

11:31:51 23           MS. BROOKS:  No, Your Honor.

11:31:52 24           THE COURT:  All right.  Bring the jury in.

11:31:58 25           (Jury returned.)

THE COURT:  Welcome back.  Mr. Kinton, you may proceed.

MR. KINTON:  Thank you, your Honor.  Can I please have -- make sure the jury is in.

Before we begin to orient the jury, may I ask the court reporter to read back the last few questions and answers before?

THE COURT:  Sure.  Please do so.

THE COURT REPORTER:  Yes, your Honor.

"Question:  Sorry about that.  Do you have an understanding as to whether someone instructed Dr. Hassan to make 2'-methyl, 2' hydroxy nucleosides?

"Answer:  No.

"Question:  Do you know whether Dr. Hassan came up with the idea to make the 2'-methyl, 2' hydroxy nucleosides on his own?

"Answer:  Yes, I know that.  Yes.

"Question:  You testified at a deposition in this case on July 24th, 2015; isn't that right?

"Answer:  Yes.

"Question:  And you told the truth?

"Answer:  Yes.

"Question:  You were under oath?

"Answer:  Yes, I was under oath.

"Question:  And you were represented by counsel?

11:34:32 1          "Answer:  Yes, absolutely."

11:34:34 2          THE COURT:  Thank you.

11:34:36 3          MR. KINTON:  Can we roll tape?

11:34:39 4          THE COURT:  For the record -- hold on.  For the

11:34:41 5     record, identify again --

11:34:43 6          MR. KINTON:  I apologize.

11:34:44 7          THE COURT:  -- The page and all of that.

11:34:44 8     BY MR. KINTON:

11:34:48 9     Q.     So you were asked some questions in your deposition

11:34:49 10    that was taken on July 24th, between 15, at page 122, line

11:34:58 11    25, through page 123, line 10.

11:35:07 12             (Videotaped deposition excerpt played as

11:35:08 13    follows.)

11:35:08 14         "Question:  Do you have an understanding as to

11:35:10 15    why Dr. Hassan was synthesizing 2'-methyl, 2' hydroxy

11:35:16 16    nucleotides?

11:35:17 17         "Answer:  No.

11:35:17 18         "Question:  Do you have an understanding as to

11:35:20 19    whether someone instructed Dr. Hassan to make 2'-methyl, 2'

11:35:26 20    hydroxy nucleosides?

11:35:28 21         "Answer:  No, I don't know that.

11:35:29 22         "Question:  Do you know whether Dr. Hassan came

11:35:36 23    up with the idea to make these 2'-methyl, 2' hydroxy

11:35:42 24    nucleosides on his own?

11:35:45 25         "Answer:  I don't know that either."

11:35:46 1          (End of videotape excerpt.)

11:35:50 2              MR. KINTON:  No more questions.

11:35:52 3              THE COURT:  That's it?

11:35:53 4              MR. KINTON:  No, your Honor.

11:35:55 5              THE COURT:  Any redirect?

11:35:56 6              MS. BROOKS:  Very briefly.

11:35:58 7                      REDIRECT EXAMINATION

11:36:00 8  BY MS. BROOKS:

11:36:01 9  Q.      Dr. Rachakonda, if you would turn in the binder that

11:36:03 10  I gave you, DX-2830.  That is now in evidence.  If we could

11:36:10 11  put it up on the screen.

11:36:11 12          Do you have that?

11:36:13 13  A.      Yes.

11:36:13 14  Q.      You were asked about this on cross-examination, so I

11:36:15 15  just wanted to ask a couple more questions.  It's dated

11:36:18 16  January 17th, 2003.

11:36:22 17  A.      Yes.

11:36:23 18  Q.      And there is a presentation that says, by a Dr.

11:36:28 19  Kyoichi Watanabe.  You said you tried to be very accurate in

11:36:33 20  these minutes?

11:36:34 21  A.      I just made a spelling mistake.  I just caught it now

11:36:40 22  as I was reading it.

11:36:43 23  Q.      That's supposed to say Watanabe?

11:36:46 24  A.      Yes.

11:36:46 25  Q.      How long did you work with Dr. Watanabe?

11:36:52 1   A.    From 2000 until I left, or we moved from at Atlanta,

11:36:59 2   Georgia to Princeton, New Jersey.

11:37:01 3   Q.    So ten years?

11:37:02 4   A.    No.

11:37:03 5   Q.    No? I'm sorry.

11:37:04 6   A.    I'd say four years.

11:37:06 7   Q.    And who is Dr. Watanabe?

11:37:10 8   A.    He was my boss, the vice president of chemistry at

11:37:14 9   Pharmasset.

11:37:17 10   Q.    What was his background, if you know?

11:37:19 11   A.    Oh, he's a scientist, a nuclear science scientist

11:37:24 12   with 35 years of experience in nucleoside chemistry and a

11:37:29 13   humble and honest man.

11:37:33 14   Q.    Has he passed away?

11:37:35 15   A.    Yes.

11:37:36 16   Q.    Now, in the entire time that you worked with Dr.

11:37:40 17   Watanabe, did he ever tell you or any of the other

11:37:46 18   Pharmasset scientists in your presence about confidential

11:37:51 19   information from any other company?

11:37:52 20   A.    No, no. He has never told me and I don't recall from

11:37:59 21   other chemists that he has shared that information with

11:38:04 22   them, no.

11:38:05 23   Q.    And at the time that you have all of these minute

11:38:07 24   meetings and notebook entries referring to the Idenix sugar

11:38:12 25   or the Idenix compound in 2003, how long had that

11:38:17  1    information been public?

11:38:22  2                    MR. KINTON:  Objection.

11:38:23  3                    THE COURT:  I'm sorry.  What's the objection?

11:38:26  4                    MR. KINTON:  Objection.  Lacks personal

11:38:27  5    knowledge.

11:38:27  6                    THE COURT:  Ms. Brooks?

11:38:28  7                    MS. BROOKS:  I apologize, your Honor.

11:38:30  8    BY MS. BROOKS:

11:38:33  9    Q.      In evidence, Dr. Rachakonda, is the Idenix patent

11:38:39 10    application.  It was published in 2001.  And so to your

11:38:44 11    knowledge as a scientist, once something gets published,

11:38:47 12    does that mean it's publicly available?

11:38:48 13    A.      Yes, it is.  Yes.

11:38:51 14    Q.      So in 2003, when you and your fellow scientists were

11:38:55 15    using the term Idenix compound, how long had that compound

11:39:00 16    been in the public domain?

11:39:02 17    A.      Like I said, 30-plus years.

11:39:06 18    Q.      Oh, okay.  You're talking about the one that was done

11:39:09 19    by Merck?

11:39:09 20    A.      That is correct.

11:39:10 21    Q.      Okay.  The one that was published by Idenix, how long

11:39:13 22    had that been in the public domain?

11:39:15 23    A.      A year-and-a-half.

11:39:17 24    Q.      And then if I heard you right, the very same compound

11:39:22 25    had been published 30 years earlier by Merck?

11:39:25 1   A.      That is correct.

11:39:25 2   Q.      Now, as a scientist, once a compound is in the public

11:39:31 3   domain, do you know whether or not you're allowed to use it

11:39:35 4   as a reference point?

11:39:37 5   A.      Yes.

11:39:38 6           MR. KINTON:  Objection.  No foundation.

11:39:39 7           THE COURT:  Hold on.  What is the objection?

11:39:42 8           MR. KINTON:  No personal knowledge.  No

11:39:44 9   foundation.  It calls for a legal conclusion.

11:39:47 10          THE COURT:  Overruled.  The question was as a

11:39:50 11  scientist.  You can answer.

11:39:50 12          THE WITNESS:  Yes.  As a scientist, I know when

11:39:53 13  a compound is published in literature, it is open for all.

11:39:56 14  That's the reason why you publish it.  You're sharing your

11:39:58 15  knowledge for everyone else to know.

11:40:00 16  BY MS. BROOKS:

11:40:02 17  Q.      Now, let's stay on DX-2838, go down to where it's

11:40:07 18  talking -- right before the redacted.

11:40:09 19                  "Jeremy came up with the idea."  Let's

11:40:11 20  highlight that one first.  What is this saying here, Dr.

11:40:14 21  Rachakonda?

11:40:15 22  A.      It is saying that Jeremy came up with the idea of

11:40:19 23  making 2' fluoro down derivative of the Idenix compound.

11:40:27 24  Q.      Now, as a scientist, the term derivative, does it

11:40:31 25  have the same or different meaning than how we use it in

11:40:36 1 normal language?

11:40:37 2          MR. KINTON:  Objection.  Calls for expert

11:40:39 3 opinion.  She can answer as to how she uses it as a

11:40:42 4 scientist, I think.

11:40:43 5          THE COURT:  Ms. Brooks?

11:40:44 6          MS. BROOKS:  I will rephrase, your Honor.

11:40:45 7          THE COURT:  Okay.

11:40:46 8          THE WITNESS:  Yes.

11:40:46 9 BY MS. BROOKS:

11:40:47 10 Q.     As a scientist, Dr. Rachakonda, do you ever use the

11:40:49 11 term derivative?

11:40:51 12 A.     Yes.

11:40:52 13 Q.     As a scientist, when you use that term, what do you

11:40:55 14 mean by it?

11:40:56 15 A.     A derivative means a structural analog, which means

11:41:05 16 it can have some parts that are similar to what is known and

11:41:12 17 some things that are different.  That is the meaning of a

11:41:16 18 derivative or an analog, and they are used interchangeably.

11:41:21 19 You know, I have used it interchangeably.

11:41:24 20 Q.     And the very next sentence says, Hassan's idea is to

11:41:28 21 make a 2' amino down Idenix derivatives.

11:41:36 22          As a scientist, when you use that term,

11:41:38 23 derivative, in this fashion, what do you mean by it?

11:41:41 24 A.     It means trying to make analogs that have some

11:41:48 25 features that are similar to what is known and some features

11:41:52 1    that you are building that are new.

11:41:55 2    Q.      Would it be possible as a scientist, would you be

11:41:59 3    able to simply take the Idenix compound and make, for

11:42:05 4    example, that two amino down derivative?

11:42:08 5    A.      No.

11:42:09 6              MR. KINTON:  Objection.  Leading.

11:42:10 7    BY MS. BROOKS:

11:42:11 8    Q.      Why not?

11:42:12 9              THE COURT:  Overruled, the objection.  Go ahead.

11:42:14 10             MS. BROOKS:  I apologize.

11:42:15 11   BY MS. BROOKS:

11:42:16 12   Q.      Why not, Dr. Rachakonda?

11:42:17 13   A.      That is -- that is different.  It is a 2' amino down.

11:42:25 14   It's different because it's a different functional group.

11:42:28 15   Q.      Same question with the 2'-fluoro.  Would you be able

11:42:31 16   to just, if you were copying the Idenix compound, could you

11:42:35 17   just create the 2'-fluoro?

11:42:38 18   A.      No.  That would be -- that would probably give

11:42:41 19   exactly the opposite of what we are actually looking for.

11:42:46 20   It will not give -- if we copied and trying to make the

11:42:51 21   derivative from their compound, it will not give what is

11:42:55 22   part of this drug.  It will give something that is

11:42:59 23   different.  It will not give ethyl up fluoro down.  It will

11:43:03 24   -- it will not give.

11:43:06 25             MS. BROOKS:  Thank you very much.  Thank you,

11:43:08 1    your Honor.

11:43:08 2              THE COURT:  All right.  Thank you, Doctor.  You

11:43:10 3    may step down.

11:43:11 4              (Witness excused.)

11:43:22 5              THE COURT:  You may call your next witness.

11:43:26 6              MR. SCHERKENBACH:  Thank you, your Honor.

11:43:29 7    Ladies and gentlemen, we're going to hear from Dr. Hassan

11:43:33 8    next, but by video deposition.  It's one of only two we're

11:43:38 9    going to play.

11:43:39 10             He's a professor currently in Egypt.  At the

11:43:43 11   time relevant, he worked at Pharmasset in the early 2000s as

11:43:46 12   you heard, and his testimony is about the chemistry of work

11:43:50 13   that he did specifically in 2'-methyl OH nucleosides.  The

11:43:57 14   video is approximately 50 minutes.

11:43:58 15             THE COURT:  Five-zero?

11:43:59 16             MR. SCHERKENBACH:  50.

11:44:00 17             THE COURT:  Okay.

11:44:01 18             MR. HEADLEY:  Your Honor, in advance of the

11:44:02 19   designations, there are three agreed-upon exhibits to move

11:44:05 20   in.  All of them are DXs.  DX-48, DX-67, and DX-472.

11:44:14 21             THE COURT:  Any objection?

11:44:16 22             MR. KINTON:  No objection your Honor.

11:44:17 23             THE COURT:  Okay.  Those are admitted.

11:44:08 24             (DX-48, DX-67, and DX-472 were admitted into

11:44:08 25   evidence.)

11:44:19 1          THE COURT:  And do you have copies of those

11:44:20 2  excerpts that you are playing?

11:44:24 3          MR. HEADLEY:  I believe we already handed them

11:44:26 4  up, your Honor, but let me confer briefly.

11:44:28 5          THE COURT:  Okay.

11:44:30 6          (Pause while counsel conferred.)

11:44:45 7          MR. HEADLEY:  They were handed up earlier.  May

11:44:48 8  I approach?

11:44:48 9          THE COURT:  He's ahead of me.  Please approach.

11:44:52 10          (Mr. Headley handed binders to the Court.)

11:44:56 11          THE COURT:  Put down the lights and then you can

11:44:58 12  start the deposition when you are ready.

11:45:00 13          (The videotaped deposition of Abdullah Hassan

11:45:02 14  played as follows.)

11:45:03 15          "Question:  Would you please state your name for

11:45:05 16  the record.

11:45:06 17          "Answer:  My name is Abdullah El Sayid Abdullah

11:45:11 18  Hassan.

11:45:12 19          "Question:  Dr. Hassan, where do you currently

11:45:14 20  reside?

11:45:15 21          "Answer:  I'm kind of working in Egypt and

11:45:17 22  some -- and my family in Atlanta.  So I go back and forth

11:45:21 23  every once in a while to see them.  But most of my time, I

11:45:27 24  spend in Egypt.

11:45:28 25          "Question:  What do you do in Egypt employment

11:45:34 1    wise?"

11:45:34 2              MS. PARKER:  Your Honor, I'm sorry.  May we

11:45:36 3    approach on a matter that has just come up?

11:45:38 4              THE COURT:  Okay.  Bear with us, ladies and

11:58:21 5    gentlemen.

11:58:21 6              (Sidebar conference held out of the hearing of

11:58:21 7    the jury as follows.)

11:58:21 8              THE COURT:  All right.  Make sure you speak up

11:58:21 9    so we can all hear you.

11:58:21 10             What's the issue?

11:58:21 11             MS. PARKER:  For the first time we just saw it.

11:58:21 12   They are putting the words, the questions and answers at the

11:58:21 13   bottom of the screen.  We have not seen that.  We don't

11:58:21 14   agree to it.

11:58:21 15             THE COURT:  All right.  I guess you're running

11:58:21 16   the translation, for lack of a better word, underneath the

11:58:21 17   deposition.

11:58:21 18             They've not provided you a copy of this before?

11:58:21 19             MS. PARKER:  No.  We didn't know.  It's the

11:58:21 20   first we found out about it.  We just had a transcript

11:58:22 21   marked up.

11:58:22 22             MR. HEADLEY:  That's actually not correct, your

11:58:22 23   Honor.  They have video.  We cut it for them several times

11:58:22 24   in response to that.

11:58:22 25             I have e-mails from them saying, you know, we're

11:58:22 1    confirming.  We do this --

11:58:22 2              THE COURT:  Certainly, we do this all the time,

11:58:22 3    but you object to it?

11:58:22 4              MS. PARKER:  I do.

11:58:22 5              THE COURT:  And the basis for -- putting aside

11:58:22 6    whether they gave you notice, what's the objection?

11:58:22 7              MS. PARKER:  I think it takes away from the

11:58:22 8    credibility of the witness because the jury is going to be

11:58:22 9    focused on the writing at the bottom instead of watching the

11:58:22 10   witness' demeanor.  The witness' demeanor is part of the

11:58:22 11   evidence.

11:58:22 12             THE COURT:  Do you want to respond to that, and

11:58:22 13   then I would need to figure out if you provided notice to

11:58:22 14   them.

11:58:22 15             Do you have a response to that?

11:58:22 16             MR. SCHERKENBACH:  Just on the demeanor point, I

11:58:22 17   mean, I think the only issue would be, it was so prejudicial

11:58:22 18   that your Honor decided it couldn't be shown to the jury.  I

11:58:22 19   don't know that that, how that could be the case.

11:58:22 20             As we know, we do this all the time.  It's

11:58:22 21   actually to aid the jury comprehension, particularly with a

11:58:22 22   witness like this, who has an accent.  He testified without

11:58:22 23   a translator.  It is to try to facilitate things, and it

11:58:22 24   helps the jury to see the words that he's saying.

11:58:22 25             THE COURT:  Do you want to respond to that?

11:58:22 1          MS. PARKER:  Nothing more than what I've already

11:58:22 2    said about the credibility, taking away from the jurors'

11:58:22 3    ability to observe the credibility of the witness.

11:58:22 4          THE COURT:  All right.  Well, before I make a

11:58:22 5    ruling, I would like to understand the record as to whether

11:58:22 6    plaintiffs were on notice that this was the version that you

11:58:22 7    were going to show.

11:58:22 8          MR. HEADLEY:  All right.

11:58:22 9          THE COURT:  You need to hold on.  Is there

11:58:23 10   someone else?

11:58:23 11         MS. PARKER:  Someone else told me.  I don't have

11:58:23 12   personal knowledge.

11:58:23 13         THE COURT:  Bring up the best person it is to

11:58:23 14   address it.

11:58:23 15              (Pause.)

11:58:23 16         THE COURT:  Is Mr. Headley the best person?

11:58:23 17         MR. SCHERKENBACH:  He is.  He's trying to

11:58:23 18   confirm.

11:58:23 19              (Pause.)

11:58:23 20         THE COURT:  All right.  So we now have

11:58:23 21   Mr. McCrum and Mr. Headley here.

11:58:23 22         We're trying to determine, first off, if you all

11:58:23 23   were provided notice that the defendants' excerpts were

11:58:23 24   going to include the running of transcript in text on the

11:58:23 25   bottom.

11:58:23  1          MR. McCRUM:  I was not provided any notice of

11:58:23  2     that.  The video that came over I'm told did not have any

11:58:23  3     text at the bottom of the video as transferred to us.  It

11:58:23  4     was just the video.

11:58:23  5          THE COURT:  So when you played that video,

11:58:23  6     whoever played it, they did not see the text running along

11:58:23  7     the bottom?

11:58:23  8          MR. McCRUM:  That is my understanding, yes.  I

11:58:23  9     did not view it myself.  I was told that was the case.

11:58:23 10          Is that your understanding as well?

11:58:23 11          MR. HEADLEY:  That's my understanding as well,

11:58:23 12     your Honor, having conferred, but there was no objection

11:58:23 13     about the video and a partner at Jones Day sent an e-mail

11:58:23 14     saying, we're fine.  That is the way videos are done.  Being

11:58:23 15     a standard practice --

11:58:23 16          THE COURT:  Is there any evidence of any

11:58:23 17     discussion of whether the text was run on the bottom?

11:58:23 18          MR. HEADLEY:  None whatsoever, because we always

11:58:23 19     do it.

11:58:23 20          THE COURT:  Mr. Griffith?

11:58:23 21          MR. GRIFFITH:  Your Honor, the process is to

11:58:23 22     provide the exact video that's going to be played the next

11:58:23 23     day, and that's what we did, in the exact form.  We look at

11:58:23 24     it, make sure it is done and consistent with designations

11:58:24 25     and so forth.

11:58:24 1      MR. HEADLEY:  We also did send copies of the

11:58:24 2  clip reports that literally show the same text.

11:58:24 3      THE COURT:  But there is nothing that, other

11:58:24 4  than your reliance on standard practice, there's nothing

11:58:24 5  that would have put them on actual notice that you were

11:58:24 6  going to do this.  Correct?

11:58:24 7      MR. HEADLEY:  That may be true.  Obviously,

11:58:24 8  local counsel for Idenix would know this and have done this

11:58:24 9  in other cases with us, but in terms of this case, I would

11:58:24 10  agree, your Honor, yes.

11:58:24 11      THE COURT:  Do you have the ability to turn it

11:58:24 12  off?

11:58:24 13      MR. HEADLEY:  I'm told we might.  Can I confirm?

11:58:24 14      THE COURT:  Yes, please do.

11:58:24 15      (Pause.)

11:58:24 16      MR. HEADLEY:  I'm told that it's possible to

11:58:24 17  play the same video without showing, although we would

11:58:24 18  reiterate a request in particular for witnesses with accents

11:58:24 19  to be able to provide the testimony.

11:58:24 20      THE COURT:  And by "it's possible," is it really

11:58:24 21  flipping a switch?  Like as soon as I make a decision, we

11:58:24 22  can go ahead and do it, or is it going to take some time?

11:58:24 23      MR. HEADLEY:  I don't think it will take much

11:58:24 24  time.  Maybe a minute or minute or two.  Not like re-running

11:58:24 25  the whole video.

11:58:24 1    THE COURT: All right. Well, here's the

11:58:24 2 situation. I am troubled that actual notice was not given.

11:58:24 3 Fair enough that you relied on standard practice and told

11:58:24 4 plaintiffs. I'm not sure I have seen a depositions played

11:58:24 5 without the transcript, so you all did it, which was your

11:58:24 6 choice, that's fine, but I do think the defendants

11:58:24 7 reasonably assumed there would be no objection to that. But

11:58:24 8 the reality is, there was not a meeting of the minds

11:58:24 9 clearly, so I'm concerned about that.

11:58:24 10    On the other hand, it does seem like it would

11:58:24 11 help the jury to have, especially for this witness, a

11:58:24 12 transcript, a transcript that you have had and have no

11:58:24 13 objection to the substance of the transcript. So I'm sort

11:58:24 14 of stuck with a difficult situation.

11:58:24 15    Do you want to take another shot?

11:58:24 16    MS. PARKER: Sure. I would add also that the

11:58:24 17 way they provided it, the way that they provided it to us

11:58:24 18 pretrial stipulation to settle this out. That's why we had

11:58:25 19 people stay up to watch all of it, to make sure that the

11:58:25 20 clips that we got were correct.

11:58:25 21    So beside that, in terms of the prejudice to us,

11:58:25 22 or what I would argue to the jury, really for them to see --

11:58:25 23 they've already seen depositions and we've already played

11:58:25 24 depositions in our case without that, because we provided

11:58:25 25 that to the other side. They didn't say anything about it.

11:58:25 1    I think it's highlighting with these witnesses.  To change

11:58:25 2    the procedure we've been following, to highlight the words

11:58:25 3    to the jurors, do the same thing with other witnesses,

11:58:25 4    including one from Italy, I might add.

11:58:25 5            THE COURT:  You have, I assume, have not looked,

11:58:25 6    designated some of Dr. Hassan?

11:58:25 7            MS. PARKER:  We countered.

11:58:25 8            THE COURT:  Right.  I mean, some portion of this

11:58:25 9    50 minutes or so is yours?

11:58:25 10           MS. PARKER:  Yes.

11:58:25 11           THE COURT:  Correct.

11:58:25 12           MR. GRIFFITH:  Yes.

11:58:25 13           THE COURT:  Despite the accent, your preference

11:58:25 14   is that the jury not have the aid of the written transcript?

11:58:25 15           MS. PARKER:  Right.  I do want to add, when we

11:58:25 16   had our folks look at this, nobody came to us and said, hey,

11:58:25 17   we can't understand it or we have a problem, so I'm not even

11:58:25 18   agreeing that's a problem.  I have not been told that.

11:58:25 19           THE COURT:  Right.  Okay.  All right.  What do

11:58:25 20   you want to say?

11:58:25 21           MR. SCHERKENBACH:  The only reason I can think

11:58:25 22   of why they do not want the text shown is so the jury cannot

11:58:26 23   fully understand the witness and that is not a legitimate

11:58:26 24   reason not to show the testimony, whether it's for this

11:58:26 25   witness, I think it's a particular issue for this witness,

11:58:26 1  or for the other witnesses coming up.

11:58:26 2          This should be about juror comprehension.  Okay?

11:58:26 3  We want the people to be understood clearly and fully.

11:58:26 4  That's all that's going on here.  They are hoping people

11:58:26 5  don't understand Dr. Hassan.  It's remarkable.  It's

11:58:26 6  remarkable.

11:58:26 7          THE COURT:  All right.  Give me a moment,

11:58:26 8  please.

11:58:26 9          MS. PARKER:  May I --

11:58:26 10          THE COURT:  No.

11:58:26 11          (Pause.)

11:58:26 12          THE COURT:  All right.  Well, it's a troubling

11:58:26 13  situation with no easy answer, but, you know, on the one

11:58:26 14  hand, I have the aiding juror comprehension, which I think

11:58:26 15  would be aided by the running transcript.  It's standard

11:58:26 16  practice.  I don't think the 403 balance would favor

11:58:26 17  excluding it.  On the other hand, I don't have full

11:58:26 18  compliance with the notice requirements of the pretrial

11:58:26 19  order to put plaintiff on notice so that they could have

11:58:26 20  made a timely objection.  Had they made a timely objection,

11:58:26 21  I would have had more time to think about it and weigh it

11:58:26 22  more carefully.

11:58:26 23          So in this unusual situation, I'm going to give

11:58:26 24  primacy to the failure to give adequate notice, and I'm

11:58:26 25  going to sustain the objection to the running commentary for

11:58:26 1    whatever deposition testimony has been provided to

11:58:26 2    plaintiffs to this point.  My sense is if you can't work

11:58:26 3    this out going forward, because I'm doing this on the lack

11:58:26 4    of notice, if the defendants give adequate notice for future

11:58:26 5    deposition testimony, then I don't think I would have a

11:58:26 6    basis for an objection, but we'll see when we get there.

11:58:26 7    Any questions?

11:58:26 8                 MR. SCHERKENBACH:  Just to clarify.  So we have

11:58:26 9    one more today, Jeremy Clark.  They have it.  They have had

11:58:26 10   it.  Is there any issue with them reviewing it over the

11:58:26 11   lunch break and if they have a legitimate objection to the

11:58:26 12   text, we can take it up then?  I mean, otherwise, I mean,

11:58:26 13   that was in the same category, I guess.

11:58:26 14                 THE COURT:  Are there any others after that?

11:58:27 15                 MR. SCHERKENBACH:  Not today.

11:58:27 16                 THE COURT:  No.  But I mean as part of your

11:58:27 17   case?

11:58:27 18                 MR. SCHERKENBACH:  Actually, the rest of them I

11:58:27 19   believe we're going to do readings, so the answer is no.

11:58:27 20   We're only doing two videos, so the effect of the ruling

11:58:27 21   would be to change both of those to video only.

11:58:27 22                 THE COURT:  All right.  What's your position on

11:58:27 23   Clark?

11:58:27 24                 MS. PARKER:  Your Honor, I don't think I have

11:58:27 25   time, not having had a lunch break to go back and watch the

11:58:27 1  video.

11:58:27 2         THE COURT:  They object to Clark, too.  I will

11:58:27 3  sustain it because it's the same situation, the lack of

11:58:27 4  notice, which is the issue I am valuing over the jury

11:58:27 5  comprehension in this very unusual circumstance.  So as soon

11:58:27 6  as you all can get it ready, we'll continue to play it

11:58:27 7  without the commentary, not commentary, without the

11:58:27 8  transcript running.

11:58:27 9         MR. HEADLEY:  Right, your Honor.  My apologies

11:58:27 10  for the confusion.

11:58:27 11         (End of sidebar conference.)

11:57:21 12         THE COURT:  Sorry for that, ladies and

11:57:22 13  gentlemen.  And it may take us a minute or so before we're

11:57:25 14  able to get the video running again.

11:57:33 15         (Deposition designations placed in the record.)

11:57:33 16         "Question:  State your name for the record?

11:57:38 17         "Answer:  My name is Abdalla El Sayid Abdullah

11:57:42 18  Hassan.

11:57:43 19         "Question:  Dr. Hassan, where do you currently

11:57:46 20  reside?

11:57:46 21         "Answer:  I'm kind of working in Egypt and some

11:57:50 22  -- and my family in Atlanta.  So I go back and forth every

11:57:53 23  once in awhile to see them.  But most of my time, I spend in

11:57:57 24  Egypt.

11:57:58 25         "Question:  What do you do in Egypt,

11:58:00 1  employment-wise?

11:58:01 2      "Answer:  Yes.  I'm associate professor of

11:58:04 3  medicinal chemistry from Zagazig University, and also I'm

4  a director and founder of a research center at Zagazig

5  University called Applied Nucleic Acid Research Center.

6      "Question:  Would you describe your education

7  starting with university through your final degree that you

8  earned?

9      "Answer:  Well, I graduated with bachelor degree

11:58:15 10  at 1987 from Zagazig University, major in chemistry.  Then

11:58:17 11  I moved to Japan in 1990 to study the master's and Ph.D.

11:58:22 12  degree in pharmaceutical sciences at Hokkaido University,

11:58:26 13  Japan.

11:59:03 14      "And then in 1996, I went back to Egypt, after

11:59:08 15  finishing my degrees, and took a position of lecturer in

11:59:13 16  chemistry over there.

11:59:21 17      "After that, in 1998, I think -- are you asking

11:59:26 18  me up to my Ph.D. degree?

11:59:31 19      "Question:  And then when I interrupted you --

11:59:34 20  and I apologize -- after earning that doctorate in 1996,

11:59:38 21  you returned to Egypt where you were a lecturer?

11:59:43 22      "Answer:  Yes, where I took the position of

11:59:44 23  lecturer or the equivalent of assistant professor.

11:59:47 24      "Question:  And that was at Zagazig?

11:59:50 25      "Answer:  At Zagazig University at the same

11:59:52  1    department where I graduated from.

11:59:53  2            "Question:  Did you have a particular focus in

11:59:59  3    the chemistry you taught?

12:00:01  4            "Answer:  Focus on particular chemistry?  Yes.

12:00:10  5    When I went to Japan, I went to the lab of Dr. Toro Ohaida

12:00:20  6    who is one of the pioneers of nucleoside chemistry in the

12:00:24  7    world, one of the pioneers there.  So I was very interested

12:00:27  8    to study such subject and in the field of medicinal

12:00:32  9    chemistry.  That's why I went there.

12:00:35 10            "Question:  For how long were you an assistant

12:00:43 11    professor at Zagazig, the first time, in the stint after

12:00:49 12    your --

12:00:50 13            "Answer:  Well, the system in Egypt that when

12:00:54 14    you get -- you get a degree outside, you have to make an

12:01:03 15    equivalent for it.  That took a year, almost a year there.

12:01:08 16            So I was appointed as assistant professor in

12:01:11 17    1997.  I stayed there for one year and then moved back,

12:01:18 18    moved to Southern Research Institute at Birmingham, Alabama

12:01:26 19    in 1998.

12:01:27 20            "Question:  What did you do at SRI?

12:01:31 21            "Answer:  I did research work on nucleoside

12:01:33 22    chemistry.

12:01:35 23            "Question:  What type of research were you

12:01:42 24    doing?

12:01:43 25            "Answer:  I was working on cancer gene therapy

12:01:48 1    project where we -- I was, my -- I was responsible of making

12:01:55 2    prodrugs to be used for this project.

12:02:00 3            "Question:  What types of prodrugs were you

12:02:04 4    synthesizing for that project?

12:02:07 5            "Answer:  Modified nucleosides.

12:02:09 6            "Question:  What sorts of modifications were you

12:02:13 7    working on at SRI?

12:02:15 8            "Answer:  I worked on modifications on both of

12:02:20 9    the nucleotide base and the sugar.

12:02:22 10           "Question:  What types of modifications were

12:02:24 11   you making on the sugar for your project at SRI?

12:02:31 12           "Answer:  I was -- on the sugar, I was putting a

12:02:35 13   methyl group at the 5' position of the sugar, at both of

12:02:40 14   what's called allo and talo isomers.  At the 5' position, I

12:02:48 15   put a methyl over there, and sometimes one methyl, sometimes

12:02:53 16   two methyls, sometimes alkyne.  Sometimes, I did lots of

12:03:01 17   modification at the 5' position.

12:03:04 18           "Question:  Did you work on modifications of the

12:03:06 19   sugar at any other positions?

12:03:09 20           "Answer:  Yes, I did.

12:03:10 21           "Question:  What sorts of modifications -- well,

12:03:13 22   strike that.

12:03:14 23           "What other positions on the sugar were you

12:03:17 24   working on modifications for on your project at SRI?

12:03:21 25           "Answer:  At SRI?  I worked on the 4' position.

12:03:27 1                    "Question:  Any others?

12:03:30 2                    "Answer:  At SRI, I worked on the 2' position.

12:03:38 3                    "Question:  For how long were you at SRI?

12:03:41 4                    "Answer:  Three years.

12:03:42 5                    "Question:  Did you work under Jack Secrist at

12:03:45 6      SRI?

12:03:46 7                    "Answer:  Sure.

12:03:47 8                    "Question:  Did any of your colleagues at SRI

12:03:49 9      later go on to work at Novirio or Idenix?

12:03:53 10                   "Answer:  Yes.

12:03:53 11                   "Question:  Who were those?  Who?

12:03:58 12                   "Answer:  Griffon, Dr. Griffon.

12:03:59 13                   "Question:  Any others?

12:04:04 14                   "Answer:  No.

12:04:07 15                   "Question:  Did you work directly with

12:04:10 16     Dr. Griffon at SRI?

12:04:12 17                   "Answer:  Yes.  We, we were in the same group.

12:04:21 18                   "Question:  Did you have a chance to assess

12:04:25 19     Dr. Griffon's ability as a chemist?

12:04:29 20                   "Answer:  He is a wonderful chemist.  He has

12:04:32 21     lots of accomplishment at SRI and before he come to SRI

12:04:39 22     also, I knew his abilities, publication.

12:04:51 23                   "Question:  How did you know his abilities

12:04:54 24     before he came to SRI?

12:04:56 25                   "Answer:  From his publication.

12:04:58 1     "Question: Any other ways?

12:04:59 2     "Answer: This is the way that we assess each

12:05:01 3 other.

12:05:02 4     "Question: While you were at SRI, did you do

12:05:04 5 any work on fluorination?

12:05:06 6     "Answer: Yes.

12:05:11 7     "Question: What work did you do on fluorination

12:05:13 8 at SRI?

12:05:14 9     "Answer: I made the 2-fluoro-adenine and

12:05:20 10 2-fluoro-deoxy adenosine derivative.

12:05:24 11     "Question: For how long were you at SRI?

12:05:27 12     "Answer: Three years.

12:05:28 13     "Question: So that was until about 2001?

12:05:31 14     "Answer: Up to, from '98 to 2001, February

12:05:35 15 2001.

12:05:36 16     "Question: Where did you go after SRI?

12:05:39 17     "Answer: I moved to Pharmasset.

12:05:41 18     "Question: And you said about February 2001?

12:05:47 19     "Answer: I think so.

12:05:48 20     "Question: How did you come to be hired at

12:05:51 21 Pharmasset?

12:05:52 22     "Answer: We were at a conference at a round

12:05:56 23 table, international round table at San Francisco, I

12:06:00 24 believe.

12:06:00 25     "At that time, Dr. Secrist was looking for a job

12:06:05 1   for me.  He contacted Dr. Schinazi, and at that time, I met

12:06:10 2   with Dr. Schinazi and then he offered me an interview at his

12:06:15 3   company.

12:06:21 4         "Question:  How long -- with whom did you

12:06:23 5   interview at Pharmasset as you were trying to get a job

12:06:27 6   there?

12:06:29 7         "Answer:  The interview, there was for --  yeah,

12:06:33 8   Dr. Schinazi, Dr. Watanabe, Alan Roemer, Mr. Alan Roemer was

12:06:42 9   there, and I believe the general scientist who were at

12:06:50 10   Pharmasset before I come, Dr. Pankiewicz, I'm not sure if he

12:06:56 11   was there or not.  I'm not sure.  I don't remember.  And the

12:07:03 12   biologist were there at my interview, too.

12:07:08 13         "Question:  What was your position at Pharmasset

12:07:11 14   when you were hired?

12:07:12 15         "Answer:  Lead scientist.

12:07:14 16         "Question:  What responsibilities did you have

12:07:20 17   as a lead scientist at Pharmasset?

12:07:23 18         "Answer:  I was responsible of making compounds

12:07:27 19   based on nucleosides for the purpose of drug discovery for

12:07:33 20   antiviral activities, or research, drug discovery.

12:07:40 21         "Question:  Now, getting back to your Pharmasset

12:07:42 22   time as lead scientist, you described that you were making

12:07:46 23   nucleosides for antiviral when you began?

12:07:49 24         "Answer:  That's right.

12:07:50 25         "Question:  What were the antiviral targets you

12:07:53 1    were working on at the beginning of your work at Pharmasset

12:07:56 2    in February of 2001?

12:07:58 3            "Answer:  I was working on hepatitis C project,

12:08:02 4    as well as HIV.

12:08:06 5            "Question:  In-house at Pharmasset, internal

12:08:08 6    capabilities, what viruses did Pharmasset screen for for the

12:08:15 7    compounds that were synthesized?

12:08:17 8            "Answer:  We didn't have viruses at Pharmasset

12:08:20 9    to screen against, but we did have an assay to screen

12:08:24 10   against, a surrogate for hepatitis C virus.

12:08:29 11           "Question:  Which assay was that?

12:08:32 12           "Answer:  It is subgenomic replicon assay

12:08:38 13   system.  Sub, s-u-b, genomic, g-e-n-o-m-i-c, replicon,

12:08:49 14   r-e-p-l-i-c-o-n, assay system.

12:08:53 15           "Question:  Is that BVDV?

12:08:55 16           "Answer:  No.

12:08:55 17           "Question:  What was it?

12:08:57 18           "Answer:  That is a surrogate for the hepatitis

12:09:02 19   virus which the biologist truncated, truncated what's called

12:09:08 20   the structural protein of the virus and left only the

12:09:15 21   replicating, replicating part of the genome.

12:09:26 22           "So we do not have a whole virus, but we have a

12:09:30 23   truncated virus that we can assay compound against, to see

12:09:36 24   whether we can, by this assay, we know whether the compound

12:09:39 25   is active or not active against hepatitis C.

12:09:44 1     "Question: So you had an HCV replicon?

12:09:52 2     "Answer: HCV replicon, that's exactly.

12:10:01 3     "Question: When you began at Pharmasset in

12:10:03 4 February of 2001, what was the reporting structure in the

12:10:06 5 chemistry group?

12:10:08 6     "Answer: We used to have a meeting where we

12:10:10 7 discuss our progress and then we send reports to the person

12:10:13 8 who is responsible for the chemistry. At that time, it was

12:10:18 9 -- he was Dr. Watanabe.

12:10:20 10     "Question: Let me ask you this. Who was your

12:10:22 11 boss when you began working at Pharmasset?

12:10:24 12     "Answer: Dr. Watanabe.

12:10:26 13     "Question: So you reported directly to Dr.

12:10:29 14 Watanabe?

12:10:30 15     "Answer: Yes.

12:10:32 16     "Question: So I just want to understand the

12:10:35 17 time frame. When you began, you reported to Dr. Watanabe in

12:10:38 18 February of 2001?

12:10:42 19     "Answer: Right.

12:10:42 20     "Question: Did you have any interaction with

12:10:44 21 Dr. Schinazi while you were working at Pharmasset?

12:10:46 22     "Answer: What do you mean by 'interaction?'

12:10:53 23     "Question: Did you send him any of your written

12:10:55 24 reports?

12:10:56 25     "Answer: To him directly? No. But sometimes,

12:10:59 1  if I have an idea or something like that, I just send him an

12:11:04 2  idea -- send him, send it to him by e-mail.

12:11:09 3          "Question:  Did you have conversations with

12:11:18 4  Dr. Schinazi?

12:11:19 5          "Answer:  A lot.

12:11:19 6          "Question:  Did you have discussions about your

12:11:23 7  work with Dr. Schinazi?

12:11:25 8          "Answer:  Yes.

12:11:26 9          "Question:  Did you discuss with Dr. Schinazi

12:11:29 10 target compounds?

12:11:31 11         "Answer:  Yes.

12:11:31 12         "Question:  What did you discuss with

12:11:36 13 Dr. Schinazi about target compounds?

12:11:39 14         "Answer:  Well, sometimes I used to write

12:11:41 15 structures, targets, and when he come by the end of the day

12:11:47 16 and I show him, what is your opinion about those kind of

12:11:55 17 targets?  And he give me his opinion, whether it is worth

12:11:59 18 doing it or it may have some problems.  I always do that

12:12:04 19 with him.  I used to do it with him.

12:12:08 20         "Question:  So you showed Dr. Schinazi targets

12:12:15 21 that you had in your mind?

12:12:17 22         "Answer:  Yes.

12:12:18 23         "Question:  Did Dr. Schinazi suggest targets to

12:12:20 24 you?

12:12:21 25         "Answer:  No.  I don't remember whether he

12:12:27 1    suggested targets to me specifically.  I don't remember.

12:12:33 2    I'm trying to remember something, but I don't think that he

12:12:39 3    suggested -- he was -- he always used to tell me that I have

12:12:47 4    the time to think, I have the time to read, but he does not

12:12:51 5    have the time to do that.  So it is our obligation to come

12:12:55 6    up with the targets and execute it.

12:12:58 7             "Question:  Did Dr. Schinazi suggest targets to

12:13:02 8    you on a one-to-one basis?

12:13:06 9             "Answer:  For myself?

12:13:07 10            "Question:  Yes?

12:13:08 11            "Answer:  No, no.

12:13:10 12            "Question:  You said when you started at

12:13:11 13   Pharmasset that you reported to Dr. Watanabe.  What was Dr.

12:13:15 14   Watanabe's role at Pharmasset when you began in February of

12:13:18 15   2001?

12:13:22 16            "Answer:  He was responsible about the chemistry

12:13:25 17   department.  Whether he was a VP or head of the chemistry

12:13:31 18   department, I don't remember about the title.  But he was

12:13:37 19   the most senior person in the chemistry.  So we always seek

12:13:45 20   assistance and reporting to him.

12:13:48 21            "Question:  Was one of your roles to synthesize

12:13:51 22   target compounds for antiviral research?

12:13:56 23            "Answer:  Yes.

12:13:57 24            "Question:  Who assigned the target compounds

12:14:00 25   that you were tasked with synthesizing?

12:14:04 1          "Answer:  I, myself, besides Dr. Watanabe, and

12:14:09 2     he gave me the room to do whatever I want besides if he has

12:14:15 3     -- he discussed with me targets and he showed to me the

12:14:19 4     targets.  If I like to do it, I do it.  If I don't like, he

12:14:23 5     does not pressure me to do as long as I am doing something

12:14:29 6     that makes sense and good target to him.

12:14:32 7          "Question:  So you discussed potential target

12:14:34 8     compounds with Dr. Watanabe?

12:14:36 9          "Answer:  A lot.  Almost daily basis.

12:14:41 10          "Question:  In which direction would those

12:14:43 11     conversations go?  By that, I mean, did you suggest targets

12:14:47 12     to Dr. Watanabe or did he suggest targets to you or both?

12:14:51 13          "Answer:  Both.

12:14:52 14          "Question:  Did you need Dr. Watanabe's approval

12:14:59 15     to work on synthesizing a specific target?

12:15:04 16          "Answer:  We didn't have that formality.

12:15:06 17          "Question:  What did you have?

12:15:14 18          "Answer:  Freedom of work.  For example, if I --

12:15:25 19     he does not tell me what to -- how to do it.  I design the

12:15:33 20     pathway or the scheme or the route and execute it.  And in

12:15:39 21     -- so he has -- he has or he had kind of trust in our

12:15:45 22     ability to execute our targets."

12:15:48 23          THE COURT:  All right.  Mr. Scherkenbach.

12:15:51 24          MR. SCHERKENBACH:  Pause it.

12:15:52 25          Yes?

12:15:52  1          THE COURT:  We're going to stop it there.  Lunch

12:15:54  2    is here.  We're going to give the jurors their lunch break.

12:15:58  3    Ladies and gentlemen, during your lunch, no talking about

12:16:00  4    the case and we'll get you back here after you eat.

12:16:32  5               (Jury left courtroom.)

12:47:07  6          THE COURT:  We will be in recess.

12:47:09  7               (Lunch recess taken.)

12:47:09  8               *     *     *

12:52:23  9          Afternoon Proceedings, 12:55 p.m.

12:52:23 10          THE COURT:  Before the jury comes in, there was

12:52:26 11    a note we received.  I believe counsel have copies.  Have

12:52:30 12    you had a chance to look at it and perhaps confer on what,

12:52:33 13    if anything, I should do about it?

12:52:34 14          Ms. Parker?

12:52:36 15          MS. PARKER:  I was handed it literally less than

12:52:39 16    two minutes ago.

12:52:40 17          THE COURT:  You might need some time?

12:52:42 18          MS. PARKER:  I might need some time.

12:52:43 19          THE COURT:  How about from Gilead's side?

12:52:45 20          MR. SCHERKENBACH:  We just managed to find the

12:52:46 21    jurors questionnaire and reading it.  One thing that occurs

12:52:49 22    to me though that could be clarified, there are multiple

12:52:54 23    SRIs in the world, and I know SRI in Menlo Park, California,

12:53:02 24    which is a completely different company, which does a lot of

12:53:04 25    consulting of the type this juror might be talking about.

12:53:07 1   The SRI that the witness referred to is Southern Research

12:53:10 2   Institute, which sometimes goes by SRI, so maybe it's not

12:53:14 3   even the same company.

12:53:15 4              THE COURT:  Right.

12:53:15 5              MR. SCHERKENBACH:  We don't know unless we talk

12:53:17 6   to her.

12:53:17 7              THE COURT:  Right.  I think for the moment,

12:53:20 8   unless either of you'd disagree strongly, we should keep

12:53:23 9   moving and you all can think about it a little further, and

12:53:28 10  maybe at the next break we can talk further about what to

12:53:31 11  do.

12:53:31 12             Any objection to that?

12:53:32 13             MR. SCHERKENBACH:  No objection.

12:53:34 14             MS. PARKER:  Sounds good.

12:53:35 15             THE COURT:  All right.  Let's bring the jury in.

12:53:38 16             (The jury entered the courtroom.)

12:55:38 17             THE COURT:  Welcome back.  I hope lunch was as

12:55:40 18  good as it smells.  It smelled good.

12:55:44 19             Mr. Looby, if you could turn down some of the

12:55:47 20  lights for us and then we will pick up with the deposition

12:55:49 21  where we left off.

12:55:50 22             (The videotaped deposition was resumed.)

12:55:53 23             "Question:  Did you make Dr. Watanabe aware of

12:55:57 24  the compounds you were attempting to synthesize?

12:56:00 25             "Answer:  Yes.  He knows what I'm doing.  At

12:56:02 1 least it is no more than five days that he would have known

12:56:05 2 what I am doing.

12:56:06 3         "Question:  If you didn't tell him immediately,

12:56:08 4 he would find out at the weekly meeting?

12:56:11 5         "Answer:  Yes, yes.

12:56:11 6         "Question:  In your discussions at the weekly

12:56:17 7 meeting regarding your synthetic targets -- strike that.

12:56:20 8         "Did all the chemists attend the weekly

12:56:25 9 meetings?

12:56:26 10         "Answer:  Yes.  We have to attend the meetings,

12:56:28 11 yes.  Unless there is some kind of, you know, upscales or

12:56:31 12 unavoidable circumstances that prevent the person to attend

12:56:34 13 or he or she won't be able to attend it.  But there is --

12:56:38 14 but basically we are all there.

12:56:39 15         "Question:  As part of those meetings, then you

12:56:42 16 would make not just Dr. Watanabe but the other chemists

12:56:46 17 aware of the targets you were working on, is that correct?

12:56:49 18         "Answer:  Correct.

12:56:49 19         "Question:  And likewise, you would then learn

12:56:51 20 about the targets that the other chemists were working on

12:56:54 21 when they reported it to the group?

12:56:54 22         "Answer:  Yes.

12:57:05 23         "Question:  Is that correct?

12:57:05 24         "And did Dr. Schinazi attend these meetings?

12:57:14 25         "Answer:  It depends on his schedule.  I

12:57:16 1 don't remember -- but he is -- it is not regular.  It is not

12:57:22 2 regular because of he is so busy person.  So sometimes he is

12:57:28 3 there; sometimes he is not there.

12:57:32 4      "Question:  What were the projects that

12:57:34 5 Pharmasset was working on when you began?  And by projects,

12:57:37 6 I mean targets in terms of cancer, HCV, HIV?

12:57:42 7      "Answer:  I believe it was hepatitis C and HIV,

12:57:46 8 HBV, and I think this was a sequence or the order.

12:57:50 9      "Question:  Of those, which were you working

12:57:53 10 on?

12:57:54 11      "Answer:  I was mainly working, at the

12:57:56 12 beginning, on HCV project.

12:57:59 13      "Question:  Who assigned you to the HCV project?

12:58:10 14      "Answer:  Well, I asked, I asked Dr. Watanabe to

12:58:13 15 work on the HCV project.

12:58:16 16      "Question:  So in your initial work on HCV, what

12:58:19 17 compounds were you trying to synthesize?  What were your

12:58:22 18 target compounds?

12:58:23 19      "Answer:  I was making modification on the

12:58:26 20 sugar.

12:58:26 21      "Question:  You were making modified nucleosides

12:58:29 22 for HCV?

12:58:31 23      "Answer:  That's right.

12:58:31 24      "Question:  And you were modifying the sugar

12:58:33 25 portion of the nucleoside?

12:58:36 1          "Answer:  That's right.

12:58:37 2          "Question:  And in some instances, you were

12:58:40 3    doing it via what I'll call a sugar route in the sense that

12:58:46 4    you modified a sugar after which you coupled the nucleobase

12:58:54 5    to the sugar to make your nucleoside?

12:58:57 6          "Answer:  Exactly.

12:58:58 7          "Question:  And in other instances, you started

12:59:00 8    with a nucleoside and made modifications to the sugar

12:59:04 9    portion of that nucleoside?

12:59:06 10         "Answer:  Yes.

12:59:07 11         "Question:  In your initial work on the sugar

12:59:09 12   modification or the sugar portion modification, what was the

12:59:13 13   first modification you worked on?

12:59:44 14         "Answer:  The first modification I did, it was

12:59:46 15   on the 2' position of nucleoside.

12:59:48 16         "Question:  What modification were you making at

12:59:50 17   the 2' position?

12:59:52 18         "Answer:  I was replacing the hydrogen atom at

12:59:55 19   the 2' position with a methyl group.

12:59:57 20         "Question:  And that's the 2' up position?

01:00:01 21         "Answer:  2' up and down.

01:00:02 22         "Question:  For the record, to make it clear,

01:00:05 23   you were making 2'-methyl up, hydroxy down nucleosides?

01:00:10 24         "Answer:  I made that, too.

01:00:11 25         "Question:  And were you making 2'-methyl down,

01:00:14 1    hydroxy up nucleosides?

01:00:16 2            "Answer:  Yes, I did.

01:00:16 3            "Question:  How did you select that as your

01:00:18 4    first synthetic target on the HCV project?

01:00:22 5            "Answer:  Well, I can -- I came from, you know,

01:00:24 6    just before joining Pharmasset, I was working on making a

01:00:27 7    methyl group at the 5' position and -- both up and down, and

01:00:32 8    we -- or in the same time, I was also putting a methyl group

01:00:37 9    at the purine leg at the 6 position.  So this is in one

01:00:41 10   instance.

01:00:42 11           "And then another thing that I came from a group

01:00:45 12   in Japan that our main focus was working in the two

01:00:49 13   position, modification at the 2' position.  Putting

01:00:52 14   exocyclic methylene by myself, cyanomethylene, and lots of

01:01:08 15   other derivatives.  Methyl up without hydroxyl, methyl down,

01:01:15 16   and that -- that's why it addresses in my mind that this

01:01:18 17   kind of modification is worth to go after.

01:01:21 18           "Question:  Worth?

01:01:24 19           "Answer:  Worth, to go after or to make those

01:01:28 20   kind of compounds.

01:01:29 21           "Question:  Did you discuss that target with

01:01:30 22   anyone before you began your work?

01:01:32 23           "Answer:  Yes.  Dr. Watanabe knows that and it

01:01:35 24   has been reported on the group meetings, yes.

01:01:37 25           "Question:  When you presented your idea to make

01:01:40 1    2'-methyl modification, what was the reaction of Dr.

01:01:43 2    Watanabe?

01:01:44 3            "Answer:  Dr. Watanabe is very encouraging

01:01:46 4    person.  He said do it.

01:01:48 5            "Question:  Did any of the other chemists

01:01:50 6    provide input on your idea to make 2'-methyl?

01:01:53 7            "Answer:  No.

01:01:54 8            "Question:  Did anybody ever tell you not to

01:02:02 9    make 2'-methyl compounds for HCV?

01:02:06 10           "Answer:  Not to make it?

01:02:07 11           "Question:  Yes.

01:02:08 12           "Answer:  I -- I already made it.  I already

01:02:11 13   made the compounds.

01:02:13 14           "Question:  Were you ever instructed to stop

01:02:16 15   working on those compounds?

01:02:19 16           "Answer:  I don't remember.  Somebody told me

01:02:20 17   that not to work on those compounds?  I don't remember

01:02:24 18   anybody telling me that because since I already made them.

01:02:27 19           "Question:  When you made those compounds, were

01:02:29 20   they subjected to antiviral testing?

01:02:32 21           "Answer:  I always -- when I finish the compound

01:02:34 22   or -- and make, get a PSI number for it, I submit to Ann

01:02:40 23   Hobbs, and Ann Hobbs will provide it to the biology

01:02:48 24   department time for assay.

01:02:50 25           "Question:  Do you recall receiving results of

01:02:53 1   the antiviral testing for the 2'-methyl compounds you

01:02:56 2   submitted?

01:02:57 3         "Answer:  No, I don't recall.  I don't remember.

01:02:59 4   That I got -- yes, it was a cytidine derivative when I made

01:03:08 5   4-hydroxyl amino, 4-hydroxyl amino, 2 methyl up

01:03:13 6   cytidine.  I remember that I heard about -- I heard about

01:03:16 7   two methyl cytidine, two methyl up cytidine because 2 methyl

01:03:24 8   up cytidine was isolated or isolated it as a byproduct when

01:03:28 9   I was synthesizing the in the 4 hydroxyl amino derivative.

01:03:34 10   And submit both of them.

01:03:36 11         "I believe I got -- I heard about the data for

01:03:39 12   both of them.

01:03:40 13         "Question:  What do you recall about the data

01:03:42 14   for the 2'-methyl-cytidine?

01:03:51 15         "Answer:  I only recall about the hydroxyl.

01:03:53 16   2 methyl-cytidine was not that active.  That is all what I

01:03:59 17   remember from, from that, from that.  Yeah.

01:04:01 18         "Question:  I'm going to -- what you have in

01:04:06 19   front of you, what has been marked as Hassan Exhibit 1, it

01:04:09 20   is Bates numbered at the bottom right, Gilead 00830340

01:04:15 21   through 00830573.

01:04:24 22         "Do you have that document?

01:04:24 23         "Answer:  Yes.

01:04:26 24         "Question:  What is -- do you recognize

01:04:29 25   Exhibit 1?

01:04:29 1          "Answer:  Yes.

01:04:30 2          "Question:  What is it?

01:04:32 3          "Answer:  It is my lab notebook, volume number

01:04:34 4   one.

01:04:34 5          "Question:  And nominally, it is dated

01:04:37 6   February 21, 2001 through October 29, 2002?

01:04:37 7          "Answer:  Yes.

01:04:49 8          "Question:  So does this notebook cover your

01:04:53 9   synthetic chemistry work during the time period between

01:04:59 10  February of 2001 and October of 2002?

01:04:59 11         "Answer:  Yes.

01:05:03 12         "Question:  Is this the first lab notebook you

01:05:04 13  used at Pharmasset?

01:05:06 14         "Answer:  I think so.

01:05:07 15         "Question:  It appears to coincide with

01:05:10 16  your approximate start date.  I was wondering if there

01:05:12 17  was --

01:05:13 18         "Answer:  Yes, yes.  Yes.

01:05:15 19         "Question:  Page 1 of your notebook, volume one

01:05:18 20  is your first synthetic work recorded during your time at

01:05:21 21  Pharmasset?

01:05:21 22         "Answer:  Yes.

01:05:23 23         "Question:  And is this notebook page -- does

01:05:26 24  this notebook page reflect the work you were describing

01:05:29 25  before the break as your first project with respect to

01:05:31 1    making 2'-methyl modifications?

01:05:31 2              "Answer:  Yes.

01:05:36 3              "Question:  If you turn to page 2, which is

01:05:38 4    dated February 26, 2001.  Do you see that?

01:05:41 5              "Answer:  February 26, 2001, yes.

01:05:43 6              "Question:  That's Bates No. 830343?

01:05:43 7              "Answer:  Yes.

01:05:48 8              "Question:  This is page 2, a continuation of

01:05:52 9    the work on page 1?

01:05:52 10             "Answer:  Yes.

01:05:54 11             "Question:  And you carried over from page 1, a

01:05:57 12   TIPS-protected 2' Keto nucleoside?

01:05:57 13             "Answer:  Yes.

01:06:05 14             "Question:  And you're applying a methyl

01:06:07 15   Grignard reagent to that TIPS-protected Keto on page 2,

01:06:16 16   correct?

01:06:17 17             "Answer:  Correct.

01:06:18 18             "Question:  And the result you get is a methyl

01:06:20 19   down, hydroxy up TIPS-protected nucleoside?

01:06:20 20             "Answer:  Yes.

01:06:25 21             "Question:  And on page 3 of your notebook, it

01:06:27 22   reflects that you did, in fact, obtain a compound with

01:06:30 23   methyl down, hydroxy up?

01:06:30 24             "Answer:  Yes.

01:06:33 25             "Question:  And if you skip a little further

01:06:36  1    ahead to page 11 of your notebook, which is 830352.

01:06:47  2                    "Answer:  11?  Yes.

01:06:48  3                    "Question:  In this instance, you have a benzoyl

01:06:52  4    protected methyl up nucleoside?

01:06:58  5                    "Answer:  Yes, as a starting material.

01:07:00  6                    "Question:  Do you know where you got that

01:07:02  7    starting material?

01:08:13  8                    "Answer:  From the previous pages.  Exactly, the

01:08:15  9    previous one page, number 10, which, where I coupled

01:08:22 10    n-benzoyl- adenine with the 2 methyl up ribose derivative.

01:08:31 11                    "Question:  Do you know where you got the

01:08:33 12    2'-methyl up ribose derivative?

01:08:36 13                    "Answer:  I made it by myself in the previous

01:08:38 14    page.

01:08:39 15                    "Question:  On page number 4, you're

01:08:41 16    converting -- that's Bates number 830345?

01:08:41 17                    "Answer:  Yes.

01:08:46 18                    "Question:  You're converting a sugar, protected

01:08:49 19    sugar to a 2 Keto sugar?

01:08:49 20                    "Answer:  Yes.

01:08:53 21                    "Question:  And converting the 2 Keto sugar to a

01:08:56 22    methyl up --

01:08:57 23                    "Answer:  Yes.

01:09:00 24                    "Question:  -- sugar?

01:09:00 25                    "Answer:  Yes.

01:09:03 1           "Question:  And that is the compound to which

01:09:05 2 you couple the uracil base?

01:09:05 3           "Answer:  Yes.

01:09:09 4           "Question:  To give you your methyl up protected

01:09:12 5 nucleoside?

01:09:12 6           "Answer:  Yes.

01:09:14 7           "Question:  That is labeled 1020-8?

01:09:14 8           "Answer:  Yes.

01:09:21 9           "Question:  And going ahead to page 10, as you

01:09:23 10 described, that's another example of a coupling a particular

01:09:27 11 base to your protected sugar?

01:09:27 12           "Answer:  Yes.

01:09:30 13           "Question:  And that base gives you PSI 1020-10,

01:09:35 14 which is a methyl up protected nucleoside?

01:09:35 15           "Answer:  Yes.

01:09:42 16           "Question:  And that particular nucleoside is

01:09:44 17 found, again, on page 11?

01:09:44 18           "Answer:  Yes.

01:09:46 19           "Question:  And that particular nucleoside is

01:09:48 20 de-protected?

01:09:49 21           "Answer:  Exactly.

01:09:50 22           "Question:  To give you a 2'-methyl up -- is

01:09:53 23 that adenosine?

01:09:53 24           "Answer:  Yes.

01:09:57 25           "Question:  And that is labeled PSI-1020-11?

01:09:57 1          "Answer:  Yes.

01:10:03 2          "Question:  Is this part of the same initial

01:10:04 3   project on which you were working when you began at

01:10:06 4   Pharmasset that gave you the methyl up nucleosides and the

01:10:09 5   methyl down nucleosides?

01:10:12 6          "Answer:  Exactly.

01:10:43 7          "Question:  Did you report your work on this

01:10:45 8   project to the Kyo Watanabe?

01:10:52 9          "Answer:  I must have.

01:10:53 10         "Question:  And did you report it to the other

01:10:55 11  chemists?

01:10:56 12         "Answer:  Other chemists?

01:10:58 13         "Question:  Other chemists at Pharmasset?  Did

01:11:00 14  you present it at a chemistry meeting?

01:11:03 15         "Answer:  I must have done it.  If -- I don't --

01:11:06 16  why -- there is no reason not to do it, I believe.  I

01:11:11 17  don't remember exactly because that's, you know, too far

01:11:13 18  away.

01:11:14 19         "Question:  Dr. Hassan, I'm going to hand you

01:11:17 20  what is marked as Exhibit Hassan 3.  I will note that there

01:11:20 21  is no Bates number on the document.  That is because it

01:11:23 22  is -- I'm well informed that it is a ChemDraw file and we

01:11:29 23  can't put Bates numbers on them.

01:11:31 24         "I can tell Mr. Farrell that it was produced as

01:11:38 25  Gilead 04442890 in a native file, so that there is no Bates

01:11:46 1    number on it.  But I can further note that it was produced

01:11:50 2    with metadata indicating that it was a ChemDraw file created

01:11:55 3    on April 12, 2001.

01:11:57 4              "Answer:  This one?

01:11:59 5              "Question:  That's the information that was

01:12:00 6    provided by Gilead.  I'm not -- all I want to know is, do

01:12:04 7    you recognize this exhibit, Exhibit 3?

01:12:08 8              "Answer:  Recognize it?

01:12:08 9              "Question:  Yes.

01:12:09 10             "Answer:  So that I have seen lots of structures

01:12:13 11   written, but I don't remember exactly the same page, whether

01:12:15 12   I remember it or no.  We use ChemDraw.  We write thousands

01:12:19 13   of structures and schemes.  I don't remember.

01:12:22 14             "Question:  The structure that is depicted on

01:12:26 15   Exhibit 3 --

01:12:27 16             "Answer:  Mm-hmm.

01:12:28 17             "Question:  What is it?

01:12:32 18             "Answer:  2-methyl-cytidine --

01:12:42 19   2-methyl-adenosine.

01:12:43 20             "Question:  Do you see the labels underneath

01:12:48 21   PSI-5557?

01:12:50 22             "Answer:  Yes.  Yes.

01:12:51 23             "Question:  The number PSI-5557, what does that

01:12:56 24   number mean to you?

01:12:57 25             "Answer:  That is a number is assigned by Ann

01:13:05 1  Hobbs to the compound that we synthesize to make our library

01:13:09 2  of compounds.

01:13:10 3          "Question:  So is the process that you would

01:13:26 4  submit a compound as, for example, labeled AEH-1020-11 as

01:13:30 5  reflected in your notebook and then Ann would give it a PSI

01:13:33 6  number?

01:13:34 7          "Answer:  Exactly.

01:13:35 8          "Question:  And you made the -- you made

01:13:37 9  2'-methyl adenosine as of, according to page 11 of your

01:13:41 10  notebook, March 5, 2001?

01:13:43 11          "Answer:  Yes.

01:13:43 12          "Question:  And you labeled 2 methyl adenosine

01:13:47 13  in your notebook PSI-1020-11?

01:13:47 14          "Answer:  Yes.

01:13:52 15          "Question:  And you submitted that compound to

01:13:53 16  Ann?

01:13:53 17          "Answer:  Yes.

01:13:55 18          "Question:  If you flip back to page 11 of your

01:13:57 19  notebook.  The compound, the 2 methyl adenosine compound

01:14:01 20  that's labeled 1020-11.

01:14:03 21          "Answer:  Mm-hmm.

01:14:04 22          "Question:  Do you know if that compound was

01:14:07 23  submitted for biological testing?

01:14:09 24          "Answer:  I give it -- I give her the compounds

01:14:11 25  and I'm assuming that she is submitting it to the biology.

01:14:14 1  That's why I am giving it to her.  The reason is for

01:14:17 2  biological screening.

01:14:18 3              "Question:  Do you recall receiving results of

01:14:21 4  the biological screening for 1020-11?

01:14:25 5              "Answer:  I don't.

01:14:25 6              "Question:  On page 28, it shows the final steps

01:14:28 7  in the synthesis of 2'-methyl, another 2'-methyl nucleoside,

01:14:32 8  correct?

01:14:33 9              "Answer:  Correct.

01:14:33 10             "Question:  Which one is this?

01:14:35 11             "Answer:  The first one is a 4 hydroxy amino to

01:14:38 12 2 methyl-cytidine and the second one, 2 methyl cytidine.

01:14:45 13             "Question:  And it also notes that it was

01:14:48 14 submitted for HCV assay?

01:14:48 15             "Answer:  Yes.

01:14:52 16             "Question:  In the first note that says,

01:14:55 17 'Submitted for HCV screening,' the first part of that

01:14:59 18 note --

01:14:59 19             "Answer:  Yes.

01:15:00 20             "Question:  -- would that have been internal

01:15:04 21 screening done at Pharmasset?

01:15:04 22             "Answer:  Yes.

01:15:06 23             "Question:  Do you recall receiving the

01:15:08 24 results of the biological screening or HCV screening on

01:15:20 25 1020-28-2?

01:15:23 1                "Answer:  No, I don't.

01:15:23 2                "Question:  Do you recall discussing your

01:15:26 3  synthesis of 2'-methyl-A or 2 methyl-C with anyone at

01:15:34 4  Pharmasset in the February to May 2001 time frame?

01:15:38 5                "Answer:  Kyo was recognizing me as one of -- as

01:15:42 6  one of the nucleoside chemists who are capable of performing

01:15:45 7  or executing our target without seeking an aid from him or

01:15:49 8  other people.

01:15:50 9                "So just once I have a target in mind or through

01:15:52 10  our discussion with Kyo, I would just do it without seeking

01:15:58 11  further information or help.  It is almost since 1990, up to

01:16:02 12  that time, I was doing the same kind of work, making

01:16:05 13  nucleosides.

01:16:06 14                "Question:  Did you make Kyo aware of the fact

01:16:09 15  that you were working on synthesis of 2'-methyl A and

01:16:14 16  2'-methyl C?

01:16:16 17                "Answer:  I don't see a reason why I don't tell

01:16:18 18  him.

01:16:18 19                "Question:  So you would have told him?  In

01:16:21 20  other words, you would have told him?

01:16:23 21                "Answer:  I think so.

01:16:23 22                "Question:  And you don't recall him ever

01:16:25 23  telling you not to work on synthesizing those compounds?

01:16:29 24                "Answer:  No, he did not.  I don't remember

01:16:31 25  that Kyo telling me not to work on that position of

01:16:33 1    modification.

01:16:34 2                  "Question:  I am going to hand you what I have

01:16:37 3    marked as Hassan Exhibit 4, and ask you if you recognize

01:16:42 4    Hassan Exhibit 4.  The Bates number is 1553182.

01:16:46 5                  "(Exhibit 4, document Bates stamped 1553182

01:16:51 6    through 185 marked for identification, as of this date.)

01:16:55 7                  Answer:  I don't remember this minute -- this is

01:16:57 8    my work -- yeah, okay.

01:16:59 9                  "Question:  If you turn to page 2 of the

01:17:01 10   document, Bates number 183, under the heading 1B, 2' fluoro

01:17:06 11   2' deoxycytidine.

01:17:12 12                  "Do you see that?

01:17:13 13                  "Answer:  Mm-hmm.

01:17:13 14                  "Question:  2-fluoro-2-deoxycytidine was found

01:17:20 15   and confirmed at PSI to have very potent anti-HCV activity.

01:17:25 16                  "Answer:  Yes.

01:17:26 17                  "Question:  Does that refresh your recollection

01:17:28 18   at all regarding Pharmasset's work on 2'-fluoro nucleosides

01:17:33 19   for anti-HCV?

01:17:33 20                  "Answer:  Yes.

01:17:36 21                  "Question:  What does it -- what do you remember

01:17:38 22   about it?

01:17:39 23                  "Answer:  I remember that Shi, Dr. Shi made the

01:17:42 24   2'-fluoro down cytidine and it was found active, but also

01:17:58 25   were traces, in my mind, it was toxic.

01:18:01 1                "Question:  Were you aware of the work that

01:18:03 2  Merck was doing on anti-HCV compounds?

01:18:06 3                "Answer:  After their patent application came

01:18:07 4  out, yes.

01:18:08 5                "Question:  Were you aware of Idenix's work or

01:18:13 6  Novirio's work on anti-HCV compounds?

01:18:21 7                "Answer:  After the disclosure of their patent

01:18:23 8  application, yes.

01:18:24 9                "Question:  Which patent application, if you

01:18:27 10  recall?

01:18:28 11                "Answer:  Their first patent application came

01:18:30 12  out.

01:18:56 13                "Question:  Let me ask you this.  Do you recall

01:19:01 14  becoming aware of either one of these applications?

01:19:03 15                "Answer:  When it came out, yes.

01:19:05 16                "Question:  Do you recall if there were 2

01:19:09 17  methyl compounds disclosed in the Novirio application you

01:19:12 18  received?

01:19:13 19                "Answer:  No.  Actually, there were -- the first

01:19:15 20  time I started, it was after -- later.  Later than that.

01:19:18 21  Later than that when Merck patent came out.  Not with

01:19:21 22  Novirio only.

01:19:22 23                "Question:  You learned what when the Merck

01:19:27 24  patent came out?

01:19:28 25                "Answer:  2-methyl adenosine is in their patent.

01:19:32 1       "Question:  When you reviewed the Merck

01:19:37 2  application, was that before or after you yourself had made

01:19:40 3  2'-methyl A?

01:19:59 4       "Answer:  It was after making, far away, there

01:20:01 5  was -- long time before Merck patent came out.  Yes.

01:20:06 6       "Question:  What did you think when you saw the

01:20:14 7  Merck patent on 2'-methyl-A and you had made the compound

01:20:21 8  already?

01:20:21 9       "Answer:  Well, at that time, at that time, I

01:20:24 10  was not fully aware of the issue of patents, patency.  That

01:20:30 11  I was just coming from SRI, not from industrial-based

01:20:36 12  institution.  All what was -- my interests or my intention

01:20:42 13  is to make active compound against hepatitis C.

01:20:47 14       "I was not aware that much of what would happen

01:20:50 15  when that patent come out and it has structures that we

01:20:53 16  already made it.  I wasn't fully aware of that what it means

01:20:59 17  actually, because most of my time is spent in academic

01:21:03 18  rather than -- rather than industrial institution or drug

01:21:07 19  discovery.  I didn't have that much kind of indication that

01:21:19 20  tells me what it would mean for us.

01:22:11 21       "Question:  Dr. Hassan, this morning, we spent

01:22:14 22  quite a bit of time discussing the 2'-methyl compounds.

01:22:21 23       "Answer:  Yes.

01:22:21 24       "Question:  And we discussed your work on

01:22:24 25  2'-methyl-A and 2'-methyl-C and you tried 2'-methyl as the

01:22:32 1    first nucleoside modification you worked on at Pharmasset.

01:22:37 2                "Answer:  Yes.

01:22:37 3                "Question:  What was your rationale for wanting

01:22:40 4    to work on 2' methyl compounds to treat HCV?

01:22:46 5                "Answer:  Well, at that time, my basic

01:22:48 6    understanding that is to have a nucleoside that should exert

01:22:52 7    anti-HCV activity, it has hydroxy group at the 2' position

01:22:59 8    since the virus is an RNA virus.  That's why the 2' hydroxy

01:23:06 9    group is essential for enzyme recognition.

01:23:10 10               "Since we are dealing with RNA virus, this means

01:23:14 11   that we are dealing with enzymes that the RNA -- the

01:23:20 12   RNA-dependent RNA polymerase for the viral HCV, for HCV

01:23:29 13   viral, the viral polymerase, that requires 2', 2' EXO

01:23:37 14   confirmation on the sugar, that requirement or that

01:23:41 15   prerequisite to be attained by putting somehow tiny group at

01:23:47 16   the 2' position in the beta phase.  That would twist the

01:23:50 17   sugar puckering into the required confirmation of pulling

01:23:55 18   the polymerases.  This is one of the rationale that we were

01:24:03 19   -- I was thinking of at that period of time.

01:24:09 20               "Question:  So did that rationale come out of

01:24:15 21   the blue or how did you come up with it?

01:24:20 22               "Answer:  As I told you, I was too much or --

01:24:24 23   I was -- I came from a lab that extensively studied

01:24:28 24   modification of the, of the 2' position and that's why even

01:24:35 25   when I attended -- I interviewed at Pharmasset, I proposed

01:24:42 1  to them several modification of the 2' position.  One of

01:24:47 2  them is a fluoro-methyl, not only -- fluoro-methyl moiety at

01:24:52 3  the 2' position.

01:24:54 4          My presentation there, you can locate or you can

01:25:01 5  see even if before joining Pharmasset, I was thinking of

01:25:06 6  possible structures that could have or could be translated

01:25:11 7  into antiviral activity especially for HCV.

01:25:16 8          "Question:  As part of your interview, you

01:25:19 9  proposed fluoro methyl?

01:25:27 10          "Answer:  Yes, I did.

01:25:29 11          "Question:  To whom?

01:25:30 12          "Answer:  To the whole.

01:25:30 13          "Question:  To the whole Pharmasset team?

01:25:35 14          "Answer:  Yes, the people who were there.

01:25:37 15          "Question:  When you say 2-fluoro-methyl, what

01:25:45 16  specific structure are you referring to?

01:25:49 17          "Answer:  2' CH2F.

01:25:52 18          "Question:  2' CH2F up?

01:25:55 19          "Answer:  I think -- I don't remember -- I

01:25:58 20  think it was up because -- yeah, I think so.  I -- you know,

01:26:04 21  what I wanted to say is since I was -- came from a lab that

01:26:08 22  extensively studied modification of the 2' position, we were

01:26:14 23  interested in -- if you want to look at the Akira Matsuda

01:26:20 24  publication, in that area, you will find that our interest

01:26:24 25  was making small-sized modification at the 2' position.

01:26:29  1     Yes.

01:26:30  2              "Question:  So you were familiar with the

01:26:31  3     Matsuda publication when you were at SRI?

01:26:35  4              "Answer:  Came from the lab, yes.  I came from

01:26:37  5     that lab.  So I know everything in the -- that come out from

01:26:43  6     the lab.

01:26:44  7              "Question:  Your work at SRI was based on, well,

01:26:52  8     it was directed mostly towards cancer research; correct?

01:26:59  9              "Answer:  Correct.

01:26:59 10              "Question:  Do you recall if Jeremy Clark worked

01:27:01 11     on 2'-methyl ribonucleosides for treatment of HCV?

01:27:09 12              "Answer:  2'?

01:27:13 13              "Question:  Methyl ribonucleosides for treatment

01:27:16 14     of HCV.

01:27:19 15              "Answer:  I am not sure.  I am not sure.  He may

01:27:28 16     could have used it as a starting material.  I remember that

01:27:31 17     he consulted with me several times how to make for hydroxy

01:27:36 18     derivative for hydroxy uridine derivative and put the ketone

01:27:41 19     at the 2' position to make methyl -- to introduce methyl

01:27:51 20     Grignard reagent at the 2 keto group.

01:27:55 21              "It could be that time that when he started to

01:27:59 22     -- because he, I remember once he complained to -- he

01:28:02 23     complained that the literature procedure does not get him 40

01:28:09 24     ethyl derivative, but instead give him N-O ethyl derivative,

01:28:16 25     N3-O ethyl derivative.  It could be that time when he

01:28:20 1  started working on that.

01:28:21 2           "Question:  And the problem he was having was on

01:28:24 3  a base modification with that project?

01:28:26 4           "Answer:  When you make a scheme, you start with

01:28:30 5  -- you write the scheme up and design it, and one of the

01:28:35 6  prerequisites that he needed is to protect the N3 position

01:28:42 7  as 4-O-ethyl derivative, and he has to deprotect it later

01:28:48 8  on.  If it goes in the NO3 position, he won't be able to

01:28:53 9  deprotect it.

01:28:55 10          "That's why he had some kind of not easy going

01:29:00 11 trial to get an interim that he needed to use.  That's why

01:29:06 12 he talked with me, because I came from the same lab who

01:29:14 13 produced that chemistry.

01:29:17 14          "Question:  From the Matsuda lab?

01:29:19 15          "Answer:  The Matsuda lab, and he used Matsuda's

01:29:23 16 procedure.  I most likely believe that was the case.

01:29:29 17          "Question:  What makes you believe that was the

01:29:31 18 case?

01:29:31 19          "Answer:  Because I remember, I remember him

01:29:33 20 asking about -- asking me about that chemistry.  You can

01:29:42 21 look at his lab notebook.

01:29:44 22          "Question:  How did you first come to know it?

01:29:47 23          "Answer:  How?

01:29:49 24          "Question:  Yes.

01:29:54 25          "Answer:  Well, I don't remember -- I don't

01:29:57 1  remember exactly whether I got the information from the

01:30:00 2  biologist or just from outside presentations.  I don't

01:30:05 3  remember.  But -- yes.

01:30:07 4      "Question:  Who at Pharmasset came up with the

01:30:09 5  idea to make 2'-methyl, 2'-fluoro nucleosides?

01:30:16 6      "Answer:  I believe Mr. Jeremy Clark.

01:30:25 7      "Question:  Did Mr. Clark ask you for any

01:30:27 8  compounds to use as intermediates in his synthesis of

01:30:31 9  2'-methyl, 2'-fluoro?

01:30:35 10      "Answer:  It could be because I was making 2

01:30:37 11  keto derivative, but I don't remember whether that happened

01:30:42 12  or no.  If I have and he asked, I would have gave him.  But

01:30:47 13  I don't remember.

01:30:48 14      "Question:  When you learned about his effort to

01:30:58 15  make 2'-methyl, 2'-fluoro to treat HCV, what did you think

01:31:04 16  of it as a candidate compound to treat HCV?

01:31:08 17      "Answer:  My impression was it would be toxic

01:31:10 18  because of the fluorine.  But I encouraged him to go

01:31:19 19  forward.  But my own understanding at that time, mostly --

01:31:27 20  most likely it would be toxic because of our experience

01:31:31 21  with 2 fluoro derivative.

01:31:34 22      "Question:  But that didn't deter you from

01:31:38 23  encouraging him to try it, correct?

01:31:40 24      "Answer:  I can't, no.  I can't.  I can't tell

01:31:45 25  him to stop working because I don't believe in that.  When

01:31:49 1  he asked for, you know, advice or something or discussion, I

01:31:55 2  would tell him what I know.

01:32:00 3              (Videotape designations end.)

01:32:05 4              MR. SCHERKENBACH:  Okay.  That was Dr. Hassan.

01:32:08 5  We have one more video depo, and it is the Jeremy Clark.

01:32:15 6              So Mr. Clark was a chemist at Pharmasset at the

01:32:20 7  same time frame.  He is going to talk about his work about

01:32:22 8  what became PSI-6130, the 2'-methyl-fluoro.  His testimony

01:32:29 9  is in two depositions.  There is a piece in the middle where

01:32:32 10 we don't have video where we will read a part of it.  So you

01:32:36 11 will see some video, then it will be a bit of reading, then

01:32:39 12 we will finish with the video.  It will all be done in

01:32:43 13 order.  It is about 60 minutes total, including the reading

01:32:46 14 of the video.

01:32:47 15             THE COURT:  Okay.  We'll start here as soon as

01:32:50 16 we have the transcripts.

01:32:51 17             MR. HEADLEY:  In advance of Mr. Clark's

01:32:53 18 testimony, there are a few exhibits.  First, the DXs:

01:32:58 19 DX-21, DX-91, and DX-900.

01:33:03 20             And then a few PXs:  PX-691, PX-718.

01:33:12 21             MR. McCRUM:  Okay.

01:33:12 22             THE COURT:  No objections on either side; right?

01:33:15 23             MR. HEADLEY:  Correct, Your Honor.

01:33:16 24             THE COURT:  Those are all admitted.

01:33:19 25             (Above-referenced exhibits admitted in evidence.)

01:33:19  1                    MR. HEADLEY:  Permission to approach with copies

01:33:22  2    for the Court?

01:33:22  3                    THE COURT:  Yes, please.

01:33:36  4                    You may begin again.

01:33:40  5                    (Jeremy Clark designations placed in record.)

01:33:40  6                    "Question:  Would you state your full name for

01:33:40  7    the record please?

01:33:42  8                    "Answer:  Jeremy Lloyd Clark.

01:33:43  9                    "Question:  Mr. Clark, what college degrees do

01:33:46 10    you have?

01:33:47 11                    "Answer:  I have a BS in chemistry and biology

01:33:50 12    from Shorter College and a master's in chemistry from the

01:33:54 13    University of Tennessee, Knoxville.

01:34:02 14                    "Question:  After your master's degree -- well,

01:34:05 15    backing up.  When did you receive your master's degree?

01:34:09 16                    "Answer:  In 1998.

01:34:13 17                    "Question:  And then after Shearwater, where did

01:34:15 18    you go to work?

01:34:16 19                    "Answer:  I believe Pharmasset.

01:34:18 20                    "Question:  Was that in approximately 2001?

01:34:22 21                    "Answer:  Yes.

01:34:23 22                    "Question:  And we're going to come back to

01:34:26 23    Pharmasset.  Then after Pharmasset, where did you go to

01:34:27 24    work?

01:34:28 25                    "Answer:  Southern Research.

01:34:28 1      "Question:  Now, Dr. Schinazi was the President

01:34:31 2  or CEO I take it then?

01:34:33 3      "Answer:  I don't know what his position was at

01:34:36 4  the company.

01:34:36 5      "Question:  But he was the guy at the top?

01:34:38 6      "Answer:  He was the one making the decisions, yes.

01:34:40 7      "Question:  How is it you found yourself moving

01:34:42 8  to anti-HCV research?  As I understand it, there was no

01:34:45 9  instruction or directive that anyone gave you to do that so

01:34:50 10  why did you do that?

01:34:51 11      "Answer:  Just curious.  That was the whole,

01:34:53 12  that was part of the whole reason I went to Pharmasset was

01:34:55 13  to make something.  The position I had at Shearwater, we

01:35:01 14  weren't making actual drugs.  And since Day One that

01:35:06 15  chemistry had started even at UT, I had noticed that there

01:35:13 16  were things that I thought of that were different and the

01:35:16 17  natural inclination is, well, you're wrong.  You know, you

01:35:21 18  just don't think of things.  And so I wanted to know, you

01:35:24 19  know, all these thoughts and ideas that were in my head, can

01:35:27 20  I do some of them and can they actually work?  And that was

01:35:33 21  the, you know, the motivation, if you will, if anything, of

01:35:37 22  getting excused versus permission, if you will.  You know,

01:35:43 23  I'll apologize later for doing it without telling everybody

01:35:46 24  what I was doing.

01:35:47 25      "Question:  And then how is it, Mr. Clark, that

01:35:51 1    you thought of using 2'-methyl-up, 2'-fluorine down?

01:36:02 2            "Answer:  Probably from reading the literature.

01:36:04 3    If you go back to the old literature of the

01:36:06 4    2'-methylcytidine, those compounds were made in the late

01:36:12 5    '60s or reported at least in the late '60s from Merck, and I

01:36:18 6    can't say for certain 100 percent, and as I've told

01:36:23 7    Mr. Slater and Gilead, I think people that can tell you with

01:36:26 8    great precision when they had this idea are nothing but

01:36:29 9    liars.  Either that or they had one idea in their life.  You

01:36:33 10   understand there was a lot of things that were going on in

01:36:36 11   terms of ideas of what to do, how to do this, and that was

01:36:39 12   one of them.

01:36:39 13           "So I can't tell you for certain, but I would

01:36:41 14   almost certainly say that it had to do with reading the old

01:36:44 15   literature, and the reason that those compounds were made,

01:36:50 16   2' methylcytidine and 2' methyladenine as well.  So if

01:36:58 17   you go back and look at the rationale that Merck made,

01:37:03 18   Merck reported for making those compounds, it would probably

01:37:08 19   certainly influence the idea to come up with that.

01:37:11 20           "Question:  Did you say that it was a 1960s

01:37:15 21   Merck research?

01:37:17 22           "Answer:  Sure, yeah.

01:37:18 23           "Question:  So as I understand it, you did some

01:37:21 24   amount of literature review, literature searching in the

01:37:24 25   anti-HCV area and came up with the idea of 2'-methyl up, 2'

01:37:34 1    fluoro down as a possible compound for anti-HCV?

01:37:39 2            "Answer:  Well, I think what I testified to is

01:37:42 3    that I had the idea to make that compound, methyl up,

01:37:46 4    fluorine down for HCV.  Now, if you want to characterize it

01:37:50 5    as did I search the literature for HCV patents or whatever,

01:37:56 6    that's your bag, not mine.  That was my testimony.

01:37:59 7            "I don't know that I really cared at that point,

01:38:05 8    the point being of initial idea conception, thinking of this

01:38:12 9    compound, number one; thinking is it going to be any good,

01:38:17 10   number two; number three, how in the hell are you going to

01:38:20 11   make it.  I think at that period of time, whether it was in

01:38:23 12   somebody's patent or not was really not, not my concern.

01:38:27 13           "Question:  Why did you want something

01:38:30 14   nonfunctioning at the 2' down?

01:38:36 15           "Answer:  There was no rationale for doing that.

01:38:37 16   It was, again, there was work that was being done at that

01:38:41 17   point in time on 2'-methylcytidine as well as

01:38:49 18   2'-methyladenosine at Pharmasset.

01:38:52 19           "Question:  Why 2'-methyl up?

01:39:26 20           "Answer:  There was, again, there was compounds

01:39:28 21   that were being tested and work that was being done at

01:39:31 22   Pharmasset before I had the idea for 6130 that were

01:39:35 23   2'-methyl compounds, both adenosine and cytidine.

24           "Question:  Who was doing that work?

25           "Answer:  I think -- I'm almost certain a guy

1    name Laurent Hollecker, "L-a-u-r-e-n-t, H-o-l-l-e-c-k-e-r,

2    as well as Abdalla Hassan, and you're on your own on that

3    one.  Those were the two chemists that I'm almost certain

4    were working on that, those series of compounds at that

01:39:25  5    point in time.

01:39:25  6              "Question:  And had they, had they told you

01:39:31  7    that, that that was a good thing, 2' -- methyl up?

01:39:36  8              "Answer:  I don't know if they were the one that

01:39:38  9    told me that, but it was known within the company.

01:39:40 10              "Question:  That 2'-methyl up was a potential

01:39:45 11    beneficial thing --

01:39:46 12              "Answer:  Yes.

01:39:47 13              "Question:  -- to have?

01:39:47 14              "Answer:  Yes.

01:39:50 15              "Question:  In an anti-HCV nucleoside?

01:39:54 16              "Answer:  Correct, correct.

01:39:55 17              "Question:  Was there any reason for that that

01:39:58 18    you understand?

01:40:00 19              "Answer:  I didn't -- when -- okay, when you

01:40:02 20    say -- I'm going to base this on the idea to make this

01:40:05 21    compound, okay.  So when you say that, I will say, I mean,

01:40:11 22    I knew that they were working on that when I had the

01:40:15 23    idea.

01:40:16 24              "Question:  But I just -- I'm just trying to be

01:40:19 25    clear, maybe it's not clear in your own mind, I don't know,

01:40:22  1   but was it their work on 2' methyl up compounds that caused

01:40:27  2   you to think, well, maybe I want to try something with 2'

01:40:31  3   methyl up?

01:40:33  4           "Answer:  Well, I don't know what they were

01:40:37  5   working on.  I'm almost certain that they were working on

01:40:39  6   that, but I don't know exactly what they were doing, what

01:40:42  7   each of them were doing, and it may be that, that they, you

01:40:48  8   know, weren't working on that at that particular time.  I

01:40:51  9   don't know, you know, my testimony has been that those

01:40:53 10   compounds, 2'-methyl nucleosides primarily A and C, you

01:40:57 11   understand what I mean A and C, adenosine --

01:41:01 12           "Question:  Right.

01:41:02 13           "Answer:  -- cytidine.  Those were known by me

01:41:06 14   -- when I had the idea to make 6130, those were known to

01:41:11 15   be active against HCV.  Now, was it a 100 percent known that

01:41:19 16   these guys were working on it?  No.  I don't know exactly

01:41:34 17   remember at what point in time I knew that Laurent and Dr.

01:41:42 18   Hassan was working on.  I can't say for a 100 percent

01:41:45 19   whether I knew, you know, when I had the idea, but I can say

01:41:48 20   for certain that I knew that the 2' methyl nucleosides were

01:41:54 21   active against HCV.

01:41:56 22           "Those could have came from Schinazi's lab, I

01:41:59 23   don't know.  I don't know where those compounds came from

01:42:02 24   when I had the idea.

01:42:03 25           "Now, Laurent and these guys worked on it later,

01:42:06 1 so, you know, after I began working on that there was work

01:42:09 2 that I was aware of that they were doing.  So it's not, it's

01:42:12 3 not fair to say and not accurate to say that I knew that

01:42:16 4 they were working on these compounds when I had the idea.

01:42:18 5 They being chemists.

01:42:20 6             "Now, there was work that I was -- and, again, I

01:42:23 7 would say for certain -- I don't know for certain that the

01:42:26 8 biologists at Pharmasset were the ones doing the work, but I

01:42:31 9 knew that there was HCV activity with these compounds

01:42:35 10 against HCV and I assume that it was coming from Lieven's

01:42:42 11 group.

01:42:42 12             "Question:  (By Mr. Griffith) So before you

01:42:46 13 thought of putting fluoro down, you had some awareness

01:42:58 14 somehow that there was work going on at a 2'-methyl up

01:43:07 15 compounds?

01:43:07 16             "Answer:  Right, sure.

01:43:08 17             "Question:  And, and what -- what did you think

01:43:11 18 in terms of what you would want to do at the 2' down

01:43:14 19 position, if anything?

01:43:24 20             "Answer:  I think the, and, again, can't say a

01:43:29 21 100 percent with certainty because I can't tell you, you

01:43:32 22 know, this was an idea of many, one of many, so I can't tell

01:43:36 23 you a 100 percent, oh, I was, you know, climbing Mount

01:43:45 24 Everest and thought -- it's ridiculous.  I was reading the

01:43:47 25 literature, the old papers from Merck, basically, there was

01:43:50 1  a, something in there of, you know, the 2' methyl may mask

01:43:55 2  the functionality of the hydroxy group essentially making it

01:43:58 3  a 2' deoxy-type compound, all right?

01:44:01 4        "So it was like, well, hell, why not make a 2'

01:44:04 5  deoxy.  What is a 2' deoxy?  Well, H is a 2' deoxy, but

01:44:11 6  fluorine is a 2' deoxy as well, so, again, I can't tell you

01:44:16 7  this was where it came from, but it invariably involved that

01:44:21 8  process.

01:44:21 9        "Question:  If you wanted something

01:44:22 10  nonfunctional, why not just go with the OH group?

01:44:28 11        "Answer:  Because that was a known compound.

01:44:34 12        "Question:  Well, did you find it in those

01:44:37 13  sixties papers that it was known to use 2' -- methyl up 2 OH

01:44:42 14  down for -- as an anti-HCV?

01:44:46 15        "Answer:  No, again --

01:44:47 16        "Question:  So that would have been new;

01:44:48 17  right?

01:44:49 18        "Answer:  Right.  Well, the -- sure, I mean, the

01:44:51 19  application for those compounds, this was done, you know, by

01:44:54 20  folks at Merck and Idenix.

01:44:55 21        "Question:  Well, Idenix wasn't around in the

01:44:58 22  1960's.

01:44:59 23        "Answer:  No, no, later, right, but in 60 at,

01:45:03 24  again, you understand that HCV first came into -- even

01:45:05 25  became known, I don't know, going by memory, I think it was

01:45:08 1   the nineties, maybe the late eighties, this was not even

01:45:11 2   known, and at that point in time, if I remember correctly,

01:45:14 3   it was not hepatitis C, it was non-A, non-B, so

01:45:19 4   those were the two hepatitises that were known at that

01:45:28 5   particular time, but it was not until the nineties maybe,

01:45:31 6   eighties, nineties, that hepatitis C was first even

01:45:34 7   recognized, so you very well couldn't have an anti-HCV if

01:45:38 8   there was no HCV to start with, or at least it was not known

01:45:43 9   to science.

01:45:44 10          "Question:  Do you recall who at Pharmasset you

01:45:46 11   first told about this idea?

01:45:46 12          "Answer:  Yes.

01:45:48 13          "Question:  Who was that?

01:45:50 14          "Answer:  Probably first and foremost was

01:45:51 15   Christian Mason, and he's dead now.

01:45:55 16          "Question:  Do you recall going into Mike Otto's

01:46:00 17   office and telling him about this idea of using 2'-methyl up

01:46:06 18   2'-fluoro down?

01:46:06 19          "Answer:  Yes.

01:46:08 20          "Question:  And what did you tell Mike Otto

01:46:10 21   about that --

01:46:11 22          "Answer:  That I had the idea to make it.

01:46:13 23          "Question:  And that was after you -- to the

01:46:15 24   best of your recollection, that was after you told Christian

01:46:17 25   Mason?

01:46:18 1    "Answer:  Yes.  Yes.  I wouldn't say much later,

01:46:20 2  but it was later for certain.

01:46:21 3    "Question:  Do you recall telling Mr. Schinazi

01:46:31 4  about this?

01:46:32 5    "Answer:  No.  He found out, but I don't

01:46:35 6  remember going to him and telling him the idea to make it.

01:46:38 7  In fact, if I'm being honest with you, he was the reason I

01:46:41 8  did it the way I did it.

01:46:42 9    "Question:  Can you explain that?

01:46:45 10    "Answer:  Yes.  He would have told me not to

01:46:46 11  make it probably.

01:46:47 12    "Question:  Why is that?

01:46:49 13    "Answer:  You ask him.  I don't know why in the

01:46:50 14  hell he would have told me that, but I'm almost certain that

01:46:54 15  the feeling was he would have told me not to make it, and I

01:46:57 16  can speculate now why he would have told me.  He probably

01:47:00 17  would have had Dennis Liotta or David Chu or somebody like

01:47:04 18  that to make it.  This was the piracy that would go on in

01:47:12 19  that company at that particular point in time.

01:47:15 20    "Question:  -- I'm here in this time frame in

01:47:19 21  2002, the second half of 2002 when you think of using 2'

01:47:23 22  methyl up 2'-fluoro down, and as I understand it, you had

01:47:27 23  begun to do some synthesis work on it at or around that

01:47:32 24  time?

01:47:32 25    "Answer:  Yes.

01:47:34 1     "Question: And so then my question, to be clear

01:47:36 2 then, is, you know, in that time frame, did you have some

01:47:39 3 level of distrust of Dr. Schinazi?

01:47:39 4     "Answer: Yes.

01:47:42 5     "Question: All right. So whether that's why or

01:47:43 6 not, you didn't go to tell Dr. Schinazi right off the bat

01:47:46 7 about this idea?

01:47:47 8     "Answer: Well, let me, let me back up and say I

01:47:50 9 would say yes, of distrust with Dr. Schinazi, but to be

01:47:52 10 clear about that, just within the whole organization, and I

01:47:55 11 would say that more precisely it was within the organization

01:47:59 12 a distrust. At that point in time, and the reason I say

01:48:02 13 this is because Lieven and I, Dr. Stuyver had a lot of

01:48:08 14 conversations.

01:48:09 15     "Lieven and I, his son, was an herpetoid -- a

01:48:17 16 reptile freak. He really liked a lot of reptiles and I had

01:48:29 17 some, so we had sort of a, more of a relationship, if you

01:48:34 18 will, during this time period, late 2002. And there were

01:48:36 19 instances where, for instance, you would submit compounds,

01:48:39 20 not just me but other chemists, and you'd have a very

01:48:42 21 difficult time getting the biological activity back and

01:48:45 22 probably even for HCV. This was part of the mistrust, if

01:48:50 23 you will, and I think at this point in time, and there's

01:48:52 24 probably even e-mails to confirm this, that Lieven saying it

01:48:58 25 was Dr. Schinazi and Schinazi was saying no, it's Lieven.

01:49:04 1    I'm going to get -- you know, it's good cop -- both of

01:49:08 2    them is pointing the finger at one another.

01:49:10 3           "So there was a level of distrust to say that it

01:49:13 4    was with Dr. Schinazi is partially true.  It was with Dr.

01:49:19 5    Schinazi and/or Lieven at that point in time, and I think it

01:49:24 6    turned out that it was, you know, in retrospect, it was with

01:49:27 7    Dr. Schinazi, so, you know, when I answer something a

01:49:29 8    distrust with Dr. Schinazi, that's with the experience and

01:49:32 9    knowledge that I have now, but if I back and think of this,

01:49:35 10    it's probably not just Dr. Schinazi at that point in time.

01:49:38 11    It was within the -- just somebody was, somebody was full of

01:49:42 12    shit, either Lieven, maybe Mike Otto, maybe Schinazi or all

01:49:48 13    of them at that point in time, so."

01:49:50 14           THE COURT:  That's the end of that video or are

01:50:05 15    we switching videos?

01:50:08 16           MR. SCHERKENBACH:  Yes.

01:50:10 17           THE COURT:  Maybe this is a good point to take a

01:50:12 18    short break then.

01:50:13 19           Ladies and gentlemen of the jury, we'll give you

01:50:15 20    a short recess.  No talking about the case.

01:50:17 21           (The jury was excused for a short recess.)

01:50:45 22           THE COURT:  I'm going to come back and see if

01:50:49 23    you have anything to say about that note that we talked

01:50:51 24    about earlier, but we'll have a short recess.

01:50:57 25           (Short recess taken.)

02:04:58  1          THE COURT:  Any thoughts from the plaintiff

02:04:59  2     about what to do on this note?

02:05:01  3          MS. PARKER:  Yes, your Honor.  We've had a

02:05:02  4     chance to confer on the break.  I think we're in agreement.

02:05:05  5     Here's what we would suggest:  Not to interrupt things

02:05:07  6     during the day, but at the end of the day, maybe we could

02:05:10  7     excuse all of the jurors except her, and we would suggest

02:05:13  8     maybe taking her back to chambers with the court reporter, a

02:05:16  9     couple of lawyers, like we did during the voir dire process

02:05:19 10     so your Honor can ask her some more questions, because right

02:05:21 11     now we just don't know anything.

02:05:23 12          THE COURT:  Right.  And what I would be trying

02:05:24 13     to establish is whether, what is the identity of her SRI.

02:05:28 14     And the SRI that was raised an issue, a potential issue, is

02:05:34 15     called Southern --

02:05:35 16          MS. PARKER:  Southern Research Institute.

02:05:38 17          THE COURT:  And then I can report back to you if

02:05:41 18     it's even the same SRI.

02:05:44 19          MS. PARKER:  If your Honor would permit, I think

02:05:46 20     what we were suggesting we do it like jury selection.  We

02:05:51 21     could ask followup questions on the spot, just as we did

02:05:55 22     before.

02:05:55 23          THE COURT:  Is that agreeable?

02:05:56 24          MR. SCHERKENBACH:  I'm agreeable to that.  I'm

02:05:57 25     also agreeable to your Honor just asking that question

02:05:59 1 initially to see if we even need to bother, honestly.

02:06:03 2 THE COURT: All right. Well, we'll do some

02:06:04 3 modification. I will do the questioning first and report

02:06:07 4 back to you, but I think we're going to have to take another

02:06:10 5 break before 4:30, so I might well do it during that next

02:06:15 6 break rather than wait until 4:30.

02:06:17 7 MR. SCHERKENBACH: Okay.

02:06:17 8 THE COURT: Okay. Any other things before we

02:06:19 9 bring them back in?

02:06:20 10 MS. PARKER: I don't believe so. Thank you,

02:06:22 11 your Honor.

02:06:22 12 THE COURT: Okay.

02:06:22 13 MR. SCHERKENBACH: I just want to clarify on the

02:06:24 14 video here.

02:06:24 15 THE COURT: Yes.

02:06:25 16 MR. SCHERKENBACH: The video that ended is not

02:06:27 17 the end of the first day of the deposition. There were

02:06:32 18 differing protective order designations during the

02:06:34 19 deposition, so that first video was under one designation.

02:06:38 20 There's another short piece of video on a different

02:06:40 21 designation.

02:06:41 22 THE COURT: Okay.

02:06:41 23 MR. SCHERKENBACH: Then we'll have a reading.

02:06:43 24 More for the record, but I don't know if the jurors will be

02:06:46 25 confused either.

02:06:47 1       THE COURT:  Yes.  If you think it's helpful to

02:06:49 2   explain anything to the jury about that video didn't end,

02:06:53 3   that's fine.

02:06:55 4             MR. SCHERKENBACH:  All right.

02:06:55 5             THE COURT:  I'm not sure you need to do that.

02:06:57 6             MR. SCHERKENBACH:  I'm not really planning to.

02:06:58 7             THE COURT:  All right.

02:06:58 8             MR. SCHERKENBACH:  I think we'll just proceed.

02:07:00 9             THE COURT:  All right.  Well, thank you for

02:07:01 10  clarifying it for me.  And we will bring the jury in.

02:07:04 11             (The jury entered the courtroom.)

02:08:25 12             THE COURT:  All right.  I think we were ready to

02:08:27 13  continue with the deposition.  Is that correct, Mr.

02:08:29 14  Scherkenbach?

02:08:29 15             MR. SCHERKENBACH:  We are, your Honor.

02:08:30 16             THE COURT:  All right.  We'll turn the lights

02:08:33 17  down and you may continue.

02:08:34 18             "Question:  Clark Exhibit 2 is a document

02:08:41 19  produced by Gilead.  At the top of the first page it says

02:08:50 20  10317/23/01 - 3/30/03. J. Clark, Volume 1.

02:08:50 21             "Answer:  Okay.

02:09:04 22             "Question.  And then for the record, Clark

02:09:06 23  Exhibit 3 is a document produced in the Gilead Document 107

02:09:06 24  and it bears page numbers 1 through 228, and I believe it is

02:09:06 25  lab notebook number 1058 according to the top of the page

02:09:06  1   and is dated September 5th, 2002, to 5/12/2004 J. Clark

02:09:06  2   Volume 2.

02:09:27  3           "Answer:  Okay.

02:09:27  4           "Question:  So I will represent to you that

02:09:29  5   these are two notebooks that were produced to Idenix.

02:09:35  6           "Answer:  Okay.

02:09:36  7           "Question:  Can you confirm looking at these

02:09:38  8   that these are both laboratory notebooks that you entered

02:09:41  9   data into when you worked at Pharmasset?

02:09:43 10           "Answer:  Yes.  That one does, which is the

02:09:45 11   1031, and it appears that the notebook 1058, that's the

02:09:49 12   Pharmasset designation, also appears to be without going

02:09:52 13   through the whole thing, but it appears to be, yes.

02:09:55 14           "Question:  Okay.  That's your handwriting in

02:09:57 15   there that you're seeing as you flip through pages?

02:09:57 16           "Answer:  Yes.

02:10:09 17           "Question:  Yeah, I'm trying to find out if

02:10:14 18   this is all of your notebooks that you had when you were

02:10:17 19   at --

02:10:17 20           "Answer:  No, I think I had a notebook that I

02:10:19 21   kept at home that was my notebook.

02:10:21 22           "Question:  All right.  And did you, do you

02:10:23 23   recall whether you had around eight notebooks total, both

02:10:26 24   home and at work?

02:10:29 25           "Answer:  From Pharmasset?

02:10:30 1    "Question: Yes.

02:10:31 2    "Answer: I don't think there was that many. I

02:10:43 3 don't know how many. I think there was two or three that

02:10:45 4 were given to me by Pharmasset, and I don't think there

02:10:48 5 was -- there was maybe one or two that I kept at home.

02:10:51 6    "Question: Then for the laboratory notebooks

02:10:52 7 that you kept at home, do you still have those?

02:10:55 8    "Answer: I didn't find any of them, no.

02:10:56 9    "Question: Page 204 --

02:10:58 10    "Answer: Mm-hmm.

02:10:59 11    "Question: -- is dated March 27th, 2003? So

02:11:10 12 for whatever reason, it seems that the entries on

02:11:13 13 March 27th, 2003, were put in there after the December 6th

02:11:19 14 page 25? That work was done after that, correct, not

02:11:23 15 before? This particular work that's being described.

02:11:25 16    "Answer: This entry was in this notebook dated

02:11:28 17 after that notebook.

02:11:29 18    "Question: Right.

02:11:30 19    "Answer: After page 25.

02:11:31 20    "Question: Correct.

02:11:32 21    "Answer: Yes.

02:11:33 22    "Question: And is it your testimony that this

02:11:35 23 entry is for work that you actually did before December 6th?

02:11:38 24    "Answer: No, let me tell you about the

02:11:39 25 synthesis with the sugar, it was the spawn of the devil.

02:11:48 1 This took me many, many times of going back and doing the

02:11:51 2 same steps over and over, and the reason was in part because

02:11:53 3 this reaction here was extremely messy and for some reason

02:12:07 4 it would not scale up so, in other words, this 204 says you

02:12:11 5 start with 345 milligrams of the starting material and you

02:12:15 6 end up with 61 milligrams.  Well, that's not -- I mean, it's

02:12:19 7 not that efficient of a synthesis, so it's entirely possible

02:12:22 8 that this was the tenth time I did this reaction, you know,

02:12:26 9 with -- not tenth, probably not that many.  Four times.  In

02:12:29 10 other words, made four different batches of compound A on

02:12:35 11 page 204, so just because you see here that this is the

02:12:39 12 first date does not mean that's the first time that it was

02:12:41 13 actually done.

02:12:42 14          "Question:  And at that point in time,

02:12:46 15 December 6, 2002, did you believe and expect that 6130 would

02:12:51 16 have anti-HCV activity?

02:12:53 17          "Answer:  Yes, that's what it was made for.

02:12:56 18          "Question:  Do you recall how you arrived at

02:12:58 19 the methyllithium reaction, how you came to use

02:13:05 20 methyllithium?

02:13:06 21          "Answer:  It was analogous to work by Matsuda,

02:13:13 22 again, at the nucleoside level.

02:13:16 23          "Question:  In what respect?

02:13:18 24          "Answer:  In other words, if you start with

02:13:20 25 cytidine -- not cytidine.  He didn't use cytidine.  He used

02:13:25 1   a 4-ethoxy-uridine, if you will, maybe with TIPS, so it's --

02:13:33 2   I'm not here to teach you chemistry.

02:13:34 3        "If I remember, it was a TIPS 3, 5' TIPS-ulose-

02:13:43 4   4-ethoxy-uridine and treat that with a series of Grignards

02:13:48 5   or methyllithium, and this was published in '88, '87, in

02:13:52 6   Chem. Pharm. Bull., Chemical and Pharmaceutical Bulletin,

02:13:56 7   and he did a lot of work in the stereochemical outcome of

02:14:00 8   that, and I think he found that if you if you treat that

02:14:06 9   with methylmagnesium bromide or Grignard at that, with the

02:14:10 10   two -- the base hydroxyl group gives you a mixture of up and

02:14:13 11   down so the methyl group attacks from the up 50 percent and

02:14:16 12   down approximately 50 percent.  Whereas if you treat with

02:14:18 13   methyllithium with diabeta-canton (phonetic), then it goes

02:14:24 14   strictly from the down position.

02:14:27 15        "Question:  All right.

02:14:28 16        "Answer:  Or it says strictly, but it's actually

02:14:31 17   98 percent.  You do get a little bit of the attack from the

02:14:34 18   top, but it's primarily attacked from the alpha position of

02:14:37 19   the nucleoside.

02:14:38 20        "Question:  And you had done that by December 6,

02:14:41 21   2002?

02:14:43 22        "Answer:  Yeah.

02:14:43 23        "Question:  Was DAST a chemical that you had in

02:14:45 24   the laboratory?  Did you have to special order that to do

02:14:48 25   this work?

02:14:49 1        "Answer:  I think I had it.  I think Kris

02:14:52 2  Pankiewicz -- well, I don't think, he had done some

02:14:57 3  extensive fluorination.  It was a common reagent to use,

02:15:00 4  it's very well-known at that point in time in the

02:15:03 5  literature.

02:15:03 6        "Question:  When did you first hear of DAST, if

02:15:05 7  you can recall?

02:15:07 8        "Answer:  I mean it was a common reagent.  I

02:15:08 9  probably knew about it before going to Pharmasset.  I mean,

02:15:11 10  you know, I may not have used it, but I mean it's a common

02:15:17 11  reagent.

02:15:18 12        "Question:  All right.  So then the second thing

02:15:21 13  that came to your mind was DAST --

02:15:24 14        "Answer:  Yes.

02:15:25 15        "Question:  -- is that right?

02:15:26 16        "Answer:  Yes.  It was the first successful

02:15:27 17  thing that came to mind, I guess you could say.

02:15:29 18        "Question:  So how long did it take you to run a

02:15:31 19  DAST reaction to get a fluorine attached at the 2' sugar

02:15:39 20  position?

02:15:41 21        "Answer:  It was about a 15-minute reaction.

02:15:44 22  You asked the question and I answered it.  How many attempts

02:15:47 23  did it take --

02:15:48 24        "Question:  Yes.

02:15:49 25        "Answer:  -- before the fluorine was introduced?

02:15:51 1   I think it worked the first time potentially. You know, the

02:15:54 2   problem with this is is that when you do this fluorine is a

02:15:58 3   base, a fairly strong base in and of itself. You know, it's

02:16:01 4   a conjugate base of a strong acid, so fluorine anion is a

02:16:11 5   very strong base or relatively strong base. It peels sugars

02:16:15 6   like crazy. And I say peeling. It just shreds it and you

02:16:18 7   end up getting a whole mess of sugar. I mean, it was, you

02:16:22 8   know, the TLC of this was like (indicating) speck, speck,

02:16:26 9   speck, and so you had to pick which one it was.

02:16:29 10       "Of course, you have fluorine in and of itself

02:16:32 11   with DAST, so you have to clean this up. But I want to say

02:16:35 12   the first time I ever did this reaction, it was pretty

02:16:38 13   certain that there was a fluorine, a sugar with a fluorine

02:16:41 14   in it. What that was, that was the work of it and this is

02:16:46 15   ultimately the reason that this synthesis was not used to

02:16:51 16   make, you know, subsequent batches of 6130.

02:16:56 17       "Question: And --

02:17:03 18       "Answer: It was very messy reaction if I

02:17:07 19   remember correctly.

02:17:08 20       "Question: And then you had protecting groups

02:17:10 21   on the intermediate that you had prepared prior to

02:17:14 22   December 6, 2002; correct?

02:17:15 23       "Answer: Mm-hmm. Yes.

02:17:16 24       "Question: Why did you use protecting groups?

02:17:21 25       "Answer: Well, I mean, you have to with the

02:17:23 1 chemistry that would follow.  In other words, if you had a

02:17:25 2 free hydroxyl group, number one, those hydroxyl groups are

02:17:29 3 going to react with most things, particularly the TMS

02:17:34 4 triflate, I mean it's just a nightmare.

02:17:39 5          "Number two is the polarity of it, very polar

02:17:43 6 compound, or not very polar, but fairly polar.  Less soluble

02:17:49 7 than most organic solvents when you get free hydroxyl

02:17:53 8 groups.

02:17:53 9          "Question:  And then once you created the

02:17:56 10 sugar with fluorine down and methyl up, what was the next

02:17:59 11 step?

02:18:00 12          "Answer:  To make the nucleoside.

02:18:01 13          "Question:  And how did you go about doing

02:18:03 14 that?

02:18:04 15          "Answer:  I tried a couple of different ways and

02:18:06 16 it was very, very inefficient.  It didn't work very well.

02:18:09 17 One of the main things the problems that I had, and it's not

02:18:12 18 in any of the notebooks, but just from memory, is trying to

02:18:15 19 do what we call an acetolysis, which you take sulfuric acid,

02:18:22 20 so you start with 1-0-methyl, it's an hemiacetal, whether

02:18:32 21 it's a ribose or furanose or pyranose, it doesn't matter.

02:18:37 22 You can convert that straight to a 1-0-acetyl doing a

02:18:45 23 reaction called an acetolysis, which is acidic an hydride,

02:18:50 24 acidic acid and a catalytic amount of sulfuric acid, and

02:18:56 25 for some reason this reaction with the furanose was not

02:19:00 1  working.

02:19:01 2        "It was giving me a very -- very much a mess,

02:19:07 3  and I found out later that, it was precedence in the

02:19:11 4  literature, with 2' fluorinated nucleosides -- or, sorry,

02:19:17 5  2'-fluorinated sugars that this acetolysis didn't work, and

02:19:21 6  I think what I ended up doing is getting a very small low

02:19:24 7  yield, going straight from the 0 methyl, which is a less of

02:19:28 8  a protecting -- less of a leaving group, weaker leaving

02:19:33 9  group than a 1-0-acetyl or a 1-0-benzoyl or 1-0 mesyl, but I

02:19:33 10  think I ended up getting a small amount of the compound from

02:19:33 11  a straight coupling with TMS triflate, ten chloride,

02:19:33 12  something like that.

02:19:33 13        "Question:  And you believe you did this,

02:19:50 14  this work that you're describing again before December 6,

02:19:53 15  2002?

02:19:53 16        "Answer:  I don't think that was.  I think -- if

02:19:55 17  I remember correctly, by the time I had disseminated in, and

02:19:59 18  I don't know for certain, again, I'm not a hundred percent

02:20:01 19  certain, it was very close, it may have taken me another

02:20:04 20  month.  I don't think I had the final compound, but I'm not

02:20:06 21  a 100 percent certain before this December 6, 2002.

02:20:12 22        "Question:  Do you believe it took you about a

02:20:15 23  month to get the final compound after December 6th?

02:20:17 24        "Answer:  A month after this?  Maybe more than

02:20:19 25  that, yeah.  Maybe more than that."

02:20:34  1          MR. SCHERKENBACH:  Now we're to the position

02:20:35  2     that needs to be read in as opposed to by video.

02:20:38  3          THE COURT:  All right.

02:20:39  4          MR. SCHERKENBACH:  My colleagues, Mr. Countryman

02:20:40  5     and Mr. Oakes, will be doing that.

02:20:42  6          THE COURT:  Okay.  That's fine.

02:20:49  7          Tell us all of you which is which.

02:20:53  8          MR. COUNTRYMAN:  Certainly.  Craig Countryman,

02:20:54  9     and I will be playing the questioner.

02:20:57 10          MR. OAKES:  Bob Oakes playing the witness.

02:20:59 11          THE COURT:  All right.  Thank you.

02:21:02 12          "Question:  Mr. Clark, the reporter has handed

02:21:04 13     you a copy of what has been marked as Clark Exhibit 7.  Do

02:21:07 14     you have that?

02:21:10 15          "Answer:  No.  It's Defendants' Exhibit 7.

02:21:11 16     Question.  Okay.

02:21:12 17          "Answer:  Am I the defendant?

02:21:13 18          "Question:  You are not the defendant.

02:21:15 19          "Answer:  Okay.  That's what it says.  It says

02:21:18 20     Clark Exhibit 53 on my copy.

02:21:20 21          "Question:  And the exhibits are comprised of

02:21:22 22     copies of Pharmasset, Inc. chemistry meeting minutes; is

02:21:26 23     that right?

02:21:27 24          "Answer:  That's what they're labeled, yes.

02:21:28 25          "Question:  Let's go to page 853 of PX-691.

02:21:35 1       "Answer:  Okay.

02:21:36 2       "Question.  And this is the beginning of meeting

02:21:38 3  minutes for the January 31st, 2003 chemistry meeting.

02:21:42 4       "Do you see that?

02:21:42 5       "Answer:  Yes.

02:21:44 6       "Question:  And third bullet says, currently

02:21:47 7  synthesizing 2'-methyl up, 2'-fluoro down cytidine.

02:21:53 8       "Answer:  Yes.

02:21:54 9       "Question:  Why did you use cytidine for the

02:21:58 10  6130 compound?

02:21:58 11       "Answer:  First, I don't know exactly the

02:22:01 12  rationale for that.  The -- if it was because of the

02:22:04 13  2'-fluoro cytidine or if it was because of Idenix compound

02:22:09 14  or what the exact extent was.  Again, I was not very keen on

02:22:13 15  nucleosides at that time.  It's possible that I consulted

02:22:17 16  with someone else and they said the purines are not good.

02:22:21 17  Start with the pyrimadines.  So cytidine would be your first

02:22:25 18  choice.  The second one, of course, was uracil or

02:22:28 19  uridine.  Why the first one was chosen to be cytidine, I'm

02:22:31 20  not sure.

02:22:32 21       "Question:  Were you aware at the time that

02:22:35 22  Idenix was working on the cytidine nucleoside for use in

02:22:38 23  treating HCV?

02:22:40 24       "Answer:  I think I do not know that Idenix was

02:22:43 25  working on it.  I think the time, again, you're saying, did

02:22:46 1  you know at the time, which is the time?  January 31st?

02:22:50 2         "Question:  So, yes.

02:22:51 3         Answer:  Well, probably at this time, I did know

02:22:55 4  that it was Idenix.  Now, keep in mind, you go back several

02:22:59 5  months from now, three or four months, September, October,

02:23:03 6  I'm not exactly sure when I knew that it was Idenix who was

02:23:06 7  developing that.  There was two compounds that were being

02:23:09 8  worked on at Pharmasset when I had the idea to make 6130.

02:23:13 9  There was cytidine analog, 2' cytidine and 2'-methyl adenine

02:23:19 10 or adenosine.  Understand?  Whether I knew at the time that

02:23:23 11 I had the idea whether the A was being developed by Merck,

02:23:26 12 the C by Idenix, I don't know for certain, but I do know,

02:23:29 13 you know, obviously, at this point in time, it was -- at

02:23:34 14 some point it was very well-known within Pharmasset that

02:23:36 15 Idenix was doing the cytidine analog and it's

02:23:39 16 documented.  I mean, they call it the Idenix compound all

02:23:42 17 throughout these things, so obviously it was known at this

02:23:44 18 point in time.

02:23:45 19        "Question:  At this point in time, was Dr.

02:23:48 20 Schinazi involved at the company on a daily basis?

02:23:51 21        "Answer:  I think my testimony from the get-go

02:23:53 22 was that he ran the company and I will stick to that.  He

02:23:56 23 may not have been there but one day a year, but that doesn't

02:23:59 24 mean he couldn't go to the V.A. and e-mail and telephone and

02:24:03 25 give instructions to people and run the company, sign

02:24:06 1    chemical orders, sign vacation orders, all of those things.

02:24:09 2    I'm not -- I mean, that's my testimony and I'm sticking to

02:24:12 3    it.  He ran the company.

02:24:13 4         "Question:  And knew what was going on at the

02:24:15 5    company?

02:24:16 6         "Answer:  Absolutely.  He did not -- there was

02:24:19 7    nothing that occurred there without his blessing more, for

02:24:22 8    the most part.  You know, there's a meeting and an audio

02:24:27 9    that 6130 was done against his objection and so forth and so

02:24:30 10   on and I find that hard to believe, but I don't know that

02:24:32 11   for certain.

02:24:34 12        "If somebody at Pharmasset took the provisional

02:24:36 13   and filed it, you know, without him knowing about it, I

02:24:39 14   don't know if they did or not, but --

02:24:42 15        "Question:  Let me direct your attention to page

02:24:45 16   859.

02:24:47 17        "Answer:  Okay.

02:24:47 18        "Question:  Do you have that?

02:24:49 19        "Answer:  Yes, sir.

02:24:49 20        "Question:  And that's the first page of the

02:24:52 21   chemistry meeting minutes for February 21st, 2003?  Do you

02:24:58 22   see that?

02:24:59 23        "Answer:  Yes, sir.

02:24:59 24        "Question:  Under the heading Suguna Rachakonda,

02:25:03 25   it says, 'Discuss the synthesis of the Idenix sugar and will

02:25:08 1   have four sugars with the synthetic route used.'

02:25:12 2          "What was Suguna Rachakonda's role in 6130 work?

02:25:15 3   Did she have any?

02:25:17 4          "Answer:  No.

02:25:17 5          "Question:  Do you know what the Idenix sugar

02:25:20 6   referred to there is?

02:25:20 7          "Answer:  Yes.

02:25:22 8          "Question:  What is it?

02:25:24 9          "Answer:  2'-methyl up or two methyl up two OH

02:25:27 10  down.

02:25:28 11         "Question:  And the reference to Idenix sugar,

02:25:31 12  sugar derivatives, possibly not showing good results, can

02:25:35 13  you recall whether that was information from Dr. Schinazi?

02:25:38 14         "Answer:  Which reference are you talking about?

02:25:40 15         "Question:  Well, in this paragraph, under

09:09:07 16  Suguna Rachakonda's name.

02:25:45 17         "Answer:  Okay.

02:25:46 18         "Question:  It says, they said that most of the

02:25:49 19  possible nucleosides from the Idenix sugar derivatives are

02:25:52 20  already have been synthesized by Idenix and possibly do not

02:25:57 21  show good results.

02:26:00 22         "Do you recall whether Dr. Schinazi was sharing

02:26:02 23  information about results that Idenix was obtaining?

02:26:05 24         "Answer:  At this point in time?

02:26:06 25         Question:  At this point in time.

02:26:08  1          "Answer:  I don't recall at this point in time,

02:26:11  2   but there were certainly conveyance of information about

02:26:14  3   Idenix's stuff.

02:26:15  4          "Question:  By Dr. Schinazi?

02:26:17  5          "Answer:  Sure, absolutely."

02:26:18  6          MR. COUNTRYMAN:  That concludes the portion to

02:26:20  7   be read, your Honor.

02:26:20  8          THE COURT:  All right.  Thank you both.

02:26:26  9          MR. SCHERKENBACH:  So now we're going to play

02:26:30 10   the last piece, which will be video again.

02:26:32 11          THE COURT:  Okay.  Thank you.

02:26:45 12          "Question:  Then as I understand it, you went to

02:26:57 13   Pharmasset in around July of 2001?

02:27:00 14          "Answer:  I believe so, yes.

02:27:01 15          "Question:  And you resigned from Pharmasset in

02:27:03 16   around March of 2005?  Is that correct?

02:27:05 17          "Answer:  Yes, sir.

02:27:06 18          "Question:  Going back to the time when you

02:27:09 19   started at Pharmasset, did you report to Krzys Pankiewicz

02:27:15 20   and Kyo Watanabe?

02:27:15 21          "Answer:  Yes.

02:27:17 22          "Question:  Do I have it right that in around

02:27:19 23   September or October of 2002, you began working on anti-HCV

02:27:22 24   compounds?

02:27:23 25          "Answer:  I think that's about right.  It may

02:27:25 1     have been a little earlier than that.  I'm not sure, but,

02:27:28 2     yeah.  That's the ballpark, yeah.

02:27:30 3               "Question:  At Pharmasset, did you come up with

02:27:33 4     the idea of an anti-HCV nucleoside having methyl up at the

02:27:37 5     2' position and fluorine down at the 2' position?

02:27:37 6               "Answer:  Yes.

02:27:42 7               "Question:  Before you came up with that idea,

02:27:48 8     had you heard of 2'-methyl cytosine?

02:27:55 9               "Answer:  Yes.

02:27:55 10               "Question.  Okay.  So just so we're clear in our

02:27:59 11     terminology today, let's call the nucleoside 2'-methyl

02:28:02 12     cytosine.

02:28:03 13              "Answer:  Okay.

02:28:04 14              "Question:  And to be clear, that's a nucleoside

02:28:07 15     in which on the 2' position of the sugar, there's a methyl

02:28:13 16     up and an OH down.

02:28:15 17              "Answer:  Correct.

02:28:16 18              "Question:  And that 2'-methyl cytidine compound

02:28:20 19     is a compound that some scientists at Pharmasset had done

02:28:23 20     some work on and analysis of.  Is that your understanding?

02:28:23 21              "Answer:  Yes.

02:28:28 22              "Question:  And this was before you came up with

02:28:29 23     the idea for a 2'-methyl, 2'-fluoro nucleoside, correct?

02:28:29 24              "Answer:  Yes.

02:28:35 25              "Question:  So was it your knowledge of that

02:28:37 1  work on 2'-methyl cytidine that led you to use 2'-methyl up

02:28:41 2  in your 2'-methyl, 2'-fluoro nucleoside?

02:29:02 3       "Answer:  Vague.  That's tough to say.  There

02:29:07 4  was probably -- it certainly had an influence.  I don't know

02:29:10 5  if I would go as far as saying that it was where I got the

02:29:13 6  idea because this is the whole thing that people want to

02:29:16 7  say, is it a methylated fluorinated nucleoside or is it a

02:29:21 8  fluorinated methyl nucleoside?

02:29:24 9       And I've been asked that question before, not by

02:29:27 10  you, and my answer is yes.  So we were working -- Pharmasset

02:29:30 11  was working on 2'-fluoro nucleoside for HCV as well.

02:29:35 12       "Question:  Let me -- let me ask you this

02:29:37 13  question.  Before you came up with the idea for a 2'-methyl,

02:29:41 14  2'-fluoro nucleoside, you understood that methyl up at the

02:29:47 15  2' position was a beneficial thing to have for an anti-HCV

02:29:52 16  nucleoside?  Is that correct?

02:29:53 17       "Answer:  I would say that it was known that it

02:29:55 18  was tolerated with respect to HCV.

02:29:58 19       "Question:  Was it --

02:29:59 20       "Answer:  In other words, if you're thinking in

02:30:01 21  terms of -- and I'm just trying to think ten years later of

02:30:04 22  what led to that or what I was thinking when I came up with

02:30:07 23  that.  I would probably say it was more toward the fluoro.

02:30:10 24  In other words, are you trying to make a fluorinated

02:30:12 25  nucleoside that's not toxic?  Are you trying to make a

02:30:16 1  methylated nucleoside that's more potent?  And I would

02:30:21 2  probably say that it was more along the lines of making a

02:30:24 3  fluorinated nucleoside less toxic.  And there was a

02:30:27 4  rationale behind all of that, so --

02:30:31 5          "Question:  So making a fluorinated nucleoside

02:30:34 6  less toxic would be a beneficial thing, correct?

02:30:37 7          "Answer:  Sure.  And putting a methyl there

02:30:38 8  would -- yes, would get you there, because I would say that

02:30:41 9  you probably just couldn't put any old thing in there.  And

02:30:44 10 I think we did subsequently make some bigger constituents

02:30:49 11 there that weren't as well tolerated as the methyl group.

02:30:52 12         "Question:  Before you came up with the idea for

02:31:00 13 2'-methyl, 2'-fluoro for a nucleoside, was it your

02:31:03 14 understanding that in 2'-methyl cytidine that methyl in the

02:31:08 15 up position conferred activity on the compound and was

02:31:11 16 tolerated?

02:31:12 17         "Answer:  Absolutely, yes.

02:31:13 18         "Question:  All right.

02:31:13 19         "Answer:  No question about that.

02:31:16 20         "Question:  And that in -- that influenced you

02:31:19 21 in your interest in using methyl up at the 2' position in

02:31:23 22 your nucleoside, correct?

02:31:23 23         "Answer:  Yes.

02:31:25 24         "Question:  And Mr. Clark, as I understand it,

02:31:27 25 you believe that you are the inventor of this compound that

02:31:31 1    ultimately got labeled 6130, right?

02:31:38 2              "Answer:  Yes.

02:31:39 3              "Question:  As of December 6, 2002, did you

02:31:41 4    expects and believe that you would be able to synthesize

02:31:44 5    this molecule, 6130?

02:31:44 6              "Answer:  Yes.

02:31:49 7              "Question:  Now, as I understand it, sometime

02:31:50 8    before December 6, 2002, you believe you actually

02:31:54 9    synthesized a sugar with a methyl up and a fluorine down at

02:31:58 10   the 2 position; is that right?

02:31:58 11             "Answer:  Yes.

02:32:01 12             "Question:  And you did that with -- using DAST

02:32:04 13   as the formulating reagent?  Is that right?

02:32:07 14             "Answer:  Yes, sir.

02:32:07 15             "Question:  And that -- at that point in time

02:32:09 16   during the fall of 2002, DAST was a well-known fluorinating

02:32:13 17   reagent, correct?

02:32:13 18             "Answer:  Yes.

02:32:20 19             "Question:  It was a common fluorinating

02:32:27 20   reagent?  Is that correct?

02:32:27 21             "Answer:  Yes.

02:32:29 22             "Question:  Now, in -- in the process that you

02:32:31 23   used before December 6, 2002 to fluorinate a sugar, did you

02:32:37 24   first make or obtain a Keto sugar where the Keto group was

02:32:41 25   at the two position?

02:32:41  1                "Answer:  Yes.

02:32:43  2                "Question:  And then you introduced methyl at

02:32:45  3  the two position using methyllithium?

02:32:50  4                "Answer:  I think that was it.  It was either

02:32:52  5  that or a Grignard.  I'm not sure which -- I think maybe the

02:33:01  6  methyllithium did work better with the sugar, but it's

02:33:04  7  either one of those two.

02:33:05  8                "Question:  So it was either methyllithium or

02:33:08  9  methyl Grignard, correct?

02:33:10 10                "Answer:  Yeah, methylmagnesium bromide, yes,

02:33:14 11  sir.

02:33:15 12                "Question:  And that produced a tertiary alcohol

02:33:17 13  at the two position on the sugar?  Is that right?

02:33:17 14                "Answer:  Yes.

02:33:22 15                "Question:  And then you introduced fluorine at

02:33:24 16  the two position using DAST, correct?

02:33:24 17                "Answer:  Yes.

02:33:28 18                "Question:  And that gave you methyl and

02:33:34 19  fluorine at the two position, right?

02:33:34 20                "Answer:  Yes.

02:34:05 21                "Question:  And you did all that to the best of

02:34:07 22  your recollection before December 6, 2002, right?

02:34:07 23                "Answer:  Yes.

02:34:11 24                "Question:  Is it correct that that

02:34:12 25  methyllithium step was analogous to a step that was done in

02:34:15 1   the Matsuda article, but done on a sugar in your case rather

02:34:21 2   than on a nucleoside as in Matsuda?

02:34:27 3        "Answer:  Yes.  Yeah.  It was -- yeah.  And I

02:34:29 4   think it's a chemistry and pharmaceutical bulletin article,

02:34:33 5   but yes.  Matsuda had done work -- excuse me -- in 1980 --

02:34:37 6   or reported work in 1988 or '89, yes.

02:34:41 7        "Question:  Did you believe at this point in

02:34:43 8   time that you had synthesized a sugar that had methyl

02:34:45 9   up in the two position and fluorine down in the 2

02:34:49 10  position --

02:34:49 11       "Answer:  At this --

02:34:52 12       "Question -- as of the end of January?

02:34:56 13       "Answer:  Yeah.  Yes.  I think there's no

02:34:58 14  question.  Well, I say there's no question.  It was fairly

02:35:00 15  certain, I think.

02:35:01 16       "Question:  Okay.  And to be clear, that's the

02:35:03 17  end of January 2003, right?

02:35:06 18       "Answer:  Yes.

02:35:19 19       "Question:  But you came up with the route on

02:35:21 20  your own.

02:35:24 21       "Answer:  Well, yeah.  Well, the route was

02:35:26 22  pretty much self-explanatory based on -- because it just

02:35:29 23  mirrored the sugar route.  I mean, instead of an OME, you

02:35:33 24  had a base there.  And like I said earlier, it was

02:35:36 25  convenient in regard -- inasmuch that you had the base and

02:35:39 1    one stereoisomer at the one position of the sugar.

02:35:42 2                "Question:  Had -- at that point in time, the

02:35:44 3    fall of 2002, had Dr. Schinazi to your knowledge issued a

02:35:47 4    directive or prohibition on researching on nucleosides for

02:35:51 5    anti-HCV of a particular type or particular area?

02:35:55 6                "Answer:  It's odd because he -- from my

02:35:59 7    understanding, he had people working on the Idenix compound

02:36:02 8    in the fall, at some point in time.  You know, it could have

02:36:05 9    been December.  It could have been September.  I mean, I'm

02:36:07 10   not exactly sure when that came about, but there were people

02:36:10 11   during that time frame that were working on the Novirio or

02:36:13 12   the Idenix compound, and I believe that to be at the

02:36:17 13   instruction of Raymond Schinazi.

02:36:19 14               "But I think there were also people working on

02:36:21 15   the 2'-fluoro nucleoside as well, so I'm not sure if that

02:36:25 16   came from him or if that was from --

02:36:30 17               "Question:  Here's a question I have.  You have

02:36:32 18   this idea to make two methyl up, 2-fluoro down and someone

02:36:36 19   like Dr. Hassan, whose a nucleoside chemist with a Ph.D., is

02:36:41 20   saying, look, all two fluoros are going to be toxic.

02:36:45 21               Why did you persevere to try to make it in the

02:36:49 22   face of that?

02:36:59 23               "Answer:  Well, you can look in the literature

02:37:02 24   and figure out -- the literature was there as to why to make

02:37:06 25   it.

02:37:06  1          "Question:  And what do you mean?

02:37:08  2          "Answer:  It's in the literature.  You can look

02:37:10  3  it up as well as I can.  I don't remember the exact

02:37:12  4  literature, but the rationale and the thought process is --

02:37:15  5  you know, it's in the literature to make that compound and

02:37:17  6  it was probably -- part -- the big part of it since 1968,

02:37:21  7  the other part of it since 1980 and another part since

02:37:26  8  1990, so at the least, you had ten years of prior art in

02:37:29  9  which to come up with that idea to -- that compound.

02:37:32 10          "Question:  And what made you feel confident you

02:37:35 11  could make this compound when other people were saying it

02:37:37 12  would be toxic?

02:37:38 13          "Answer:  Yeah.  That's kind of two questions.

02:37:39 14  I mean, you could always make any compound you want to

02:37:42 15  make.

02:37:42 16          "Question:  Mr. Clark, I've handed you

02:37:45 17  Exhibit 106 which for the record bears these Bates numbers

02:37:48 18  GILEAD 05093494 through 3499, and my question is going to be

02:37:58 19  focused on the first page of Exhibit 106.

02:38:03 20          "What is that first page?  Do you know?  Do you

02:38:09 21  remember?

02:38:10 22          "Answer:  I don't remember specifically, but it

02:38:11 23  looks like my artwork if you will, chemistry artwork.

02:38:18 24          "Question:  Is -- the first page of Exhibit 106

02:38:20 25  a slide that you presented showing the synthesis of Jeremy's

02:38:24  1  compound?

02:38:26  2          "Answer:  Yeah.  It's not labeled that.  It's

02:38:28  3  labeled Jerm.C and PSI 6130, but, yes, it shows the

02:38:36  4  synthesis, a synthesis of that.

02:38:35  5          "Question:  And that's what I was going to ask

02:38:38  6  you about.  That title synthesis of Jerm.C. was that your

02:38:43  7  phrase 'Jerm.C.'?

02:38:48  8          "Answer:  Probably like a -- I don't know what

02:38:52  9  you'd call it, like a play off of gem C.  Gemcitabine is

02:39:02 10  probably where that came from.

02:39:04 11          "Question:  Okay.  And there's a line at the

02:39:06 12  bottom of the first page of Exhibit 106 under the chemical

02:39:09 13  structures there that reads, 'That which some call

02:39:14 14  impossible is simply what they've not seen.'

02:39:18 15          "Do you see that?

02:39:19 16          "Answer:  Yes.

02:39:20 17          "Question:  Why did you include that on the

02:39:22 18  slide here?

02:39:23 19          "Answer:  I don't know.  I guess it was because

02:39:25 20  of the -- just the nature that it wasn't thought that you

02:39:29 21  would -- that a redneck from Alabama could think of

02:39:35 22  something that would be active against hepatitis C.  I don't

02:39:39 23  know.  You know, I thought this would be a good compound and

02:39:44 24  it turned out to be a good compound, so -- there were others

02:39:48 25  like Hassan that you were talking about earlier that didn't

02:39:52 1  think that it would be very selective, I guess you would

02:39:55 2  say, that it would be toxic.  And I think at this point in

02:40:00 3  time the activity and the lack of toxicity had been fairly

02:40:03 4  well established by Lieven Stuyver, the biologist at

02:40:08 5  Pharmasset, so I guess that's part of the reason for that.

02:40:12 6          "Question:  How many basic approaches did you

02:40:15 7  try in making 6130?

02:40:25 8          "Answer:  How many synthetic routes did I try?

02:40:28 9          "Question:  Yes.

02:40:29 10         "Answer:  There was at least three.

02:40:30 11         "Question:  What were those three?  I mean, big

02:40:35 12 picture.

02:40:36 13         "Answer:  Yeah.  So the -- what had been

02:40:38 14 referred to as the gemcitabine approach and that's a way

02:40:50 15 that -- gemcitabine.  That was the first way that I had

02:40:55 16 tried.  And basically by way of history, the gemcitabine

02:41:01 17 is a -- it has a 2'-fluoro up and a 2'-fluoro down and that

02:41:09 18 was a compound that was made in the '80s, I think.  If I

02:41:13 19 remember correctly, it was made as an antihepatitis B drug,

02:41:19 20 but it turned out to be very toxic, so it's now marketed as

02:41:24 21 Genzar, but they made that compound -- at least reported

02:41:29 22 originally that you make that compound by what's called a

02:41:34 23 reframascue reaction, so you take an aldehyde and condense

02:41:41 24 to make a C3-C2 bond and so the analogous halo fluoro bromal

02:41:49 25 compound for methyl fluoro bromine at the -- it was known,

02:41:54 1  and so I made that compound and that's the one that -- the

02:41:59 2  intermediate that was very volatile, but I tried to condense

02:42:03 3  that with D-glyceraldehyde, and I believe the reaction was

02:42:08 4  working.  But as I said earlier, it gives a mixture of up to

02:42:12 5  four or four diastereomers I think is the right word.  So,

02:42:22 6  in other words, you could have the methyl down, fluoro up at

02:42:25 7  the 2 position, methyl up, fluoro down, and then you could

02:42:29 8  have the OH up or OH down at the 2 -- at the 3 position of

02:42:33 9  the sugar and that's an acyclic sugar that you then have to

02:42:38 10 close.

02:42:38 11       "So that reaction didn't work and -- or that

02:42:42 12 synthetic route didn't work, and I think later that folks at

02:42:47 13 Roche did a similar approach and actually got it to work, so

02:42:50 14 their hands were better than mine at the time.

02:42:54 15       "And so the second approach was making from the

02:42:58 16 sugar which I think is seen here in this Exhibit 102 -- 106.

02:43:03 17 And again, this was -- it worked.  It was -- it gave the

02:43:13 18 compound, and I published a paper on it, I think.

02:43:16 19       "And then there was a nucleoside approach that

02:43:19 20 at the time we couldn't get to scale up the fluorination

02:43:22 21 very well and -- interesting why it didn't work, but anyway

02:43:27 22 -- why it wouldn't scale up, but -- so those were the three

02:43:32 23 approaches.

02:43:34 24       "Question:  Let me ask you this.  How much did

02:43:38 25 Pharmasset and Gilead ever pay you for your 6130 invention

02:43:42 1   other than what you earned ordinarily by way of a salary?

02:43:46 2           "Answer:  Nothing.

02:43:48 3           "Question:  And they didn't pay you anything for

02:43:51 4   the 6130 invention?

02:43:55 5           "Answer:  No.

02:43:56 6           "Question:  When Pharmasset moved to Princeton,

02:44:00 7   did they offer you a job to stay with them?

02:44:03 8           "Answer:  Yeah, they did.  I think my employment

02:44:08 9   with Pharmasset, when I first started, I was making $40,000.

02:44:12 10  When I left there, I was making high $40s, maybe low $50s,

02:44:16 11  and I think I was offered maybe $60 or $70, which was -- I

02:44:21 12  don't know exactly the amount.

02:44:22 13          "I remember this.  When I found out about moving

02:44:24 14  to New Jersey, I looked at a comparable house as what I had

02:44:29 15  in Snellville, 2,500 square feet 20 miles outside of where I

02:44:35 16  worked, whatever, and it was about -- I mean, it was

02:44:38 17  astronomically more expensive.  So I would have had to have

02:44:46 18  made -- you know, if it's ten times, for instance, if it

02:44:49 19  costs $800,000 as opposed to $98,000 or whatever it cost,

02:44:54 20  then, you know, that is your biggest expense.  And the

02:44:56 21  amount of money that they offered me was nowhere near the

02:44:59 22  amount that I would have to do that, so there was that.

02:45:02 23          "There was also the fact that at the time I had

02:45:07 24  expressed an interest in exercising my stock options and

02:45:11 25  Pharmasset basically said -- you know, just was quiet about

02:45:15 1  it.  They wouldn't tell me what I needed to do to exercise

02:45:18 2  my stock options.  I think at that point in time I still had

02:45:22 3  money from the Shearwater business and could have bought

02:45:26 4  them and was never told, because you understand at this

02:45:30 5  point in time, from my understanding that Pharmasset at that

02:45:34 6  point had already redomiciled or changed corporate status or

02:45:38 7  whatever, so it wasn't clear if the old stock -- you know,

02:45:42 8  what the deal was with the stock options, so this is part of

02:45:45 9  the confusion, and was never told, look, you need to cut a

02:45:48 10 check to this person, we'll issue a certificate of stock or

02:45:51 11 whatever.  It was nothing like that.  So this was, you know

02:45:55 12 -- I mean, who would want to work for somebody like that?

02:46:01 13             In addition to that -- you opened this, so I'll

02:46:04 14 tell you.  Schaefer price, the CEO, said that people make

02:46:08 15 compounds like this all the time.  What you have done is

02:46:13 16 very -- I mean, it's not that big of a deal.  This is him

02:46:16 17 that said that to me.  Would you want to work for somebody

02:46:18 18 who appreciated you that much?  I didn't.

02:46:21 19             So this is the reason -- all of these reasons in

02:46:24 20 addition to just not wanting to move to New Jersey.

02:46:31 21             (Video designations of Jeremy Clark end.)

02:46:36 22             THE COURT:  Is that the end of the deposition?

02:46:38 23             MR. SCHERKENBACH:  That is the end of the

02:46:39 24 deposition.

02:46:39 25             THE COURT:  Okay.  Let's turn the lights back

02:46:41 1   on.

02:46:43 2         MR. SCHERKENBACH:  Our last witness for the day

02:46:45 3   is a live witness, mike Otto.  Dr. Mike Otto.  He was

02:46:50 4   referred to variously in the testimony there.  He was a

02:46:52 5   Ph.D. virologist, chief scientific officer at Pharmasset.

02:46:59 6   And he is going to talk about his role in the development of

02:47:02 7   6130.

02:47:02 8         THE COURT:  Okay.  You may call the witness.

02:47:48 9         ... MICHAEL JOHN OTTO, having been first duly

02:47:59 10   sworn, was examined and testified as follows ...

02:48:04 11         THE COURT:  Good afternoon and welcome, Mr.

02:48:06 12   Otto.  You may have a seat.  You may proceed.

02:48:09 13         MR. McCANN:  Thank you, Your Honor.

02:48:10 14         (The witness brushes against microphone.)

02:48:10 15         MR. McCANN:   I warned you about that, Dr.

02:48:11 16   Otto.

02:48:12 17         THE WITNESS:  I know.

02:48:13 18         MR. McCANN:  That is a tight seat.

02:48:13 19               DIRECT EXAMINATION

02:48:13 20   BY MR. McCANN:

02:48:14 21   Q.    So, Dr. Otto, believe it or not, the jury actually

02:48:17 22   heard you testify in this trial before, although you weren't

02:48:21 23   here, it was by video.

02:48:21 24   A.    Okay.

02:48:21 25   Q.    You haven't met me.  My name is Douglas McCann, and

02:48:24 1   I'm going to talk to you in a little bit about some of your

02:48:27 2   experiences with Pharmasset, but first I want to address two

02:48:30 3   issues up front.

02:48:31 4          Now, how were you employed between 1999 and

02:48:36 5   2012?

02:48:36 6   A.    I was the chief scientific officer at Pharmasset.

02:48:39 7   Q.    And was that the time frame during which PSI-6130 and

02:48:45 8   sofosbuvir were discovered?

02:48:46 9   A.    Yes, it was.

02:48:47 10  Q.    And the jury has heard testimony about how Jeremy

02:48:52 11  Clark first presented his idea.  Were you the person in the

02:48:55 12  meeting with Jeremy Clark that day?

02:48:56 13  A.    I was.

02:48:57 14  Q.    All right.  Now, I would like to talk about that

02:49:03 15  meeting, and I would like to begin with some information

02:49:05 16  from the opening statement in the case.  And if we could

02:49:08 17  have from the opening statement, page 229.  And we'll take a

02:49:14 18  look at lines, I guess it is 18 to 20.

02:49:17 19         So my first question, sir.  And this is from the

02:49:20 20  opening statement, counsel for Idenix said:

02:49:23 21         "Jeremy Clark's work was based on this Idenix

02:49:28 22  breakthrough invention.  And we know that.  We know that

02:49:32 23  because they have admitted it."

02:49:33 24         And my first question, Dr. Otto, is do you admit

02:49:36 25  that?

02:49:37  1    A.       No, I do not.

02:49:38  2            MR. GRIFFITH:  Objection, lack of foundation.

02:49:41  3    Personal knowledge.

02:49:41  4            THE COURT:  Overruled.

02:49:46  5            MR. McCANN:  Now, we can continue on, Mr.

02:49:49  6    Sayres.  Line 21 to line 25, please.  Thank you.

02:49:49  7    BY MR. McCANN:

02:49:53  8    Q.       Counsel went on to say:  "Watch for this at trial.

02:49:57  9    The chief scientific officer at Pharmasset was deposed" --

02:50:00 10    that's you, right?

02:50:01 11    A.       Yes, it was.

02:50:02 12    Q.       -- "and he testified under oath, just like if he was

02:50:06 13    on the witness stand here in the courtroom.  And this is

02:50:09 14    what he says.

02:50:09 15            "He says:  Jeremy Clark walked into his office

02:50:14 16    so Jeremy Clark walked into his boss's office."

02:50:16 17            That's your office?

02:50:16 18    A.       Yes.

02:50:17 19    Q.       -- "to tell him about the work he was doing and to

02:50:19 20    tell him about the compound 6130 he had been working on.

02:50:23 21            "And what did he do?  What did he take in with

02:50:26 22    him?  What did he do when he went into his boss's office?

02:50:30 23    He took the application for this patent from Idenix.  He

02:50:33 24    took it in there to his boss and said, this is what I'm

02:50:36 25    working on.  That becomes 6130."

02:50:39 1              Is that correct?

02:50:41 2   A.      Absolutely not.

02:50:42 3   Q.      I'd like you to take us back to that day, Dr. Otto.

02:50:50 4 When did that meeting take place?

02:50:52 5   A.      In November of 2002.

02:50:56 6   Q.      Where was the meeting?

02:50:58 7   A.      It was in my office.

02:51:00 8   Q.      Who was in the room?

02:51:02 9   A.      Myself and Jeremy Clark.

02:51:05 10   Q.      What did Jeremy Clark bring in with him?

02:51:07 11   A.      He brought in a sheet of paper with his ideas written

02:51:11 12 down.   He also brought in two patent applications.

02:51:15 13   Q.      Did you see this sheet of paper?

02:51:16 14   A.      I did.

02:51:17 15   Q.      What was on it?

02:51:18 16   A.      One of the structures that was on it was what became

02:51:23 17 6130.   It was a structure of a sugar with methyl up and

02:51:29 18 fluoro down, and bond to a B, meaning base.

02:51:34 19   Q.      And to your understanding, as a scientist in this

02:51:36 20 field, what did that B stand for?

02:51:38 21   A.      It stood for the naturally occurring bases that make

02:51:41 22 up nucleosides.

02:51:42 23   Q.      And what did he tell you about the compounds on that

02:51:45 24 paper?

02:51:45 25   A.      He told me he thought they were novel and that he

02:51:48 1    wanted to make them for the hepatitis C program.

02:51:51 2    Q.    Did he tell you that he got the idea from Idenix?

02:51:54 3    A.    No.

02:51:56 4            MR. GRIFFITH:  Objection, leading.

02:51:57 5            MR. McCANN:  It is not a leading question, Your

02:51:58 6    Honor.

02:51:58 7            THE COURT:  Overruled.

02:51:58 8    BY MR. McCANN:

02:52:01 9    Q.    Now, I think you told us but if you didn't, did he

02:52:03 10   have patent applications in his hand?

02:52:06 11   A.    He did.

02:52:06 12           MR. GRIFFITH:  Objection, leading.

02:52:09 13           THE COURT:  Overruled.

02:52:09 14   BY MR. McCANN:

02:52:11 15   Q.    He did?

02:52:11 16   A.    Yes, he did.  He had two.

02:52:12 17   Q.    What patent applications did he have in his hand?

02:52:14 18   A.    He had an application from Novirio and an application

02:52:19 19   from Merck.

02:52:19 20   Q.    And did Novirio change its name eventually?

02:52:22 21   A.    It became Idenix.

02:52:24 22   Q.    Okay.  So to keep things simple, is it all right with

02:52:27 23   you if we refer to that as the Idenix patent application?

02:52:29 24   A.    Sure.

02:52:31 25   Q.    All right.  What did he do with the patent

02:52:36  1    applications?

02:52:36  2    A.    He proceeded to show me where he thought his idea,

02:52:39  3    why he thought his idea was novel.

02:52:41  4    Q.    Was that important to you?

02:52:43  5    A.    Absolutely.

02:52:44  6    Q.    Why?

02:52:44  7    A.    Well, I didn't want Pharmasset spending its resources

02:52:49  8    on trying to compete with other companies including Merck or

02:52:53  9    Novirio or Idenix because we had limited resources, and I

02:52:58 10    didn't want us wasting our time on working on something that

02:53:01 11    wasn't a novel idea.

02:53:04 12    Q.    In connection with directing Pharmasset's research

02:53:07 13    strategies, did you ever use expressions such as loopholes

02:53:10 14    or cashing in on loopholes?

02:53:10 15    A.    Sure.

02:53:10 16    Q.    What did that expression mean to you?

02:53:12 17    A.    To me, it means that we want to look for areas that

02:53:16 18    we feel that we can work on that are novel so that we're not

02:53:20 19    working within the range of somebody else's work.  We just

02:53:23 20    don't want to compete with them directly.

02:53:26 21         MR. McCANN:  Your Honor, I have some materials

02:53:27 22    for the witness to look at.  With your permission, may I

02:53:29 23    approach?

02:53:30 24         THE COURT:  You may approach.

02:53:32 25         (Documents passed forward.)

02:53:48  1          THE WITNESS:  Thank you.

02:53:49  2          THE COURT:  Do you have copies for me?

02:53:50  3          MR. McCANN:  I do, Your Honor.  I should have

02:53:52  4   made only one trip.

02:53:54  5              (Documents passed forward.)

02:54:09  6   BY MR. McCANN:

02:54:09  7   Q.     Dr. Otto, can you take a look at PX-491B, which is

02:54:13  8   already in evidence?

02:54:18  9   A.     Yes, I have it.

02:54:19 10   Q.     Do you recognize PX-491B?

02:54:24 11   A.     This is a patent application or a patent from

02:54:28 12   Novirio.

02:54:29 13   Q.     And when is the first time you recall seeing this

02:54:32 14   patent application?

02:54:33 15   A.     I really don't recall the first time.

02:54:36 16   Q.     Did you see it that day in Jeremy's office?

02:54:39 17   A.     Yes, I do.

02:54:40 18   Q.     Now, did Jeremy show you anything in this patent

02:54:46 19   application?

02:54:46 20   A.     Yes, he did.

02:54:46 21   Q.     Can you explain to the jury what he did?

02:54:47 22   A.     Yes.  He took me to a page in the application and

02:54:51 23   showed me a structure and a description of the structure.

02:54:54 24   Q.     Can you take a look at, in the document, the page

02:54:59 25   that has 0014 at the bottom?  I guess it's the number at the

02:55:05 1   very bottom of the page.

02:55:06 2   A.    Yes, I have it.

02:55:07 3   Q.    Is this the page he showed you?

02:55:09 4   A.    Yes, it was.

02:55:10 5   Q.    Can you describe -- and we'll sort of take this

02:55:14 6   slowly.  Can you describe what he showed you on this page?

02:55:17 7   A.    He first pointed to Structure 11.

02:55:19 8   Q.    All right.  And let's just pause right there.

02:55:23 9         Do you have a laser pointer there, Doctor?  Can

02:55:27 10  you show us which structure is Structure 11?  I guess we

02:55:33 11  just saw it.

02:55:34 12  A.    It's the middle one.

02:55:35 13  Q.    Can you describe for the jury, from your experience

02:55:38 14  in this field, what does, in very general terms, Structure

02:55:42 15  11 depict?

02:55:43 16  A.    It is, if you will, a generic depiction of a number

02:55:47 17  of nucleosides.

02:55:49 18  Q.    Now, we've heard a lot of testimony in this case

02:55:52 19  about the 2' position.  Can you show the jury where the 2'

02:55:58 20  position is on Figure 11?

02:56:00 21  A.    Yes, I will.  I'm a little shaky.  I'm sorry.

02:56:02 22  Q.    That's okay.

02:56:03 23  A.    It's a long distance.

02:56:04 24  Q.    Where is 2' up?

02:56:05 25  A.    2' up is R6.

02:56:07 1   Q.      And where is 2' down?

02:56:09 2   A.      R7.

02:56:10 3   Q.      All right.  Now, can you please continue the story?

02:56:13 4   What did Jeremy Clark show you with respect to R6 and R7 on

02:56:17 5   Figure 11 of Exhibit 491B on page 14?

02:56:20 6   A.      So on page 14, he took me directly to the description

02:56:23 7   for R7.

02:56:24 8   Q.      All right.  So if we can see the description for R7,

02:56:27 9   please.

02:56:32 10  A.      So R7 gives the molecules that will be at that

02:56:38 11  position on that molecule as determined by this patent

02:56:42 12  application.  And what he directed my attention to was the

02:56:46 13  fact that it lists, in the second-to-last line, it lists

02:56:49 14  chlorine, bromine, and iodine.

02:56:53 15  Q.      And are those substances related to each other in

02:56:57 16  some way?

02:56:57 17  A.      They're referred to as halogens, so they are related.

02:57:01 18  On the periodic table, they're related.

02:57:02 19  Q.      All right.  Please continue.

02:57:04 20  A.      And then he showed me the depiction of -- well, first

02:57:08 21  thing he said was clearly fluorine is missing.  It's not in

02:57:12 22  that.  And his idea contained a fluorine at that position.

02:57:15 23  And then he took me to line 20, if you will, the R6 part of

02:57:22 24  that description.

02:57:23 25          MR. McCANN:  Could we see R6 and R7 displayed at

02:57:26 1    the same time, Mr. Sayres?  Thank you.

02:57:26 2    BY THE WITNESS:

02:57:30 3    A.       And there he said --

02:57:31 4    Q.       This is R6 here?

02:57:32 5    A.       Yes.

02:57:33 6    Q.       All right.  Go ahead.

02:57:34 7    A.       So on the second-to-last line here, it basically, if

02:57:38 8    you were to read through that whole list, it's almost, I

02:57:41 9    think it is an identical list of possibilities at R6 that

02:57:45 10   are at R7, except in this case fluorine is present whereas

02:57:50 11   in the R6 position it isn't.  Now, that doesn't really

02:57:54 12   pertain to his idea, but the fact that it was missing from

02:57:58 13   the R6 and present in the R7 suggested to me that it was on

02:58:02 14   purpose.

02:58:10 15   Q.       So what did you think when you saw the four halogens

02:58:15 16   listed on R6 and the four halogens listed on R7 in terms of

02:58:19 17   your instructions to Mr. Clark?

02:58:20 18   A.       Then I agreed with him and I thought that he had a

02:58:23 19   novel idea that clearly wasn't being described in this

02:58:26 20   patent application.

02:58:27 21   Q.       If you had seen flourine at R7, the 2' down, would

02:58:33 22   you have told him to go ahead?

02:58:35 23   A.       No.

02:58:35 24   Q.       Why is that?

02:58:36 25   A.       Because as I said, I didn't want us working within

02:58:39  1    somebody else's ideas.  I wanted to work on ideas that were

02:58:42  2    novel for Pharmasset.

02:58:43  3    Q.      Thank you.  Now, I want to address one other issue

02:58:46  4    sort of up front.  If we can go take a look at slide 38 that

02:58:50  5    was used by Idenix in the opening statement.

02:58:54  6            All right.  And, actually, why don't we go back

02:59:02  7    to PX-491B because my colleague says perhaps you and I, you

02:59:08  8    might have misspoke there and I want to make sure the record

02:59:12  9    is clear.

02:59:12  10           If you take a look at page 14, can you just tell

02:59:15  11   us again, what is missing at where?

02:59:18  12   A.      The fluorine is missing at the R7 description but not

02:59:22  13   at the R6.

02:59:23  14   Q.      All right.  So now let's take a look the a slide 38

02:59:27  15   from the opening, please.  And I want you just to read the

02:59:33  16   top blowout.

02:59:36  17   A.      Dr. Schinazi Internal E-Mail.

02:59:39  18           "For the record, here are the facts.  Kyo

02:59:42  19   Watanabe was told by me in confidence about the 2'-methyl

02:59:48  20   derivatives", period, end of quote.

02:59:48  21   Q.      Now, is there a small number here at the bottom left?

02:59:54  22   A.      I'll look on the screen.  On the screen there is,

02:59:57  23   yes.

02:59:57  24   Q.      What does it say?

02:59:58  25   A.      It says PX-877.

03:00:01 1  Q.     It's a 6?

03:00:02 2  A.     677.

03:00:03 3  Q.     PX-677.  In the materials in front of you, can you

03:00:07 4  turn to PX-677 which is already in evidence?

03:00:10 5  A.     Okay.  You have it.

03:00:11 6  Q.     All right.  Now, do you see that same sentence in

03:00:17 7  this e-mail?

03:00:18 8  A.     Not exactly, no.

03:00:20 9  Q.     All right.  So first let's just take a step back.

03:00:23 10  What is this document?

03:00:23 11  A.     This document is a copy of two e-mails, one sent by

03:00:30 12  me and one sent by Dr. Schinazi.

03:00:34 13  Q.     Now, can you read that first sentence?

03:00:35 14  A.     "For the record?"

03:00:36 15  Q.     The full thing, the full first two sentences.

03:00:39 16  A.     Yes.  "For the record, here are the facts.  Kyo

03:00:41 17  Watanabe was told by me in confidence about the 2'-methyl

03:00:45 18  derivatives in order for him not to waste his time making

03:00:48 19  them because of a patent conflict with Idenix."

03:00:51 20  Q.     All right.  So what was missing from the

03:00:53 21  demonstrative that was shown by counsel by Idenix in the

03:00:57 22  opening statement?

03:00:57 23  A.     The rest of the sentence and the reason for not

03:00:59 24  making it.

03:01:00 25  Q.     Now, when you read this e-mail, these first couple

03:01:05 1    of sentences we're looking at, what did you think?

03:01:08 2    A.    I thought that Schinazi was basically stating what I

03:01:11 3    had stated earlier in that we do not want to be working in

03:01:15 4    an area where somebody else is already working.

03:01:18 5    Q.    Is this e-mail after Jeremy Clark came to you to

03:01:20 6    discuss his idea?

03:01:21 7    A.    Yes.

03:01:22 8    Q.    Did you think that the idea that Jeremy Clark

03:01:26 9    presented to you would be some kind of a conflict with an

03:01:29 10   Idenix patent?

03:01:30 11           MR. GRIFFITH:  Objection, leading.

03:01:31 12           MR. McCANN:  It's a nonleading question, Your

03:01:34 13   Honor.

03:01:34 14           THE COURT:  Yes, overruled.

03:01:34 15   BY THE WITNESS:

03:01:36 16   A.    No, I did not think so.

03:01:37 17   Q.    Now, if you continue on in the document, it says:

03:01:40 18   "Kyo was at the time in charge of the chemistry effort."

03:01:44 19           This is what Dr. Schinazi is saying?

03:01:46 20   A.    That is what he is writing, yes.

03:01:48 21   Q.    Who is Kyo again?

03:01:49 22   A.    Kyo Watanabe was the head of chemistry, the vice

03:01:52 23   president of chemistry.

03:01:53 24   Q.    He goes on to say:  "At the time, he was intrigued by

03:01:57 25   my disclosure and to the best of my knowledge, Hassan was

03:02:00 1  making CH20H derivatives."

03:02:07 2          Do you see that?

03:02:08 3  A.      I do.

03:02:08 4  Q.      "A few weeks later, despite my warnings and strictly

03:02:11 5  confidential disclosure to him, he must have told Hassan who

03:02:15 6  made the active compound."

03:02:16 7          Do you see that?

03:02:17 8  A.      Yes.

03:02:17 9  Q.      Did you, at the time, agree with the statement "he

03:02:20 10 must have told Hassan who then made the active compound"?

03:02:23 11 A.      No.

03:02:24 12 Q.      Why not?

03:02:24 13 A.      Because I knew that Hassan had been making those

03:02:27 14 compounds for a long time.

03:02:28 15 Q.      How well did you know Kyo Watanabe?

03:02:33 16 A.      I knew him for about seven years, six years.  Well.

03:02:36 17 We were good colleagues and friends.

03:02:38 18 Q.      And this is in a company of about how many people?

03:02:42 19 A.      It varied from about 7 to about 15 to 20.

03:02:47 20 Q.      What was your -- what was your reporting relationship

03:02:50 21 with him?

03:02:50 22 A.      He reported directly to me.

03:02:52 23 Q.      What was your personal relationship like with him?

03:02:56 24 A.      We were friends.  We would drink beers together.  I

03:02:59 25 would go to his office basically everyday.  We would talk

03:03:02 1    about what was going on.

03:03:03 2    Q.    How would you describe him as a person?

03:03:06 3    A.    Very honorable, reputable individual.

03:03:09 4    Q.    In all the time you knew him, did Kyo Watanabe ever

03:03:14 5    say to you, I told Abdalla Hassan to make 2'-methyls based

03:03:22 6    on something that Ray Schinazi learned from Idenix?

03:03:28 7    A.    No.

03:03:28 8    Q.    Let's just talk about Ray Schinazi for a second.  How

03:03:31 9    long did you work with Ray Schinazi?

03:03:32 10   A.    I worked for -- well, I worked for Dr. Schinazi for

03:03:38 11   about five years.

03:03:39 12   Q.    How closely?

03:03:41 13   A.    He was the executive director of the company.  I

03:03:45 14   reported to him.

03:03:46 15   Q.    And based on your experience over those five years

03:03:50 16   working with him, if he made a factual statement to you,

03:03:53 17   would you necessarily believe it?

03:03:55 18   A.    Not out of hand, no.

03:03:56 19   Q.    Why not?

03:03:57 20   A.    Because of my experience, my personal experience with

03:04:02 21   him, he wasn't always truthful with me.

03:04:06 22   Q.    If you look in the lower portion of PX-677, this is

03:04:13 23   your e-mail to Dr. Schinazi?

03:04:16 24   A.    Yes.

03:04:17 25   Q.    Can you read where it says, beginning "here are the

03:04:20 1    facts"?

03:04:24 2    A.    Okay.

03:04:24 3    Q.    It's on the screen, too, if that is easier.

03:04:28 4    A.    "Here are the facts.  Hassan was working on the

03:04:30 5    2'-methyl compounds back in 2001."

03:04:33 6    Q.    And can you keep reading?

03:04:36 7    A.    "He had started to synthesize 2'-methyl NHC" -- which

03:04:41 8    is a derivative -- "in March of that year."

03:04:43 9    Q.    And then the next sentence.

03:04:45 10   A.    "Through Kyo's reports, you learned of these efforts

03:04:48 11   and demanded that all work on 2'-methyl compounds be stopped

03:04:52 12   immediately."

03:04:52 13   Q.    And the next sentence.

03:04:54 14   A.    "In hindsight, this was so that Pharmasset would stay

03:04:59 15   clear of Novirio's efforts of which you were aware."

03:05:02 16   Q.    Is that your understanding of the truth, Dr. Otto?

03:05:04 17   A.    Yes, it was.

03:05:05 18   Q.    Thank you, Dr. Otto.  Why don't we just take a step

03:05:12 19   back and talk a little bit about you.  What do you do for a

03:05:14 20   living now?

03:05:15 21   A.    I'm semi-retired.  I sit on the board of directors of

03:05:20 22   a small startup pharmaceutical company called ContraFect.

03:05:24 23   And I do some consulting for small startup companies.

03:05:28 24   Q.    What is the business of ContraFect?

03:05:30 25   A.    It's a company that is trying to develop treatment

03:05:33 1  for MRSA, which is Methicillin-Resistant Staphylococcus

03:05:39 2  Aureus.

03:05:39 3  Q.    It's a bacterial infection?

03:05:41 4  A.    Yes, it is.

03:05:42 5  Q.    You have a Ph.D.?

03:05:43 6  A.    I do.

03:05:43 7  Q.    In what field?

03:05:44 8  A.    Medical microbiology.

03:05:47 9  Q.    How many years have you been involved -- well, first,

03:05:50 10  when did you get the Ph.D.?

03:05:52 11  A.    1977.

03:05:52 12  Q.    So how many years have you been involved in antiviral

03:05:56 13  research and development?

03:05:57 14  A.    From the very beginning, during my thesis for a

03:06:01 15  little time.  Yes, from the very beginning.

03:06:02 16  Q.    And how many years has it been now?

03:06:04 17  A.    Thirty plus.

03:06:07 18  Q.    You joined Pharmasset in 1999?

03:06:10 19  A.    I did.

03:06:11 20  Q.    Where was Pharmasset located?

03:06:14 21  A.    In a place called Tucker, Georgia, which is a suburb

03:06:18 22  of Atlanta.

03:06:19 23  Q.    Now, we heard Pharmasset is a small company.  Have

03:06:21 24  you worked at bigger companies?

03:06:23 25  A.    Yes.

03:06:23  1    Q.      Can you give us some examples?

03:06:24  2    A.      I worked for Sterling Drug, which was a large company

03:06:28  3    in Upstate New York.  I worked on coronaviruses for the

03:06:33  4    common cold as well as herpes viruses.

03:06:36  5            I worked at DuPont for nine years where I

03:06:44  6    instituted there, I set up their antiviral drug discovery

03:06:48  7    program where I worked on HIV primarily.

03:06:51  8            I worked at small company called Avid

03:06:54  9    Therapeutics in Philadelphia where we were working on

03:06:58 10    treatments for hepatitis C and hepatitis C.

03:07:02 11            And I went to Pharmasset.

03:07:04 12    Q.      Why would you go from companies the size of DuPont to

03:07:07 13    a company the size of Pharmasset?

03:07:09 14    A.      Because of the challenge, primarily.  And the freedom

03:07:13 15    to actually be involved in all the processes from the very

03:07:17 16    beginning of discovery to the development in the clinic.  In

03:07:21 17    a small company as the chief scientific officer, I had that

03:07:26 18    opportunity and I really wanted to try to do it again.  I

03:07:28 19    did it at Avid and I wanted to do it again.

03:07:31 20    Q.      If you could look at your materials in DX-2838?

03:07:37 21    A.      All right.  I have it.

03:07:38 22    Q.      Do you recognize it?

03:07:39 23    A.      Yes.  It's a photo.

03:07:41 24    Q.      A photo of what?

03:07:43 25    A.      Of most of the employees at Pharmasset in or around

03:07:48 1  2000.

03:07:49 2          MR. McCANN:  Your Honor, at this time we would

03:07:51 3  offer DX-2838 into evidence.

03:07:54 4          MR. GRIFFITH:  No objection, Your Honor.

03:07:54 5          THE COURT:  It's admitted.

03:07:54 6          (DX-2838 was admitted into evidence.)

03:07:54 7  BY MR. McCANN:

03:07:55 8  Q.      I think we have seen this picture before, Dr. Otto,

03:07:58 9  but can you take a second and show us which one is you?

03:08:01 10 A.      I'm in the second row, the second from the left.

03:08:03 11 Q.      You look the same.

03:08:04 12 A.      No.

03:08:04 13 Q.      And who is right in front of you?

03:08:06 14 A.      That is Sugunda Rachakonda.

03:08:09 15 Q.      And can you point out Kyo Watanabe?

03:08:11 16 A.      He is right next to me, on my left.

03:08:14 17 Q.      Are these most of the scientists at Pharmasset at

03:08:17 18 this time?

03:08:17 19 A.      Most.  There are a couple missing I think, but that

03:08:19 20 is most.

03:08:19 21 Q.      Now, we heard from Dr. Rachakonda and Dr. Hassan by

03:08:24 22 video and Mr. Clark by video.  They were nucleoside

03:08:27 23 chemists?

03:08:28 24 A.      Yes.

03:08:28 25 Q.      You had nucleosides.  Did you also test them?

Otto - direct

A.      Yes.

Q.      And how did you test them?  In what?

A.      We tested them in biological assays.

Q.      Let's pause for a second.  What is a biological
assay?

A.      In simplest terms, it's a way to measure the activity
of a compound.  In other words, does it kill the virus and
not kill the cells?  The assay is made up of cells and
culture, mammalian cells, and a virus infecting those cells,
and then we measure whether or not the virus is killed or
not.

Q.      Now, you have a Ph.D. in medical microbiology.  I'm a
history major and I'm about five degrees short of a Ph.D.
In one of these assays, you have some kind of a cell?

A.      Mammalian cell, yes.

Q.      And you say "mammalian."  What do you mean by that?

A.      Warm blooded animal, but like us.  The best one is
obviously a human cell.

Q.      And what has been done to the cell for purposes of
the test?

A.      The cell has been infected with a virus.

Q.      Can you give us some examples of some viruses?

A.      The viruses that we were using were HCV, hepatitis C,
bovine diarrhea virus, yellow fever virus.  I mean any of
those, any virus that will infect a cell.

03:09:51 1    Q.    All right.  So I've got my nucleoside and I've got my

03:09:54 2    cell with the virus in the cell.

03:09:56 3    A.    Right.

03:09:56 4    Q.    What do I do with the nucleoside?

03:10:00 5    A.    You put the nucleoside on the cell, on the cells at

03:10:01 6    different concentrations and you look for two things.  You

03:10:04 7    look to see whether or not the virus is killed and whether

03:10:08 8    or not you kill the cells or make the cells sick.

03:10:11 9    Q.    Okay.

03:10:12 10   A.    You don't want to kill the cells, you want to kill

03:10:14 11   the virus.

03:10:14 12   Q.    That is my point.  Is killing the virus a good thing?

03:10:17 13   A.    Yes.

03:10:17 14   Q.    How about killing the cell?  Is that a good thing?

03:10:19 15   A.    No.

03:10:20 16   Q.    Now, from your 30 years in antiviral drug discovery,

03:10:24 17   how important is it to have the right assay?

03:10:25 18   A.    It is very important because you can easily be misled

03:10:28 19   by using the wrong assay system.

03:10:30 20   Q.    When you joined Pharmasset in 1999, how was hepatitis

03:10:34 21   C classified as a virus?

03:10:36 22   A.    It's classified as a flavivirus.

03:10:39 23   Q.    When you joined Pharmasset in 1999, what assays what

03:10:43 24   tests were available fo you to test flaviviruses?

03:10:47 25   A.    We had the bovine viral diarrhea virus.  We had West

03:10:51 1  Nile, and we had Yellow Fever.

03:10:53 2  Q.    Now, those are all flaviviruses?

03:10:55 3  A.    They are all flaviviruses.

03:10:57 4  Q.    Now, when you joined the company, did you have any

03:11:00 5  assay that allowed you to test a nucleoside against the

03:11:03 6  actual hepatitis C virus in a human cell?

03:11:06 7  A.    No, we did not.

03:11:07 8  Q.    Did there come a point where you were able to get

03:11:10 9  access to a human cell infected with hepatitis C?

03:11:13 10  A.    Yes.

03:11:14 11  Q.    Can you describe that for the jury?

03:11:15 12  A.    There were two laboratories in the world:  One in the

03:11:19 13  United States with Charlie Rice, the second in Germany with

03:11:24 14  Ralf Bartenschlager.  They had developed human cells, human

03:11:29 15  liver cells, which is important, that contained the

03:11:32 16  hepatitis C virus.

03:11:33 17  Q.    Why is it important that they were human liver cells?

03:11:37 18  A.    That's the cell that the virus causes damage to.

03:11:39 19  Q.    And when you learned about their work, what did you

03:11:42 20  do?

03:11:42 21  A.    We arranged to get a license to those cells.

03:11:47 22  Q.    Can you take a look in your materials at DX-2839?

03:11:54 23  A.    ((Witness complies.)

03:12:01 24  Q.    Do you recognize it?

03:12:01 25  A.    Yes.  It's a copy of the license agreement between

03:12:04 1  Apath, LLC and Pharmasset.

03:12:06 2  Q.    Did you help negotiate this license?

03:12:08 3  A.    I did.

03:12:08 4        MR. McCANN:  Your Honor, at this time we would

03:12:09 5  offer DX-2839 into evidence.

03:12:11 6        MR. GRIFFITH:  No objection.

03:12:12 7        THE COURT:  It's admitted.

03:12:12 8        (DX-2839 was admitted into evidence.)

03:12:14 9  BY MR. McCANN:

03:12:14 10 Q.    And, Dr. Otto, can you just take a look quickly at

03:12:18 11 section 3.2 of the license?

03:12:23 12 A.    Yes, I have.

03:12:24 13 Q.    Okay.  It's page 6 of 20 of the license?

03:12:27 14 A.    Yes.

03:12:30 15       MR. McCANN:  Call it up, Mr. Sayres.  Thank you.

03:12:30 16 BY MR. McCANN:

03:12:33 17 Q.    Section 3.2.  It says:  Apath cell lines.  First of

03:12:37 18 all, who is Apath?

03:12:38 19 A.    Apath is a company that was set up by Dr. Charlie

03:12:42 20 Rice.

03:12:42 21 Q.    Apath shall deliver to Pharmasset within 10 calendar

03:12:47 22 days of the execution of this agreement a viable cell line

03:12:49 23 containing a replicon-based assay for HCV screening.

03:12:53 24       First, what is a replicon-based assay for HCV

03:12:57 25 screening?

A.      Replicon was the cell line that he developed that contained HCV in it.

Q.      And why did you want it within 10 days?

A.      Because I felt, and we all felt, that it was extremely important for us to get those cells for an assay that was specific for HCV.

Q.      Did you agree to give Apath anything in return?

A.      Yes, I we did.

Q.      Do you recall what that was?

A.      I believe it was a half percent on future royalty.

Q.      In addition to getting -- well, first, what do you mean by future royalty?

A.      On any sales of drug discovered using that assay.

Q.      All right.  So in addition to a piece of the future to Apath, did Pharmasset have to make any other investments to get this replicon assay up and running?

A.      Yes.  It is a very sophisticated, complicated assay. We had to go out and purchase a machine, an instrument called real-time PCR machine.  The machine cost about $200,000 at the time.

Q.      All right.  So in around 2000, can you tell us about how much money Pharmasset had in the bank?

A.      It was around $2 million.  I don't remember exactly.

Q.      So around $2 million in the bank and you spent $200,000.  Why were you willing, as chief scientific

03:14:06 1   officer, to spend that much of the company's resources to

03:14:09 2   get this assay going?

03:14:10 3   A.    It was very important for us to have a strong

03:14:13 4   discovery effort that was focused on hepatitis C.

03:14:17 5   Q.    Okay.

03:14:17 6          THE COURT:  Are you done with that document?

03:14:21 7          MR. McCANN:  I am.

03:14:21 8          THE COURT:  It's a good time to get the jury a

03:14:24 9   break.  No talking about the case while you are away from

03:14:26 10   us.  We'll see in a little bit.

03:14:45 11          (Jury left courtroom.)

03:14:49 12          THE COURT:  All right.  During this recess, I

03:14:52 13   will bring that one juror back and I will report to you what

03:14:54 14   I learned from that discussion.  We will be in recess.

03:24:21 15          (Chambers conference.)

03:24:21 16          THE COURT:  Hello.  Come on in for a moment,

03:24:21 17   please.

03:24:21 18          A JUROR:  Hi.

03:24:21 19          THE COURT:  How are you doing?

03:24:21 20          A JUROR:  Betty Murphy, No. 42.

03:24:21 21          THE LAW CLERK:  Farris.  Pleased to meet you.

03:24:21 22          A JUROR:  Pleased to meet you.

03:24:21 23          THE COURT:  And you are, for our record, sitting

03:24:21 24   in Juror Seat No. 3.

03:24:21 25          A JUROR:  Yes.  In front, yes.

03:24:22 1          THE COURT:  We're all full of numbers here.

03:24:22 2          A JUROR:  Yes.

03:24:22 3          THE COURT:  So you are here because Mr. Looby

03:24:22 4  gave me this note that I believe you sent out earlier.

03:24:22 5          A JUROR:  Yes.

03:24:22 6          THE COURT:  Let me for the record read it, what

03:24:22 7  I think it says, and you will tell me if I get it wrong.

03:24:22 8          It says:

03:24:22 9          December 8th, 2016.

03:24:23 10          Neil,

03:24:23 11          I used SRI as a consultant company when I set up

03:24:23 12  chem library at DuPont.  Also as an analyst, as a market

03:24:23 13  research analyst at DuPont, I used them SRI for my research

03:24:23 14  reference work.  I do not remember using Dr. Hassan as a

03:24:24 15  consultant.

03:24:24 16          And then you signed it.

03:24:24 17          Do you think I read that correctly?

03:24:24 18          A JUROR:  Yes.  Yes.

03:24:24 19          THE COURT:  So my first question is when you say

03:24:24 20  SRI, do you know what that stand for?

03:24:24 21          A JUROR:  Stanford Research Institute.

03:24:24 22          THE COURT:  Stanford Research Institute.

03:24:25 23          A JUROR:  Yes.  Well, DuPont was the consulting

03:24:25 24  branch, and I would be the contact for the, you know,

03:24:25 25  subscription basically.  Well, we're not talking like a

03:24:25  1   magazine.  We're talking like six figures plus --

03:24:25  2               THE COURT:  Okay.

03:24:25  3               A JUROR:  When you buy it.  So I wanted you to

03:24:25  4   know where I was coming from.

03:24:25  5               THE COURT:  I appreciate you letting me know

03:24:25  6   that.  And I don't have any other questions for you.  That's

03:24:25  7   very helpful.

03:24:25  8               We'll let you go.  Enjoy the rest of the break.

03:24:25  9               A JUROR:  Okay.

03:24:25 10               THE COURT:  Thank you very much.

03:24:25 11               A JUROR:  You're welcome.

03:24:32 12               (Chambers conference ends.)

03:24:32 13               *     *     *

03:25:45 14               (Proceedings reconvene after the recess.)

03:25:45 15               THE COURT:  All right.  So what I think will be

03:25:46 16   a quick update.

03:25:47 17               I spoke with our Juror No. 3.  You will see this

03:25:51 18   when you get the transcript because I hereby order that it

03:25:53 19   be unsealed and provided to the parties if they order the

03:25:57 20   transcript.

03:25:57 21               After reading her note, I basically asked her

03:26:02 22   what is SRI?

03:26:03 23               She said Stanford Research Institute.

03:26:06 24               And she went on to say a few other things, which

03:26:10 25   you will see.

03:26:10 1          And I told her I had no other questions.

03:26:13 2          So I think we can proceed; correct?

03:26:17 3          MS. PARKER:  We agree.

03:26:18 4          THE COURT:  Do you agree?

03:26:19 5          MR. SCHERKENBACH:  Yes, Your Honor.

03:26:20 6          THE COURT:  All right.  Let's bring the jury

03:26:25 7    back in.

03:26:30 8          (Jury returned.)

03:27:36 9          THE COURT:  Ladies and gentlemen, we are ready

03:27:38 10   to proceed.

03:27:39 11         Mr. McCann.

03:27:41 12         MR. McCANN:  Thank you, Your Honor.

03:27:41 13   BY MR. McCANN:

03:27:42 14   Q.    All right.  Dr. Otto, let's take a step back and

03:27:45 15   orient us.

03:27:46 16         We're talking the 2000-2001 time frame and you

03:27:49 17   told us that Pharmasset had chemists making nucleosides

03:27:53 18   and that Pharmasset had ways to test them, including this

03:27:57 19   replicon assay.  Okay?

03:28:00 20         So by the end of 2001, do you recall about how

03:28:04 21   many nucleosides Pharmasset tested in this new replicon

03:28:08 22   assay?

03:28:09 23   A.    Many hundreds.  Probably close to 1,000.

03:28:13 24   Q.    Did these nucleosides, did some of them have a methyl

03:28:16 25   up at the 2' position?

03:28:18 1   A.    Yes.

03:28:19 2   Q.    In addition to nucleosides with a methyl up at the 2'

03:28:24 3 position, did you test nucleosides with changes to other

03:28:27 4 places or other kinds of changes to the sugar ring of

03:28:31 5 nucleosides?

03:28:31 6   A.    Yes.

03:28:32 7   Q.    Can you tell us what some of those changes were?

03:28:35 8   A.    We made compounds that had fluorine in the 2'

03:28:41 9 position, both up and down. We had flourine in the 3'

03:28:46 10 position, methyl in the 3 position, up and down. Many

03:28:52 11 different analogs.

03:28:53 12   Q.    And just focusing for a moment on the 2' fluorines.

03:28:57 13 Do you have any recollection for how those performed in the

03:28:59 14 testing assays?

03:29:00 15   A.    Some, yes.

03:29:01 16   Q.    Can you describe that to the jury?

03:29:02 17   A.    So compounds with flourine at the 2' were generally

03:29:08 18 toxic. In fact, the compound with 2 fluorines, one up and

03:29:14 19 down, is actually an anticancer drug.

03:29:17 20         The compound with flourine up and nothing down

03:29:20 21 had some activity in the replicon assay, but unfortunately

03:29:24 22 it also was toxic to cells.

03:29:27 23   Q.    Now, Dr. Otto, I'd like to focus again on 6130. You

03:29:35 24 told us a little while ago about how Jeremy came into your

03:29:39 25 office with his ideas for nucleosides to make. Did Jeremy

03:29:43 1  Clark start to make that compound?

03:29:44 2  A.    Yes.

03:29:45 3  Q.    And did he ultimately succeed in making it?

03:29:47 4  A.    He did.

03:29:48 5  Q.    Were you present at a meeting when Jeremy Clark

03:29:51 6  presented his results?

03:29:52 7  A.    I was.

03:29:53 8  Q.    If you can turn your materials to DX-900.

03:29:58 9        MR. McCANN:  And, Your Honor, this was used with

03:30:00 10 Mr. Clark's deposition a moment ago.  I'm not sure if it was

03:30:05 11 formally moved into evidence.  If it wasn't, I move it now.

03:30:07 12       THE COURT:  I believe it was.  If not, is there

03:30:10 13 any objection?

03:30:10 14       MR. GRIFFITH:  I believe it was, but no

03:30:12 15 objection.

03:30:12 16       THE COURT:  It is admitted.

03:30:13 17       (DX-900 was admitted into evidence.)

03:30:13 18       MR. McCANN:  Sorry for the delay.

03:30:15 19       Now, can we start on page 2 of this document?

03:30:18 20 BY MR. McCANN:

03:30:19 21 Q.    First, when was this meeting?

03:30:21 22 A.    This meeting was in May of 2003.

03:30:23 23 Q.    And who was present?

03:30:24 24 A.    Most of the chemistry department and some biologists,

03:30:30 25 myself, Dr. Schinazi.

03:30:31 1    Q.    So you were there?

03:30:32 2    A.    Yes.

03:30:32 3    Q.    And Dr. Schinazi?

03:30:33 4    A.    Yes.

03:30:33 5    Q.    Who presented?

03:30:34 6    A.    Jeremy Clark.  Mr. Clark presented about his

03:30:38 7    synthesize of 6130.  And Dr. Lieven Stuyver presented on the

03:30:44 8    activity of the compound.

03:30:46 9    Q.    Now, when you look at DX-900, the document in front

03:30:49 10   of you, do you agree the first two pages are very similar?

03:30:52 11   A.    They are, yes.

03:30:53 12          MR. McCANN:  Starting with the second page.  And

03:30:55 13   if we could have the full page on the screen; Mr. Sayres.

03:30:55 14   BY MR. McCANN:

03:30:59 15   Q.    Can you explain first, mechanically, how is his

03:31:04 16   presentation done?

03:31:05 17   A.    Those days, the scientists would prepare overhead

03:31:09 18   acetates which they would project on the screen and then

03:31:15 19   talk about them.

03:31:16 20   Q.    And how did Mr. Clark make his presentation that day

03:31:19 21   with the first two pages of DX-900?

03:31:21 22   A.    Well, he presented the first page, which was a

03:31:23 23   representation of the synthetic process by which he made the

03:31:28 24   Compound 6130, and then he proceeded to show the second

03:31:32 25   slide.

03:31:33 1      MR. McCANN:  If we could have the second page,

03:31:37 2 please.  The second page of DX-900.  I'm sorry.  The first

03:31:40 3 page.  Excuse me.  It's backwards.

03:31:40 4 BY MR. McCANN:

03:31:45 5 Q.      Now, please continue.

03:31:46 6 A.      So then he basically switched slides, put this slide

03:31:50 7 up.  The difference being is that in this slide, he says:

03:31:54 8 "That which some call impossible is simply what they've not

03:31:57 9 seen."

03:31:57 10 Q.      And can you describe the reaction in the room when

03:31:59 11 Mr. Clark did that?

03:32:01 12 A.      Yes.  I have to smile because Mr. Clark is a master's

03:32:06 13 student -- or not a student, a master's chemist.  In other

03:32:10 14 words, he didn't have a Ph.D.  All the other chemists in the

03:32:13 15 group were Ph.D.s, for the most part at least, and they,

03:32:16 16 mostly to a person, thought he couldn't do this.  And

03:32:21 17 basically this was Jeremy's way of saying I told you so

03:32:26 18 that I could do it.  Here it is.

03:32:27 19 Q.      What was Jeremy Clark like as a person?

03:32:29 20 A.      He was very driven, ambitious.  He wanted to do novel

03:32:34 21 things.  He wanted to make a name for himself.  He was also

03:32:37 22 very smart.  He knew the literature inside and out, I think,

03:32:40 23 and he was always reading the literature.

03:32:42 24 Q.      Now, at this meeting, you said data was presented by

03:32:45 25 Dr. Stuyver?

03:32:46 1    A.    Yes.

03:32:46 2            MR. McCANN:  If we could look at the third

03:32:49 3    slide, please.

03:32:49 4    BY MR. McCANN:

03:32:50 5    Q.    And can you describe for us, what does the top graph

03:32:53 6    depict?  Just in general terms first.

03:32:55 7    A.    Yes.  The top graph is depicting the activity of

03:32:59 8    the compounds against HCV.  In other words, whether it was

03:33:04 9    killing HCV.

03:33:07 10   Q.    Is this in this replicon assay?

03:33:07 11   A.    Yes.

03:33:08 12   Q.    Is 6130 one of the compounds tested?

03:33:10 13   A.    Yes.

03:33:10 14   Q.    Can you just describe for the jury, what are the two

03:33:14 15   compounds below 6130 in the table?

03:33:14 16   A.    One is a compound that has an adenosine as the base

03:33:22 17   and has CH3 and OH at the 2 position.

03:33:26 18   Q.    Did you have another name for the compound at the

03:33:28 19   company?

03:33:28 20   A.    We casually refer to it as the Merck compound.

03:33:31 21   Q.    Why did you call it that?

03:33:33 22   A.    We knew that Merck was interested in those kinds of

03:33:36 23   compounds, which is what adenosine is.

03:33:39 24   Q.    That is the compound with the number 5557?

03:33:41 25   A.    Yes.

03:33:42 1  Q.    What is the compound right below that one?

03:33:44 2  A.    5817 is a compound with methyl up and OH down with a

03:33:51 3  cytidine, and we refer to that as the Idenix compound.

03:33:54 4  Q.    Now, why are you testing 6130 in the same assay as

03:33:58 5  the Merck compound and the Idenix compound?

03:34:00 6  A.    We wanted to know how 6130 compared to those other

03:34:05 7  compounds which we knew had activity in the assay.

03:34:08 8  Q.    Can you compare for the jury how 6130 compared to the

03:34:12 9  Idenix compound in this data?

03:34:13 10  A.    In this particular assay, it was, it's on the order

03:34:16 11  of about five full more potent.

03:34:20 12  Q.    What do you mean by five full more potent?

03:34:23 13  A.    It takes five times less compound to get the same

03:34:24 14  effect against the virus.

03:34:25 15  Q.    So 6130 was active?

03:34:27 16  A.    Yes.

03:34:28 17  Q.    Was it toxic?

03:34:29 18  A.    No.

03:34:30 19  Q.    How did you react when you saw this data?

03:34:33 20  A.    Very encouraged.

03:34:34 21  Q.    What is the next thing you did?

03:34:35 22  A.    We began writing the patent application.

03:34:40 23  Q.    Why?

03:34:40 24  A.    Because we wanted to protect this unique finding.

03:34:43 25  Q.    Can you take a look at DX-154?

03:34:50 1    A.    Yes.

03:34:50 2    Q.    Do you recognize DX-154?

03:34:52 3    A.    Yes.

03:34:53 4    Q.    What is it?

03:34:53 5    A.    It's a copy of the provisional patent application

03:34:57 6    from Pharmasset.

03:34:58 7            MR. McCANN:  Your Honor, at this time we offer

03:35:00 8    DX-154 into evidence.

03:35:01 9            MR. GRIFFITH:  No objection.

03:35:02 10           THE COURT:  It's admitted.

03:35:02 11           (DX-154 was admitted into evidence.)

03:35:02 12   BY MR. McCANN:

03:35:04 13   Q.    Can we just see the first page where it says filing

03:35:07 14   date?

03:35:07 15   A.    Yes.

03:35:07 16   Q.    What is the filing date of your patent, or of the

03:35:12 17   patent application?

03:35:13 18   A.    May 30th, 2003.

03:35:15 19   Q.    And what compound were you trying -- among the

03:35:19 20   information in this patent, what compound were you trying to

03:35:22 21   cover with this patent application?

03:35:23 22   A.    The PSI-6130.

03:35:26 23   Q.    Now, this is May 30th.  Where is the meeting where

03:35:29 24   Jeremy showed the compound and Lieven Stuyver presented the

03:35:33 25   results?  How far back?

03:35:33 1    A.        A week.  I think about a week.

03:35:35 2    Q.        Why did you move so quickly?

03:35:37 3    A.        I felt that we needed to file this as quickly as

03:35:40 4    possible.

03:35:40 5              MR. McCANN:  Can we take a look at page, I

03:35:43 6    believe it's 34 of the application.  I think the callout

03:35:52 7    number is .0037.

03:35:59 8              You already got it.  Wow.

03:35:59 9    BY MR. McCANN:

03:36:01 10   Q.        What is depicted on page 0037 of Exhibit 154?

03:36:06 11   A.        This is the depiction of the synthetic process for

03:36:09 12   making 6130.

03:36:10 13   Q.        Then if you turn to the page that ends in 0043.  What

03:36:14 14   is depicted there?

03:36:15 15   A.        That is a depiction of the activity testing for 6130.

03:36:20 16   Q.        Now, this is a patent application?

03:36:22 17   A.        Yes.

03:36:23 18   Q.        Did it ultimately issue as a patent?

03:36:25 19   A.        Yes.

03:36:25 20   Q.        If you would take a look in your materials at DX-2742.

03:36:31 21             Do you recognize it?

03:36:33 22   A.        Yes.

03:36:33 23   Q.        What is it?

03:36:34 24   A.        This is the patent application that -- I mean the

03:36:38 25   patent that came from the patent application.

03:36:41 1          MR. McCANN:  Your Honor, at this time we would

03:36:42 2    offer DX-2742 into evidence.

03:36:45 3          MR. GRIFFITH:  No objection, Your Honor.

03:36:46 4          THE COURT:  It's admitted.

03:36:46 5          (DX-2742 was admitted into evidence.)

03:36:46 6    BY MR. McCANN:

03:36:47 7    Q.    And this is the patent that Pharmasset pursued with

03:36:50 8    respect to 6130?

03:36:51 9    A.    Yes.

03:36:51 10   Q.    And who was identified as the inventor?

03:36:53 11   A.    Jeremy Clark.

03:36:55 12   Q.    Now, Dr. Otto, a moment ago we were talking about the

03:37:02 13   meeting where the data for 6130 in replicon in the human

03:37:08 14   liver cells infected with HCV was presented.

03:37:12 15          We can take that down, Mr. Sayres.

03:37:13 16          Did Pharmasset ever get the opportunity to also

03:37:17 17   test 6130 in those other assays you described, BVDV, yellow

03:37:24 18   fever, West Nile?

03:37:25 19   A.    Yes.

03:37:26 20   Q.    And can you remind us again what is the difference in

03:37:29 21   terms of the virus being studied between the replicon and

03:37:32 22   those others?

03:37:33 23   A.    Well, in the replicon, we're studying HCV on the

03:37:38 24   effects of humans.  In the other assays, we're infecting,

03:37:41 25   we're looking at viruses that would either infect just

03:37:45 1    animals or, in some cases, humans as well as animals.

03:37:49 2    Q.    If you take a look in your materials at DX-2497.

03:37:56 3    A.    Okay.

03:37:56 4    Q.    Do you recognize it?

03:37:58 5    A.    Yes.

03:38:00 6    Q.    What is it?

03:38:00 7    A.    It's a publication, a scientific publication from

03:38:05 8    Pharmasset describing the activity of 6130.

03:38:07 9    Q.    In what year was it published?  It's in the bottom

03:38:14 10   left.

03:38:14 11   A.    206.

03:38:15 12   Q.    2006?

03:38:17 13   A.    Yes, 2006.

03:38:18 14   Q.    Are you an author?

03:38:18 15   A.    I am.

03:38:19 16         MR. McCANN:  Your Honor, at this time we offer

03:38:21 17   DX-2497 into evidence.

03:38:23 18         MR. GRIFFITH:  Your Honor, no objection.

03:38:25 19         THE COURT:  It's admitted.

03:38:25 20         (DX-2497 was admitted into evidence.)

03:38:25 21   BY MR. McCANN:

03:38:27 22   Q.    Does this paper report some of the testing of 6130 in

03:38:31 23   the BVDV, yellow fever, West Nile assays?

03:38:35 24   A.    Yes, it does.

03:38:38 25         MR. McCANN:  If we can turn to the page 0006.

03:38:45  1   And if we can enlarge the paragraph that begins:  Activity

03:38:48  2   of PSI-6130 against other viruses.

03:38:48  3   BY MR. McCANN:

03:38:52  4   Q.    Why don't we just take this step by step and explain

03:38:54  5   this to the jury.

03:38:55  6            First, it says, like HCV, BVDV, WNV, YFV, and

03:39:03  7   DV.  Do you see that?

03:39:04  8   A.    Yes.

03:39:04  9   Q.    What is BVDV?

03:39:06 10   A.    Bovine viral diarrhea virus.

03:39:08 11   Q.    Who was infected by bovine viral diarrhea virus?

03:39:11 12   A.    Cows.

03:39:11 13   Q.    And how are they infected?

03:39:12 14   A.    They get diarrhea.

03:39:13 15   Q.    What is WNV?

03:39:15 16   A.    West Nile Virus.

03:39:16 17   Q.    Who is infected by that?

03:39:19 18   A.    Human beings.

03:39:19 19   Q.    But that is not the hepatitis C virus?

03:39:22 20   A.    No.

03:39:40 21   Q.    YFV?

03:39:41 22   A.    Yellow Fever Virus.

03:39:44 23   Q.    And who is affected by that?

03:39:45 24   A.    Human beings.

03:39:45 25   Q.    And, again, is it the hepatitis C virus?

03:39:48 1    A.    No.

03:39:48 2    Q.    Again, what is the last one?

03:39:49 3    A.    Dengue virus.

03:39:51 4    Q.    Why would you as a scientist in your field study

03:39:53 5    nucleosides against those viruses?

03:39:55 6    A.    Well, we wanted to know what the breadth of activity

03:39:59 7    of 6130 was.  Does it have an impact on other viruses that

03:40:04 8    are somewhat related.

03:40:07 9    Q.    What roles did those other assays play in your

03:40:09 10   field before the replicon assay was first developed in 2000,

03:40:15 11   2001?

03:40:15 12   A.    Several of them were used as, if you will, surrogate

03:40:19 13   assays to test for activity against viruses.

03:40:24 14   Q.    Which ones used were as surrogates?

03:40:27 15   A.    Yellow Fever, West Nile, bovine.

03:40:31 16   Q.    What did you mean by the word "surrogate"?

03:40:35 17   A.    In the absence of having the actual target virus, in

03:40:37 18   those days, we attempted to find compounds that would have

03:40:40 19   the breadth of activity to hit all of those and then

03:40:43 20   presumably, would also inhibit hepatitis C virus.

03:40:47 21   Q.    Now, once in your company, once you had access to

03:40:49 22   replicon, what role did those other assays play in screening

03:40:52 23   for potential drugs against hepatitis C?

03:40:56 24   A.    They all became secondary assays.  In other words,

03:40:59 25   they were used to determine the breadth of activity, but not

03:41:02  1   specifically for hepatitis C.

03:41:03  2   Q.      All right.  Let's go to the next sentence.  It says,

03:41:09  3   "To demonstrate the specificity of PSI-6130."  What does

03:41:13  4   that word specificity mean?

03:41:15  5   A.      We wanted to know if we had a compound that could be

03:41:18  6   broadly used, which would have its advantages, or one that

03:41:21  7   was really specific.  In other words, it's harder to target

03:41:23  8   hepatitis C, and since that's what we wanted to target, we

03:41:27  9   would like that.

03:41:28 10   Q.      We tested the compound for activity against these

03:41:31 11   other flaviviruses.  That's what you are referring to BVDV

03:41:36 12   and the rest?

03:41:37 13   A.      Yes.

03:41:37 14   Q.      BVDV is typically used as an HCV surrogate to assay

03:41:43 15   for compounds for potential activity against HCV.  That's

03:41:46 16   what you were talking about a moment ago?

03:41:47 17   A.      Yes.  State of the art in the early days was like

03:41:49 18   that.

03:41:49 19   Q.      When did that change?

03:41:51 20   A.      After the replicon cells became available.

03:41:52 21   Q.      You go on to say, interestingly, unlike 2' C methyl

03:41:57 22   C -- now, whose compound is that?

03:41:59 23   A.      Well, that is referred to as the Idenix compound.

03:42:03 24   Q.      And 2' C methyl A, whose compound was that?

03:42:06 25   A.      We referred to it as the Merck compound.

03:42:08 1   Q.      That were active against a particular strain of

03:42:10 2   BVDV?

03:42:11 3   A.      Yes.

03:42:12 4   Q.      It says, PSI-6130 was not active against this virus;

03:42:16 5   is that correct?

03:42:16 6   A.      Yes, that's correct.

03:42:19 7   Q.      All right.  Dr. Otto, if you had never gotten the

03:42:23 8   replicon assay and had only used BVDV, would you have

03:42:26 9   authorized Pharmasset to continue the development of

03:42:31 10  6130?

03:42:31 11          MR. GRIFFITH:  Objection.  Hypothetical.

03:42:34 12          MR. McCANN:  I don't think it's an improper

03:42:38 13  question, your Honor.

03:42:39 14          THE COURT:  All right.

03:42:40 15          MR. GRIFFITH:  Well, it's a hypothetical that we

03:42:43 16  don't know all the surrounding possibilities to extract.

03:42:47 17          THE COURT:  All right.  I'm going to overrule

03:42:50 18  that.  I think it's an appropriate question.

03:42:52 19  BY MR. McCANN:

03:42:53 20  Q.      I will ask it again.

03:42:54 21  A.      Okay.

03:42:54 22  Q.      Dr. Otto, what is the activity of 6130 in the BVDV

03:42:58 23  assay purported in this paper?

03:43:00 24  A.      That it was inactive.

03:43:01 25  Q.      All right.  And as the chief scientific officer at

03:43:04 1  Pharmasset, if that was the only data you had, would you

03:43:09 2  have authorized 6130 to continue in development to become a

03:43:13 3  drug some day?

03:43:13 4  A.    No.

03:43:14 5  Q.    Why not?

03:43:15 6  A.    Well, it clearly wasn't having any activity against

03:43:19 7  the virus that we would have been using as the surrogate, so

03:43:22 8  if we had this and we didn't have the replicon, we would

03:43:26 9  have killed the development of this drug, this compound.

03:43:30 10          MR. McCANN:  Thank you, Dr. Otto.  Your Honor, I

03:43:33 11  have no further questions at this time.

03:43:34 12          THE COURT:  All right.  Cross-examination.

03:43:47 13          MR. McCRUM:  Your Honor, if I can approach to

03:43:49 14  hand out some binders?

03:43:50 15          THE COURT:  You certainly may.

03:43:51 16          (Mr. McCrum handed binders to the witness and to

03:43:56 17  the Court.)

03:44:12 18                  CROSS-EXAMINATION

03:44:13 19  BY MR. GRIFFITH:

03:44:17 20  Q.    Good afternoon, Dr. Otto.

03:44:18 21  A.    Good afternoon.

03:44:20 22  Q.    I don't think we've met.  I'm Calvin Griffith.  I'm

03:44:22 23  going to ask you a few questions this afternoon.

03:44:24 24  A.    Okay.

03:44:25 25  Q.    You mentioned 6130 a number of times in your

03:44:35 1  testimony.  Is it fair to say that you regarded that as a

03:44:42 2  great success?

03:44:43 3  A.      Yes.

03:44:44 4  Q.      It was an important development at Pharmasset?

03:44:49 5  A.      Yes.

03:44:50 6  Q.      A great development; is that correct?

03:44:51 7  A.      It was important.

03:44:52 8  Q.      And it led to the '572 patent, which you referred to;

03:44:56 9  is that correct?

03:44:57 10  A.      Yes.

03:44:58 11  Q.      And that's the patent that Jeremy Clark is the named

03:45:01 12  inventor on; right?

03:45:04 13          And you believe that's a valuable patent.  Fair

03:45:06 14  to say?

03:45:07 15  A.      Yes.

03:45:07 16  Q.      And it covers 6130; right?

03:45:10 17  A.      Yes.

03:45:10 18  Q.      And it covers compounds besides 6130; right?

03:45:14 19  A.      Yes, I believe it does.

03:45:16 20  Q.      And 6130 has a cytosine base; right?

03:45:21 21  A.      Correct.

03:45:21 22  Q.      And a prodrug form that was put into clinical trials;

03:45:26 23  is that right?

03:45:27 24  A.      Not 6130, no.

03:45:28 25  Q.      60 --

03:45:29 1   A.   Could you ask the question again, please?

03:45:32 2   Q.   Did a form of 6130 ever go into clinical trials?

03:45:37 3   A.   Yes.

03:45:37 4   Q.   And it never came out of clinical trials, did it?

03:45:40 5   A.   I don't know that for a fact.  I think it's still in

03:45:42 6   clinical trials.

03:45:43 7   Q.   You've never heard of it being approved; is that

03:45:45 8   right?

03:45:45 9   A.   That's correct.

03:45:46 10  Q.   And to you, is that does not make it bad or a

03:45:49 11  failure, does it?

03:45:50 12  A.   I don't know the reason for it not.

03:45:55 13  Q.   Right.  To your knowledge, it's not on the market

03:45:57 14  yet; right?

03:45:58 15  A.   It's not on the market, that's correct.

03:46:00 16  Q.   And yet you still consider it to be a great

03:46:02 17  development.  Fair to say?

03:46:03 18  A.   Yes.

03:46:04 19  Q.   Great development; right?

03:46:06 20  A.   Okay.

03:46:06 21  Q.   Now, so I believe you testified that you were an

03:46:13 22  officer of Pharmasset from 1999 through 2012.  Do I have

03:46:18 23  that right?

03:46:19 24  A.   That's correct.

03:46:19 25  Q.   And that was -- that was until Pharmasset was bought

03:46:24 1  by Gilead; right?

03:46:25 2  A.      Yes.

03:46:26 3  Q.      And you testified on behalf of Gilead in this case as

03:46:30 4  a corporate designee; is that right?

03:46:31 5  A.      I guess so.

03:46:34 6  Q.      Do you recall that at your deposition, you were

03:46:36 7  testifying on behalf of Gilead on certain topics?

03:46:39 8  A.      Yes.

03:46:40 9  Q.      And I believe you were informed that that testimony

03:46:44 10 was played yesterday or some of that testimony was played

03:46:47 11 yesterday for the jury.

03:46:48 12         Did you know that?

03:46:50 13 A.      I heard that some was played, yes.

03:46:51 14 Q.      Okay.

03:46:52 15 A.      I don't know what it was.

03:46:53 16 Q.      And going back to 6130, that compound ultimately did

03:46:58 17 lead to sofosbuvir; right?

03:47:02 18 A.      The project did, yes.

03:47:03 19 Q.      Yes.  And so there were changes made to 6130.  A

03:47:06 20 different base was put on; right?

03:47:09 21 A.      Well, it's a different compound, yes.

03:47:10 22 Q.      Right.  Uracil was put on instead of cytosine;

03:47:16 23 right?

03:47:16 24 A.      Yes.

03:47:16 25 Q.      And sofosbuvir, like 6130, has a methyl up at the 2'

03:47:22  1    position on the sugar; is that right?

03:47:24  2    A.      That's correct.

03:47:24  3    Q.      And that was a deliberate choice; is that correct?

03:47:27  4    That was intentional?

03:47:28  5    A.      Yes.

03:47:29  6    Q.      And you knew that back in 2009, when the '597 patent

03:47:35  7    issued; is that right?

03:47:36  8    A.      I'm sorry.  I don't understand the question.

03:47:38  9    Q.      Do you understand that the patent-in-suit here is

03:47:43 10    called for short, the Idenix patent is called the '597

03:47:48 11    patent?

03:47:48 12    A.      Okay.  '597 patent.

03:47:51 13    Q.      And Pharmasset was aware -- it's the Idenix patent in

03:47:56 14    this case.  Okay?

03:47:57 15    A.      Okay.

03:47:58 16    Q.      And do you recall testifying as to Pharmasset's

03:48:06 17    knowledge of that patent?

03:48:07 18    A.      Of the patent application, yes, for sure.

03:48:09 19    Q.      And Pharmasset was also aware of the patent when it

03:48:11 20    issued; is that right?

03:48:12 21    A.      Eventually, yes.

03:48:14 22    Q.      And -- well, it was aware when it issued; right?

03:48:18 23    A.      Sure.

03:48:18 24    Q.      And I will represent to you that that was in 2009.

03:48:22 25    A.      Okay.

03:48:22  1    Q.      All right?

03:48:23  2    A.      Okay.

03:48:24  3    Q.      And so you knew, you knew and understood that

03:48:35  4    sofosbuvir had 2' up at the methyl position at the time the

03:48:39  5    2009 patent issued in 2009 and thereafter; is that right?

03:48:44  6    A.      We knew from the beginning that it had 2'-methyl.

03:48:47  7    Q.      That's right.  And sofosbuvir like 6130 has

03:48:52  8    non-hydrogen substituents at the 2' and 3' down positions;

03:48:57  9    is that correct?

03:48:57 10    A.      6130 had -- has a fluorine at the 2' position.  It's

03:49:03 11    specific to a fluorine.

03:49:05 12    Q.      A fluorine is a non-hydrogen substituent?

03:49:09 13    A.      Fluorine is a very specific molecule.  It's not a

03:49:11 14    non-something else.  It's fluorine.

03:49:13 15    Q.      It's not hydrogen; is that correct?

03:49:16 16    A.      That's correct.

03:49:18 17    Q.      And at the 3' down position, there was not a

03:49:23 18    hydrogen; right?

03:49:24 19    A.      There's an OH.  Correct.

03:49:25 20    Q.      Right.  And that was a deliberate choice by

03:49:29 21    Pharmasset; right?  That was intentional to have those

03:49:33 22    substituents at the 2' and 3' down positions; is that

03:49:36 23    correct?

03:49:36 24    A.      Absolutely.

03:49:37 25    Q.      And you knew that back in 2009 and thereafter when

03:49:40 1    the '597 patent issued; is that right?

03:49:42 2    A.    Sure.

03:49:43 3    Q.    And sofosbuvir is used to treat HCV; is that correct?

03:49:48 4    A.    Yes.

03:49:49 5    Q.    And that has always been its purpose; right?

03:49:51 6    A.    Yes.

03:49:52 7    Q.    That was intentional and deliberate, to develop it

03:49:55 8    for the purpose of treating HCV?

03:49:57 9    A.    Yes.

03:49:57 10   Q.    And, in fact, at the time the '597 patent issued and

03:50:03 11   ever since, Pharmasset was aware that it was being -- that

03:50:09 12   sofosbuvir was being used or was for the purpose of treating

03:50:14 13   ACV; is that correct?

03:50:15 14   A.    Yes.

03:50:15 15   Q.    And sofosbuvir is the active ingredient in Sovaldi

03:50:21 16   and Harvoni; is that right?

03:50:22 17   A.    It's one of the active ingredients.

03:50:24 18   Q.    Well, it's the active ingredients in Sovaldi and one

03:50:29 19   of the active ingredients in Harvoni?

03:50:31 20   A.    Correct.

03:50:32 21   Q.    All right.  The parties have stipulated the following

03:50:35 22   uncontested fact:  "Use of Sovaldi and Harvoni in accordance

03:50:39 23   with their respective labels results in use of the methods

03:50:42 24   defined by the asserted claims of the '597 patent under this

03:50:46 25   Court's claim construction order."

03:50:49 1          Do you know that?

03:50:50 2     A.     I don't know that, but I will accept what you are

03:50:53 3     saying.

03:50:53 4     Q.     And do you know that the jury has been told to assume

03:50:56 5     that Gilead infringes the '597 patent?

03:50:58 6     A.     I have heard that.

03:51:00 7     Q.     All right.  Dr. Otto, I would like to play some brief

03:51:15 8     testimony that was played yesterday to the jury from your

03:51:21 9     deposition on behalf of Gilead as a corporate designee.

03:51:26 10          If we could -- I'm sorry.  The deposition

03:51:33 11    transcript page numbers, which is how my technician is going

03:51:36 12    to identify it, was how it was identified in the clip

03:51:41 13    report, is from the August 28th, 2015 deposition, page 151,

03:51:49 14    line 24, to page 152, line six.  And then page 155, line 12,

03:51:58 15    to line 19.

03:52:00 16          THE COURT:  Okay.

03:52:02 17          (Videotaped excerpt played as follows.)

03:52:05 18          "Question:  When did Pharmasset first become

03:52:08 19    aware of Idenix's work on the 2'-methyl compound?

03:52:15 20          "Answer:  Shortly after their original

03:52:17 21    application was published.

03:52:19 22          "Question:  Do you recall when that was?

03:52:22 23          "Answer:  Late in 2001, I believe.

03:52:32 24          "Question:  Was anyone at Pharmasset aware of

03:52:35 25    Novirio's work on 2'-methyl compounds prior to

03:52:38 1    November 2001?

03:52:39 2            "Answer:  No.  It was the first time that we

03:52:41 3    were aware of what Novirio was working on.

03:52:45 4            "Question:  The first time you were aware of the

03:52:47 5    publication --

03:52:49 6            Answer:  Yes, that's correct."

03:52:51 7            (Videotape stopped.)

03:52:55 8    BY MR. GRIFFITH:

03:52:56 9    Q.      Dr. Otto, that was not truthful testimony.

03:52:58 10   A.      I disagree with that.

03:52:59 11   Q.      For example, Dr. Schinazi -- let me back up a second.

03:53:02 12   You worked for Dr. Schinazi; right?

03:53:04 13   A.      I did.

03:53:05 14   Q.      And he was your boss?

03:53:07 15   A.      Yes.

03:53:07 16   Q.      He ran the company, Pharmasset?

03:53:08 17   A.      Pretty much.

03:53:09 18   Q.      And Dr. Schinazi knew about Novirio, Idenix's, same

03:53:19 19   company, different name, right, on 2'-methyl compounds prior

03:53:23 20   to November 2001?

03:53:24 21   A.      I have no knowledge of that, but I accept that.

03:53:26 22   Q.      You accept that?

03:53:28 23   A.      I accept that you say that.

03:53:30 24   Q.      But you have -- you say you have no knowledge of it?

03:53:33 25   A.      That he knew what was going on at Novirio?

Q.    That he knew about Novirio's work on 2'-methyl
compounds?

A.    At the time, I didn't know that, no.  I've since
learned that.

Q.    You've since learned that before November 2001, Dr.
Schinazi did know about --

A.    Yes.  Since then, I have learned that, yes.

Q.    And your testimony that you gave in your deposition
was in 2015; right?

A.    Correct.

Q.    And you knew that then; right?

A.    That wasn't the question, as I recall.

Q.    The question was whether anyone at Pharmasset was
aware of Novirio's work on 2'-methyl compounds prior to
November 2001.

A.    Right.

Q.    And at least Dr. Schinazi was.

A.    But I was answering for the members of Pharmasset and
not for Dr. Schinazi.

Q.    He was running the company?

A.    He was -- he was, but he was not an employee of the
company.

Q.    So when you answered your question about Pharmasset,
you didn't count the guy who was the co-founder, your boss,
and the man who was running the company, and who witnesses

03:54:46  1    had testified was directing the chemical experiments at the

03:54:48  2    company?

03:54:48  3    A.      That's not correct.  I directed the science at

03:54:53  4    Pharmasset.  Dr. Schinazi did not direct the science at

03:54:57  5    Pharmasset, so within the science at Pharmasset, we did not

03:55:00  6    know.  If Dr. Schinazi knew, that's a different thing.

03:55:04  7    That's how I was answering the question truthfully.

03:55:06  8    Q.      I see.  All right.

03:55:07  9            Let's go to Plaintiffs' Exhibit 471.  Let me go

03:55:21 10    back.  Let me go to Plaintiffs' Exhibit 677, which was, I

03:55:28 11    think you talked about it earlier.

03:55:30 12    A.      Oh, okay.  This is 477, did you say?

03:55:36 13    Q.      Yes?

03:55:36 14            THE COURT:  677.

03:55:38 15    BY MR. GRIFFITH:

03:55:39 16    Q.      I'm sorry.  677.

03:55:41 17    A.      Okay.

03:55:41 18    Q.      And this is an e-mail exchange between you and Dr.

03:55:47 19    Schinazi; right?

03:55:48 20    A.      That's correct.

03:55:48 21    Q.      In January 2003?

03:55:51 22    A.      That is correct.

03:55:52 23    Q.      And you sent the lower e-mail in this chain; is that

03:55:56 24    right?

03:55:56 25    A.      I did.

03:55:57 1  Q.    So if we could blow that up.

03:56:04 2       And you say a third of the way down, here are

03:56:10 3  the facts.  If we could highlight that.

03:56:12 4  A.    Yes.

03:56:13 5  Q.    Here are the facts.  Hassan was working on 2'-methyl

03:56:16 6  compounds back in 2001.  He had started to synthesize

03:56:21 7  2'-methyl NHC in March of that year.  Through Kyo's reports,

03:56:27 8  you learned of these efforts and demanded that all work on

03:56:30 9  2'-methyl compounds be stopped immediately.

03:56:36 10      And you say, in hindsight, this was so that

03:56:39 11 Pharmasset would stay clear of Novirio's efforts of which

03:56:46 12 you were aware.

03:56:49 13      And so in 2003, you knew that Dr. Schinazi had

03:56:56 14 confidential information about Novirio's efforts; is that

03:56:59 15 right?

03:57:00 16 A.    I believe that's the correct interpretation of that.

03:57:02 17 Q.    And you knew going back to this time period in 2001,

03:57:07 18 before Idenix's patents are published, patent applications

03:57:12 19 are published, you knew that Dr. Schinazi had ordered

03:57:16 20 the company not to work on those compounds; is that

03:57:20 21 correct?

03:57:20 22 A.    It was some time in 2001 when he told us to stop

03:57:24 23 working on it, but I don't remember when.

03:57:26 24 Q.    Well, if we could broaden this up a little.  Dr.

03:57:33 25 Hassan's work -- Mr. Ferrell, if we could just go up a

03:57:37 1  little bit above the yellow highlight.  My apologies.

03:57:40 2          He had started to synthesize 2'-methyl NHC in

03:57:48 3  March of that year.

03:57:50 4          You are not saying that the directive not to

03:57:52 5  work from Dr. Schinazi, directed not to work on 2'-methyl

03:57:59 6  compounds came out in December, are you?

03:58:02 7  A.      It was quite a bit later because it took Dr. Hassan

03:58:07 8  some time to make the compound before we have them tested,

03:58:10 9  and then it was after he learned of the testing that Dr.

03:58:14 10 Schinazi knew of the testing is when he asked us to stop,

03:58:17 11 and I don't remember exact -- later in the year when that

03:58:19 12 was.  I don't remember.

03:58:20 13 Q.      But you knew then, you knew then that Dr. Schinazi

03:58:23 14 was aware of some confidential Idenix information that

03:58:29 15 caused the stoppage to occur?

03:58:30 16 A.      I don't.  I didn't know why he told us to stop at the

03:58:33 17 time.

03:58:34 18 Q.      All right.  Let's go to Exhibit 471, Plaintiffs'

03:58:57 19 Exhibit 471, which is already in evidence, your Honor.

03:59:04 20          And this is an e-mail exchange again between you

03:59:07 21 and Dr. Schinazi; is that correct?

03:59:09 22 A.      Yes, but I'm not sure where this exhibit is.

03:59:15 23 Q.      Oh, I'm sorry.  It's in the notebook that I handed up

03:59:18 24 to you.

03:59:19 25 A.      Oh.

Otto - cross

03:59:20  1    Q.      That I had handed up to you?

03:59:24  2    A.      Okay.

03:59:24  3    Q.      And you can find a copy in tab 4.

03:59:36  4    A.      Okay.

03:59:36  5    Q.      Our notebook is the thinner notebook?

03:59:40  6    A.      I have it.

03:59:41  7    Q.      This is an e-mail exchange between you and Dr.

03:59:44  8    Schinazi; right?

03:59:44  9    A.      Yes.

03:59:45 10    Q.      And you're on the bottom e-mail.  And you say, when

03:59:52 11    can we (you, Lieven, Alan and I) meet to discuss our

04:00:00 12    strategy with potential HCV partners.  Obviously, the patent

04:00:03 13    complications with Novirio will need to be addressed.  So as

04:00:08 14    of October 12th, 2001, you are aware of patent complications

04:00:11 15    with Novirio; right?

04:00:13 16    A.      Potential patent complications, yes.

04:00:15 17    Q.      Those patents that are the subject of those

04:00:18 18    complications have not been published yet?

04:00:20 19    A.      No, not on their part or ours, no.

04:00:23 20    Q.      I'm sorry.  Were you finished?

04:00:24 21    A.      Sure.

04:00:25 22    Q.      They have not been published, but you are aware of

04:00:29 23    those patents at this point; right?

04:00:31 24    A.      I was not.

04:00:32 25    Q.      Why are you referring to patent complications about

04:00:34 1   patents you don't know about?

04:00:35 2   A.      Because both companies were working in the same

04:00:40 3   field, HCV, and I was talking about potential patent

04:00:43 4   complications, because I knew that we were working in the

04:00:46 5   same field.

04:00:47 6   Q.      I'm sorry.  I didn't see potential there.  It says,

04:00:49 7   the patent complications with Novirio will need to be

04:00:53 8   addressed.  But you are saying that there were perhaps not

04:00:56 9   actually any patent complications?

04:00:59 10  A.      We were looking to the future and we were -- I was

04:01:02 11  concerned that there might be some in the future.  So I was

04:01:07 12  referring to potentially.  I had no knowledge of what they

04:01:11 13  were doing.

04:01:14 14  Q.      All right.  Let's go to the e-mail above that.

04:01:26 15  A.      Okay.

04:01:27 16  Q.      And this is an e-mail from Dr. Schinazi to you; is

04:01:38 17  that right?

04:01:38 18  A.      Yes, it is.

04:01:39 19  Q.      In response.  And he discusses in the middle, when I

04:01:50 20  know all of our patents -- well, okay.  Focus this week on

04:01:54 21  the filing and let me take care of the strategy.

04:01:56 22          So he's talking about your, Pharmasset's,

04:02:01 23  possible filing; right?

04:02:02 24  A.      Yes.

04:02:03 25  Q.      And then below that he says, I can assure you that I

04:02:05 1   am working diligently to bring all of this to a satisfactory

04:02:10 2   arrangement.  However, at this time, the less said, the

04:02:16 3   better.  I will know you when I need your guidance.  I am

04:02:19 4   working with Sherry and JPS on a plan.  I suggest you all

04:02:23 5   cool it and sit back, watch and learn.

04:02:26 6          So he has a plan for something; right?

04:02:29 7   A.     Supposedly.

04:02:29 8   Q.     At this point, you don't know that it involves any

04:02:32 9   Idenix patents.  That's your testimony?

04:02:34 10  A.     I have no idea.

04:02:39 11  Q.     The next line says, hear it is a true.  Novirio's

04:02:44 12  broad structural claim is B.S. and will never be allowed.

04:02:47 13         He's referring there to an Idenix patent claim;

04:02:50 14  is that correct?

04:02:50 15  A.     I do not know that.

04:02:52 16  Q.     You knew it in October of 2012 -- I'm sorry, 2001,

04:02:55 17  didn't you?

04:02:56 18  A.     No.  I don't know what he's referring to.  I've

04:02:57 19  already said that.

04:02:58 20  Q.     Did you ask?

04:02:59 21  A.     No.

04:03:01 22  Q.     You were concerned about patent complications from

04:03:04 23  Novirio.  He writes back about a Novirio patent and you

04:03:09 24  don't investigate?

04:03:09 25  A.     Not at that time.

04:03:11  1   Q.      Why not?

04:03:12  2   A.      You want me to answer that in full?  Because at the

04:03:19  3   time when you worked for Dr. Schinazi, when he sent you an

04:03:22  4   e-mail like that, that was the end of the conversation.

04:03:27  5   You were not to go back and ask him any more questions

04:03:29  6   because he just told us to cool it and that's exactly what

04:03:32  7   we did.

04:03:33  8   Q.      And you are aware -- and Dr. Schinazi said, Novirio's

04:03:46  9   broad structural claim will never be allowed.  Right?

04:03:49 10   A.      That's what it says.

04:03:50 11   Q.      But it was allowed, wasn't it?

04:03:51 12   A.      I don't know what you are talking about.

04:03:53 13   Q.      You still don't know what this is referring to?

04:03:55 14   A.      No, sir.

04:03:56 15   Q.      Okay.  Dr. Otto --

04:04:11 16           MR. GRIFFITH:  We can take that down.

04:04:12 17   BY MR. GRIFFITH:

04:04:14 18   Q.      I mentioned previously that Gilead purchased

04:04:18 19   Pharmasset in 2011, 2012.  Was it in 2012 the deal

04:04:24 20   completed?

04:04:24 21   A.      Yes.

04:04:25 22   Q.      And after that transaction, you left; right?

04:04:27 23   A.      Yes.

04:04:27 24   Q.      You had stock options divested on the change of

04:04:32 25   control from Pharmasset to Gilead; is that correct?

04:04:35 1    A.      Yes, I did.

04:04:35 2    Q.      And those options were around 16 to $17 million; is

04:04:38 3    that right?

04:04:39 4    A.      I think that was the gross amount, yes.

04:04:42 5    Q.      And you took that 16 to $17 million payout in cash;

04:04:46 6    right?

04:04:46 7    A.      As much as the government would allow me to take,

04:04:49 8    yes.

04:04:51 9    Q.      And why didn't Pharmasset or Gilead pay Jeremy Clark

04:04:55 10   for his contribution to the drug development?

04:04:57 11   A.      Well, they did.

04:05:01 12   Q.      No bonus, not anything extra, just salary?

04:05:05 13   A.      That's not true.

04:05:07 14   Q.      Well --

04:05:08 15   A.      We paid him a bonus and then he chose not to come

04:05:13 16   with the company, so...

04:05:15 17   Q.      I see.

04:05:16 18           MR. GRIFFITH:  I have no further questions.

04:05:17 19           THE COURT:  Okay.  Thank you.

04:05:18 20           Redirect?

04:05:19 21           MR. McCANN:  Just a few, your Honor.

04:05:20 22                  REDIRECT EXAMINATION.

04:05:20 23   BY MR. McCANN:

04:05:22 24   Q.      Why don't we start where counsel left off.  The money

04:05:27 25   that you received, we were just hearing about the 16, 17

04:05:33  1    million?

04:05:34  2    A.    Yes.

04:05:34  3    Q.    Was that a bonus?

04:05:35  4    A.    No.

04:05:36  5    Q.    What was that money?

04:05:37  6    A.    That was equity earned by working at the company.

04:05:42  7    Q.    For how many years?

04:05:43  8    A.    Ten, eleven.

04:05:46  9    Q.    Did the other employees at the company have the

04:05:49 10    ability to also obtain stock options?

04:05:51 11    A.    Every employee got stock options.

04:05:53 12    Q.    Did that include Mr. Clark?

04:05:55 13    A.    Yes.

04:05:56 14    Q.    Do you know if Mr. Clark exercised his stock options?

04:06:01 15    A.    He may have exercised some, but I don't believe he

04:06:05 16    exercised all of them.

04:06:06 17    Q.    Did you ever discuss that with him?

04:06:07 18    A.    Yes.  I encouraged him to exercise them.

04:06:10 19    Q.    Why?

04:06:10 20    A.    Because they have value.

04:06:12 21    Q.    And do you know if he exercised all of them?

04:06:15 22    A.    No, I don't.

04:06:16 23              MR. GRIFFITH:  Objection.  Hearsay.

04:06:17 24              THE COURT:  Overruled.

04:06:17 25    BY MR. McCANN:

04:06:21 1   Q.     The 17 million that you got from your stock options,

04:06:24 2   was this the first small company you had ever worked

04:06:27 3   with?

04:06:27 4   A.     No.

04:06:27 5   Q.     When you started at Pharmasset in 1999, did you know

04:06:30 6   that Pharmasset would be that successful?

04:06:32 7   A.     No.

04:06:33 8   Q.     Has it ever not panned out for you in the same way?

04:06:35 9   A.     Yes.

04:06:37 10  Q.     Can you briefly describe that for the jury?

04:06:40 11  A.     I worked for Abbott Therapeutics, another startup

04:06:43 12  company.  On paper I was worth about $2 million and within a

04:06:46 13  few months I was worth 75 cents.

04:06:50 14  Q.     Some quick questions on the science.  I think there

04:06:53 15  were some questions directed to the methyl ethyl of

04:06:58 16  sofosbuvir.

04:06:59 17                Do you recall those?

04:06:59 18  A.     Yes.

04:07:00 19  Q.     6130 is a sugar ring.  Can you describe for the jury

04:07:03 20  again, what is at the 2' position?

04:07:05 21  A.     The 2' position has 2'-methyl up and fluorine down.

04:07:09 22  Q.     And sofosbuvir has a sugar ring that has the same

04:07:15 23  configuration?

04:07:15 24  A.     Yes.

04:07:16 25  Q.     So 6130 has methyl up, fluorine down.  What's the

04:07:19 1 base?

04:07:20 2 A.    Well, 6130 is cytosine.

04:07:22 3 Q.    And is 6130 active?

04:07:25 4 A.    Yes.

04:07:25 5 Q.    And what about toxicity?

04:07:27 6 A.    We didn't measure -- we didn't see any toxicity in

04:07:31 7 the assay.

04:07:31 8 Q.    Now, did Pharmasset ever try keeping that exact

04:07:33 9 same sugar ring and switching the base to the adenosine

04:07:36 10 base?

04:07:36 11 A.    Yes.

04:07:37 12 Q.    And what happened?

04:07:38 13 A.    The compound was inactive.

04:07:39 14 Q.    So what difference did methyl up make there?

04:07:42 15 A.    None.

04:07:43 16 Q.    And do you consider each of these molecules to be

04:07:44 17 unique?

04:07:45 18 A.    Each nucleoside is unique.

04:07:48 19 Q.    There were just -- the last thing.  We'll go back to

04:07:51 20 Dr. Schinazi.  There are two documents.  The first is

04:07:55 21 PX-677.  If we could just have the whole document on the

04:07:57 22 screen.

04:07:57 23        And you were asked some questions about this

04:08:00 24 document, and do you recall this concerns the conversation

04:08:04 25 or the exchange between you and Dr. Schinazi about this stop

04:08:09 1    order that Dr. Schinazi had given?

04:08:11 2    A.      Yes.

04:08:11 3    Q.      And do you recall when I asked you on direct Dr.

04:08:18 4    Schinazi's version of the stories at the top and your

04:08:19 5    versions of the stories at the bottom?

04:08:22 6    A.      Yes.

04:08:22 7    Q.      You were shown a clip from your video deposition a

04:08:25 8    few moments ago when you were testifying on behalf of

04:08:28 9    Gilead.

04:08:29 10   A.      Mm-hmm.  Yes.

04:08:30 11   Q.      Dr. Otto, either in your personal capacity or as

04:08:35 12   Gilead's corporate representative for that testimony, are

04:08:37 13   you able to tell when Raymond Schinazi is telling the truth

04:08:39 14   and when he's not telling the truth?

04:08:41 15   A.      No, I'm sorry, I can't.

04:08:44 16   Q.      The last document, PX-471.  Now, counsel asked you

04:08:52 17   about this document.  I want to focus on the date.

04:08:56 18          So this is the document that there's a

04:09:00 19   discussion of some patent complications again.

04:09:02 20   A.      Yes.

04:09:03 21   Q.      Do you see the date?

04:09:04 22   A.      Yes.

04:09:04 23   Q.      What is the date?

04:09:05 24   A.      October 15, 2001.

04:09:07 25   Q.      And had Jeremy Clark even walked into your office

04:09:11  1    yet?

04:09:11  2    A.      No.

04:09:12  3    Q.      Could this have anything to do with 6130?

04:09:15  4    A.      No.

04:09:16  5    Q.      How much later was it before Clark ever even brought

04:09:20  6    you the original idea?

04:09:21  7    A.      More than a year.

04:09:23  8    Q.      Is this talking -- could it possibly be talking about

04:09:27  9    6130 and some patent complication there?

04:09:31 10    A.      No.

04:09:33 11            MR. McCANN:  No further questions.

04:09:34 12            THE COURT:  Thank you very much.  You may step

04:09:35 13    down, Dr. Otto.

04:09:36 14            (Witness excused.)

04:09:45 15            THE COURT:  All right.  What's next from

04:09:46 16    Gilead?

04:09:51 17            MR. SCHERKENBACH:  Your Honor, we're going to

04:09:53 18    move to our next live witness, who is Dr. Michael Sofia.

04:09:57 19    He's going to talk about the development Sofosbuvir and, in

04:10:04 20    particular, the prodrug used in sofosbuvir.

04:10:06 21            THE COURT:  Okay.

04:10:15 22            ... MICHAEL JOSEPH SOFIA, having been duly sworn

04:10:25 23    as a witness, was examined and testified as follows ...

04:10:33 24            THE COURT:  Welcome, Dr. Sofia.

04:10:34 25            THE WITNESS:  Thank you.

04:10:35  1    MR. SCHERKENBACH:  Can we get the binders out of

04:10:36  2    the way there?

04:10:37  3            THE COURT:  I would appreciate it if you would.

04:10:38  4            MR. SCHERKENBACH:  Thank you.

04:10:40  5            THE COURT:  If you want, you can approach with

04:10:42  6    the other ones.

04:10:44  7            (Binders handed to the witness and to the

04:10:48  8    Court.)

04:11:00  9            MR. SHEAR:  May it please the Court.

04:11:22 10    Your Honor, Chad Shear of Fish & Richardson on behalf of

04:11:25 11    Gilead.

04:11:25 12                    DIRECT EXAMINATION

04:11:25 13    BY MR. SHEAR:

04:11:26 14    Q.      Good afternoon, Dr. Sofia.

04:11:27 15    A.      Good afternoon.

04:11:12 16    Q.      Dr. Sofia, could you take a moment and introduce

04:11:15 17    yourself to the ladies and gentlemen of the jury?

04:11:17 18    A.      Sure.  I'm Michael Sofia.  I am currently the

04:11:21 19    co-founder and chief scientific officer of a biotech

04:11:25 20    company called Arbutus Biopharma located in Doylestown,

04:11:30 21    Pennsylvania, north of Philadelphia.

04:11:31 22    Q.      And, Dr. Sofia, where do you live?

04:11:32 23    A.      I do live in Doylestown, Pennsylvania, just north of

04:11:37 24    Philadelphia.

04:11:37 25    Q.      Dr. Sofia, the jury has heard already in this case

04:11:41 1    about two Gilead products, Sovaldi and Harvoni.  Are you

04:11:45 2    familiar with those products?

04:11:46 3    A.      Yes, I am.

04:11:47 4    Q.      How is it that you are familiar with those products?

04:11:49 5    A.      I am the principle coinventor of the active

04:11:54 6    ingredient in both of those drugs, called sofosbuvir.

04:11:57 7    Q.      And, Dr. Sofia, did you create some demonstratives to

04:12:00 8    help the jury better understand your testimony this

04:12:03 9    afternoon?

04:12:03 10    A.      Yes, I did.

04:12:06 11              MR. SHEAR:  Mr. Sayres, if we could have

04:12:09 12    DDX-301.

04:12:09 13    BY MR. SHEAR:

04:12:09 14    Q.      Dr. Sofia, what are we looking at DDX-301?

04:12:19 15    A.      This is a micro-model of the drug sofosbuvir.

04:12:22 16    Q.      Where did the name "sofosbuvir" come from?

04:12:25 17    A.      So sofosbuvir is a derivative of my last name.  It

04:12:32 18    was, the decision to do that was a company decision based on

04:12:36 19    my being the principal inventor of the drug as well as the

04:12:40 20    contributions I had made to the discovery and development of

04:12:43 21    that agent.

04:12:43 22    Q.      So sofosbuvir is named after you?

04:12:46 23    A.      Yes.

04:12:46 24    Q.      We're going to talk more about sofosbuvir, and how

04:12:52 25    you came to invent that.  But before we do, I want to change

04:12:55 1  gears for a moment.

04:12:56 2          Dr. Sofia, were here during opening

04:12:59 3  statements?

04:12:59 4  A.      Yes, I was.

04:13:00 5  Q.      And did you hear that the patent in suit here, the

04:13:04 6  '597 patent, issued in 2009?

04:13:07 7  A.      Yes, I heard that.

04:13:08 8  Q.      How long has the structure of sofosbuvir been

04:13:12 9  publicly known?

04:13:13 10 A.      I think we disclosed it in 2009 for the first time.

04:13:16 11 Q.      Prior to this litigation, had you heard of Idenix?

04:13:23 12 A.      Yes, I have.

04:13:24 13 Q.      How?

04:13:25 14 A.      They were a small company competitor of Pharmasset

04:13:28 15 where I was during the time of discovering sofosbuvir.

04:13:33 16 Q.      Who specifically did you know at Idenix?

04:13:36 17 A.      I knew David Standring and I always knew Ron Renaud

04:13:44 18 from Idenix.

04:13:46 19 Q.      David Standring is the corporate representative here

04:13:49 20 in the courtroom?

04:13:49 21 A.      Yes, he is.

04:13:50 22 Q.      How well do you know David Standring?

04:13:53 23 A.      We have a professional relationship over a number of

04:13:55 24 years.

04:13:55 25 Q.      How senior was David Standring over at Idenix?

04:13:59  1  A.     He lead the research effort at Idenix, executive vice

04:14:05  2  president, I believe, or chief scientific officer, one of

04:14:08  3  those two roles.

04:14:09  4  Q.     Over the years that you have had the opportunity to

04:14:13  5  interact with Dr. Standring, how many conversations do you

04:14:17  6  think you had with him?

04:14:19  7  A.     We have interacted quite a number of times, maybe 20

04:14:22  8  or more over the years.  Mostly at conferences, you know,

04:14:28  9  scientific meetings, et cetera.

04:14:29 10  Q.     In the seven years, I think you said sofosbuvir has

04:14:33 11  been publicly known since 2009?

04:14:36 12  A.     Yes.

04:14:36 13  Q.     In that seven year interval from then until now and

04:14:41 14  during the course of those 20 plus conversations that you

04:14:44 15  had with Dr. Standring, did he ever personally accuse you

04:14:47 16  of taking anything from Idenix?

04:14:49 17  A.     No, he didn't.

04:14:50 18  Q.     Over that time period, and over those conversations,

04:14:54 19  did Dr. Standring ever accuse you of using anything from

04:14:58 20  Idenix?

04:14:58 21  A.     No, not that I recall.

04:15:00 22  Q.     And in that time period, did he even ever raise the

04:15:03 23  subject with you?

04:15:04 24  A.     No.

04:15:10 25  Q.     Let's actually now transition back to sofosbuvir

04:15:13 1    itself.  And let's talk a little bit about sofosbuvir.

04:15:17 2              To you, Dr. Sofia, what is the significance of

04:15:21 3    your invention?

04:15:22 4    A.    Well, sofosbuvir is a drug that is the first

04:15:29 5    interferon cure for hepatitis C.  It is a drug that has

04:15:35 6    been able to treat virtually all patients with hepatitis C

04:15:39 7    disease.  It is a drug that in fact has cured now over a

04:15:45 8    million individuals worldwide.  And it's been called by a

04:15:50 9    number of experts in the field as a miracle drug and

04:15:54 10   probably the most significant public health accomplishment

04:16:01 11   in its contribution to a cure for hepatitis C in our

04:16:03 12   generation.

04:16:04 13   Q.    You just mentioned hepatitis C.  Is hepatitis C a

04:16:08 14   chronic viral disease?

04:16:09 15   A.    Yes, it is.

04:16:10 16   Q.    How many chronic viral diseases have been cured in

04:16:15 17   history?

04:16:15 18   A.    Only one.  HCV with sofosbuvir-based regimen.

04:16:20 19   Q.    So HCV is the first chronic viral disease to be

04:16:24 20   cured?

04:16:25 21   A.    Yes, it is.

04:16:26 22   Q.    Dr. Sofia, what would you, as the inventor of

04:16:29 23   sofosbuvir, what would you say are three features that

04:16:34 24   enable it to work?

04:16:35 25   A.    Well, three key features are:  The ability to

04:16:40 1 overcome an absorption problem of previous drugs.  The

04:16:45 2 incredible efficacy and safety profile that this drug has.

04:16:50 3 And third probably the ability to liver target this drug

04:16:55 4 right where the disease is.

04:16:57 5 Q.     What I would like to do, Dr. Sofia, is talk about

04:17:04 6 each of those three things in turn.

04:17:07 7          Mr. Sayres, could we have DDX-302?

04:17:14 8          Dr. Sofia, the first thing that you mentioned

04:17:17 9 was absorption.  Could you explain to the jury what you

04:17:22 10 meant by that?

04:17:22 11 A.     Sure.  So when you take the drug, a drug by mouth,

04:17:26 12 right?  It has to go into your GI tract and ultimately has

04:17:31 13 ultimately get into the body to be able to get to where the

04:17:33 14 disease is.

04:17:35 15          So the drug must be absorbed through the GI

04:17:38 16 tract into the body, and it must be absorbed at such a level

04:17:43 17 so that it gets enough in the body that it actually is able

04:17:46 18 to be at a high concentration to actually effectively treat

04:17:50 19 the disease at the place it needs to be treated.

04:17:53 20 Q.     How is it, Dr. Sofia, that you were able to design

04:18:01 21 sofosbuvir so that it could be absorbed?

04:18:03 22 A.     Well, we took advantage of a couple of specific

04:18:09 23 ideas.  And one of them was a prodrug strategy to be able

04:18:13 24 to get a molecule that never would have been able to get

04:18:17 25 absorbed into the body ultimately into the body by masking

04:18:21 1    it in a way that enabled it to overcome this problem that

04:18:25 2    it had.

04:18:27 3            MR. SHEAR:  Mr. Sayres, if we could have

04:18:31 4    DDX-303.

04:18:31 5    BY MR. SHEAR:

04:18:33 6    Q.    Dr. Sofia, before we actually get to DDX-303, you

04:18:37 7    mentioned a word in your response, "prodrug."  Could you

04:18:41 8    explain to the jury what you meant by prodrug?

04:18:43 9    A.    Sure.  A prodrug is kind of a mask, right?  So you

04:18:47 10   have a molecule, it has certain properties and

04:18:50 11   characteristics.  And what you try to do is cover those

04:18:53 12   properties because some of them are really not very good and

04:18:57 13   so you want to make them better.  It's kind of what we call

04:19:00 14   a Trojan horse kind of thing.  So a Trojan horse concept is

04:19:05 15   the old story where, you know, soldiers get into a wooden

04:19:10 16   horse and are able to mask themselves and get into the

04:19:13 17   castle and ultimately get out of the horse and reveal

04:19:17 18   themselves and able to attack.

04:19:19 19            This is very similar to what a prodrug is.  You

04:19:23 20   mask it in a way very different from what it normally looks

04:19:26 21   like.  And once it gets into the body, then that mask falls

04:19:30 22   off and reveals the drug where you want it to be.

04:19:32 23   Q.    Dr. Sofia, if we turn now to DDX-303, could you

04:19:39 24   identify for the jury where the prodrug portion of

04:19:41 25   sofosbuvir is?

04:19:42 1  A.      Sure.  So the prodrug portion is in the left side,

04:19:45 2  the green shaded area of this particular molecule.

04:19:47 3  Q.      Specifically, what is sofosbuvir a prodrug of?

04:19:56 4  A.      So sofosbuvir is a prodrug of a molecule called

04:20:03 5  PSI-6206.  It's a nucleoside that has a phosphate at what

04:20:06 6  they call the 5' position.

04:20:08 7          So it's a uridine nucleoside monophosphate, and

04:20:13 8  it's a prodrug of that molecule.

04:20:15 9  Q.      That's a mouthful.  We're going to come back to that

04:20:17 10 a little bit later and try to explain it a little better.

04:20:21 11         Sofosbuvir is able to be absorbed into the body?

04:20:26 12 A.      Correct.

04:20:27 13 Q.      Okay.  So we've talked about absorption when you were

04:20:32 14 listing the three features of sofosbuvir.

04:20:34 15         The second thing you mentioned, we're actually

04:20:37 16 going to take them out of order, so it was actually the

04:20:39 17 third thing you mentioned was liver targeting.  Can you

04:20:42 18 explain to the jury what you meant by liver targeting?

04:20:44 19 A.      Sure.  So, you know, diseases reside in various parts

04:20:48 20 of the body.  And the ideal thing was to get a drug right

04:20:53 21 where the disease is, so it doesn't get exposure to the rest

04:20:56 22 of the body that can cause some toxicity.

04:20:59 23         So we wanted to do was to develop a molecule

04:21:01 24 that would go right to the liver, stop at the liver and be

04:21:05 25 there and not get anywhere else.  So that is liver targeting

04:21:09 1  specifically going to the organ and disease where the

04:21:13 2  disease is itself.

04:21:14 3  Q.    Does sofosbuvir actually target the liver?

04:21:17 4  A.    Yes, it does.

04:21:17 5  Q.    At a high level, can you explain how it does that?

04:21:21 6  A.    Sure.  It goes back to this sort of Trojan horse

04:21:25 7  concept, right?  We are able to design this molecule very

04:21:29 8  specifically so that it gets to the liver and takes

04:21:32 9  advantage of a thing called liver first pass metabolism.

04:21:37 10        What that is essentially is the liver is the

04:21:39 11  first organ anything sees when anything comes into the body.

04:21:43 12  So you eat food, you take a drug, the first organ it sees

04:21:46 13  once it absorbs into the body is the liver.

04:21:48 14        And so there are certain processes in the liver

04:21:53 15  that happen, that the liver acts upon all this stuff and

04:21:56 16  breaks it into small bits.  So what we were able to do is

04:21:59 17  take advantage of what the liver actually does, naturally

04:22:03 18  actually does and design the molecules so when it went to

04:22:06 19  the liver, it recognized, you know, this thing and clipped

04:22:09 20  off this prodrug portion, and the drug ultimately gets stuck

04:22:14 21  right there where we want it to be.

04:22:16 22  Q.    Dr. Sofia, in the binder in front of you, there

04:22:21 23  should be some documents.  You should have DX-2749.  Do you

04:22:24 24  have that?

04:22:25 25  A.    Yes.  Yes, I do.

04:22:26 1    Q.      And do you recognize DX-2749?

04:22:33 2    A.      Yes.  This is a presentation I gave at a conference

04:22:37 3    where I talked about the discovery and development of the

04:22:40 4    drug sofosbuvir.

04:22:42 5           MR. SHEAR:  Your Honor, we would move DX-2749

04:22:45 6    into evidence.

04:22:46 7           MR. KINTON:  No objection.

04:22:49 8           THE COURT:  It's admitted.

04:22:49 9           (DX-2749 was admitted into evidence.)

04:22:49 10   BY MR. SHEAR:

04:22:53 11   Q.      Now, Dr. Sofia, DX-2749 is entitled, 2'-Fluoro,

04:23:00 12   2'-C-Methyl Nucleosides for the Treatment of HCV From

04:23:03 13   Discovery to the Clinic.

04:23:04 14          When did you give this presentation?

04:23:07 15   A.      It says December 14th, 2009.

04:23:09 16   Q.      What was the purpose of giving this presentation?

04:23:12 17   A.      Well, I was invited to give a talk at a conference or

04:23:16 18   a scientific conference, and they wanted to hear the story

04:23:20 19   of the discovery of this drug, sofosbuvir.

04:23:24 20   Q.      And if we could turn to DX-2749.00022, so the 22nd

04:23:33 21   page of the presentation.

04:23:33 22          And, Dr. Sofia, the title of this slide is

04:23:37 23   Leveraging First Pass Metabolism.

04:23:39 24          Does that have anything to do with liver

04:23:41 25   targeting?

04:23:42 1    A.      Yes, exactly.  It's the strategy that we implemented

04:23:45 2    to enable liver targeting of this drug.

04:23:48 3    Q.      Could you explain how you did that?

04:23:51 4    A.      Sure.  So as I mentioned a little bit beforehand,

04:23:56 5    what happens is this drug, what you see in the white portion

04:24:00 6    on the left, which is a phosphoramidite prodrug, it gets

04:24:06 7    into the liver and then, all of a sudden, the liver starts

04:24:10 8    acting upon it using the normal processes, and the first

04:24:13 9    things it does is clip off a piece of this molecule.

04:24:17 10            What you will see is the piece in the yellow,

04:24:18 11   the first structure in the yellow at the top, is the N piece

04:24:22 12   is clipped off.  That is because it takes advantage of an

04:24:26 13   enzyme, a protein in the liver that actually is enabling it

04:24:31 14   to happen.

04:24:32 15           Once that happens, now the drug is stuck there

04:24:37 16   to some extent, but then allows it to go through another

04:24:41 17   series of chemical and enzymatic processes that ultimately,

04:24:46 18   that mask ultimately completely falls off and you end up

04:24:53 19   with this product, which is shown right there (indicating),

04:24:56 20   which is the monophosphate of this uridine nucleoside.  And

04:25:00 21   because it is a monophosphate, this monophosphate is very

04:25:05 22   charged.  It is like oil and water.  It is like the water of

04:25:08 23   oil and water.  It now can't get out of, it's not compatible

04:25:12 24   with membranes and can't get out of the cell or the liver

04:25:16 25   and it gets stuck there.

04:25:21 1          MR. SHEAR:  Your Honor, I wonder what time you

04:25:23 2     wanted to break for the day?

04:25:25 3          I can start the next section.

04:25:28 4          THE COURT:  We have no more than three more

04:25:32 5     minutes.  I don't know what you have coming up next.

04:25:33 6          MR. SHEAR:  I'll tell you what.  In the next

04:25:35 7     three minutes, we can get through the next question and then

04:25:38 8     it will be a good breaking point.

04:25:40 9          THE COURT:  All right.

04:25:40 10    BY MR. SHEAR:

04:25:41 11    Q.    All right.  Dr. Sofia, to reorient us, you had

04:25:44 12    identified three features:  absorption, liver targeting, and

04:25:47 13    the third one you had mentioned was the safety and efficacy

04:25:51 14    profile.

04:25:51 15          Could you explain to the jury what you meant by

04:25:53 16    that?

04:25:54 17    A.    Sure.  So when you develop a drug, you have to

04:25:58 18    balance the safety of the drug.  You know, you don't want it

04:26:01 19    to cause other problems for someone who is taking the drug

04:26:03 20    and the efficacy, meaning how well it works against the

04:26:06 21    disease.

04:26:07 22          And so this particular drug was exceptionally

04:26:11 23    good working against the disease.  It was very potent, very

04:26:15 24    selective for the hepatitis C virus, but what is so unique

04:26:21 25    about this drug, especially this class of drugs, these

04:26:23 1   nucleosides as people call them, it was extremely safe.  It

04:26:29 2   didn't show any other toxicity in animal studies or even in

04:26:33 3   human clinical studies.  So it really had this unique safety

04:26:39 4   and efficacy profile that is normally not seen in drugs,

04:26:44 5   which usually you have problems, toxicity problems.  But

04:26:48 6   this drug was really quite unique in that case.

04:26:51 7   Q.     In your experience, Dr. Sofia, what causes toxicity

04:26:55 8   problems with nucleosides?

04:26:56 9   A.     Well, one of the big problems with toxicity problems

04:27:00 10  -- so nucleosides, you have to understand, are building

04:27:03 11  blocks for human genetic material.  So I don't know if you

04:27:07 12  know RNA or DNA.  DNA is your genetic code.  And there are

04:27:11 13  enzymes in the body that actually take those building blocks

04:27:15 14  and add them together and build your genetic code or

04:27:18 15  maintain your cells.

04:27:19 16         Nucleosides can be -- drugs can also be recognized

04:27:23 17  as like these building blocks and get incorporated into your

04:27:28 18  cells; and if that happens, then it's bad, and then you get

04:27:31 19  toxicity.  So you really don't want to build a drug that looks

04:27:36 20  like a nucleoside to also be recognized by these human enzymes

04:27:41 21  and get incorporated into the human system and then cause

04:27:45 22  problems.

04:27:47 23         MR. SHEAR:  We're going to move on after that,

04:27:48 24  Your Honor.

04:27:48 25         THE COURT:  It's a great stopping point then, I

04:27:51 1    think.

04:27:51 2              Ladies and gentlemen of the jury, we're

04:27:52 3    basically done for today.  Tomorrow will probably look a lot

04:27:58 4    like today.  Please do your best to get here by 8:45 again

04:28:03 5    so you can order lunch and we'll get started at 9:00.

04:28:05 6              No research or reading about the case or

04:28:07 7    anything related to it, no talking about the case and have a

04:28:10 8    very good night.  See you tomorrow.

04:28:13 9                    (Jury left courtroom.)

04:28:35 10             THE COURT:  Doctor, you may step down.

04:28:38 11             Are there any issues from plaintiffs before we

04:28:39 12   break for the day?

04:28:41 13             MR. KINTON:  No.  Thank you, Your Honor.

04:28:42 14             THE COURT:  Okay.  And from defendants?  Any

04:28:44 15   issues?

04:28:45 16             MR. SCHERKENBACH:  Can I confer for one moment?

04:28:47 17             THE COURT:  Sure.  And you all can have a seat

04:28:49 18   if you want.

04:28:50 19                    (Counsel confer.)

04:29:04 20             MR. SCHERKENBACH:  I don't think there is

04:29:05 21   anything to raise at the moment.

04:29:06 22             THE COURT:  Okay.  Would you give me a sense as

04:29:09 23   to what you anticipate happening tomorrow?

04:29:11 24             MR. SCHERKENBACH:  I can.  We're going to finish

04:29:14 25   with Dr. Sofia.  Let me orient myself here.

04:29:21  1          Then we have some deposition readings.  None of

04:29:26  2   them nearly as long as the two today.

04:29:30  3          And we have then some more live witnesses,

04:29:34  4   including potentially Dr. Standring, adverse.

04:29:41  5   Dr. McHutchinson.  And if we get there, Mr. Meyers.

04:29:44  6          THE COURT:  Okay.

04:29:46  7          MR. SCHERKENBACH:  So that is sort of the next

04:29:47  8   batch.

04:29:47  9          THE COURT:  That is very helpful.

04:29:49 10          All right.  Well, have a good evening.  We'll

04:29:51 11   see you tomorrow morning.

04:30:02 12          (Proceedings adjourn at 4:30 p.m.)

         13

         14       I hereby certify the foregoing is a true and accurate
              transcript from my stenographic notes in the proceeding.
         15

         16                    /s/ Brian P. Gaffigan
                              Official Court Reporter
         17                    U.S. District Court

         18

         19

         20

         21

         22

         23

         24

         25